**Fill in this information to identify the case:**

Debtor name __FoodServiceWarehouse.com, LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF LOUISIANA__

Case number (if known) __16-11179__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** Financial Pacific Leasing, LLC
Creditor's Name

P. O. Box 4568
Federal Way, WA 98063-4568
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
Financial Pacific Leasing, LLC's collateral

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $0.00
Value of collateral: $0.00

**2.2** IberiaBank
Creditor's Name

Commercial Lending New Orleans
601 Poydas St., Ste. 2075
New Orleans, LA 70130
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
Inventory - See 7 part attachment. Value listed is cost paid for goods.

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: $3,400,000.00
Value of collateral: $8,671,833.65

| | |
|---|---|
| Debtor | FoodServiceWarehouse.com, LLC |
| | Name |

Case number (if known)  16-11179

■ No
☐ Contingent
☐ Unliquidated
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Disputed

---

**2.3** ITW Food Equipment Group, LLC

Creditor's Name

2006 Norwestern Parkway
Louisville, KY 40203

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
1/8/2015
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All  ITW equipment

**Describe the lien**
UCC # U167498

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

---

**2.4** PMP Capital, LLC

Creditor's Name

826 Focis Street
Metairie, LA 70005

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
PMP Capital, LLC's collateral

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

---

**2.5** Pride Marketing & Procurements, Inc.

Creditor's Name

826 Focis Street
Metairie, LA 70005

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
90 days or less: Accounts secured by Pride Marketing & Procedurements, Inc.

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

$0.00    $0.00

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 4

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if know) | 16-11179 |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | Pride Marketing & Procurements, Inc. | **Describe debtor's property that is subject to a lien** | $20,000,000.00 | $6,274,333.00 |
|---|---|---|---|---|

Creditor's Name

90 days or less: Misc. Receivables, mostly rebates

826 Focus Street
Metairie, LA 70005

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

☐ Disputed

---

| 2.7 | Raymond Leasing Corp. | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

All material handling equipment and associated accessories

P. O. Box 130
Greene, NY 13778-0130

Creditor's mailing address

**Describe the lien**

UCC-1 - Lease

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

6/22/2015

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $23,400,000.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if know) | 16-11179 |
|---|---|---|---|
| | Name | | |

|  | 00 |
|---|---|

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  FoodServiceWarehouse.com, LLC

United States Bankruptcy Court for the:  EASTERN DISTRICT OF LOUISIANA

Case number (if known)  16-11179

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**  **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,620.69 |
|---|---|---|---|

10 Strawberry Street
3837 Monaco Pkwy
Denver, CO 80207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $28,058.02 |
|---|---|---|---|

1st Choice Restaurant Equipment
PO Box 782547
San Antonio, TX 78278

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $906.59 |
|---|---|---|---|

3 Wire Restaurant Appliance
22322 20th Ave Se Ste 150
Bothell, WA 98021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,398.55 |
|---|---|---|---|

3wire Group Inc
Nw7964 Box 1450
Minneapolis, MN 55485-7964

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.5** **Nonpriority creditor's name and mailing address**

A-tex Restaurant Supply
2008 South Bryant
San Angelo, TX 76903

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$508.43

---

**3.6** **Nonpriority creditor's name and mailing address**

A. M. I.  Contract Foodservice
112 Nod Rd Ste 11
Clinton, CT 06413

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,085.31

---

**3.7** **Nonpriority creditor's name and mailing address**

AAA  Cooper Transportation
PO Box 935003
Atlanta, GA 31193-5003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$575.00

---

**3.8** **Nonpriority creditor's name and mailing address**

AAA  Furniture Wholesale
10300 Westpark Dr
Houston, TX 77042

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,157.28

---

**3.9** **Nonpriority creditor's name and mailing address**

Aardvark
Precision Products Group Inc
PO Box 80400
Fort Wayne, IN 46898-0400

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$157.25

---

**3.10** **Nonpriority creditor's name and mailing address**

ABF  Freight System Inc
4209 Gardner Ave
Kansas City, MO 64120-1831

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$163,382.17

---

**3.11** **Nonpriority creditor's name and mailing address**

Ac Furniture Company Inc
PO Box 200
Axton, VA 24054

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$6,025.80

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,765.01 |
|---|---|---|---|

Accellos
Dept Ch 16991
Palatine, IL 60055-6691

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,066.29 |
|---|---|---|---|

Accountemps
PO Box 743295
Los Angeles, CA 90074-3295

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33,594.25 |
|---|---|---|---|

Accutemp
PO Box 10090
Fort Wayne, IN 46850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,666.40 |
|---|---|---|---|

Acorn Products Inc
PO Box 461
Liberty, MO 64069-0461

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Ad Graphics
413 Commerce Pt
Harahan, LA 70123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,954.28 |
|---|---|---|---|

Adams County Treasurer
PO Box 869
Brighton, CO 80601-0869

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,083.52 |
|---|---|---|---|

Adm Warehouse
1281 Franquette Ave
Concord, CA 94520

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | | Case number (if known) | 16-11179 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $82,402.86 |
|---|---|---|---|
| | Admiral Craft | ☐ Contingent | |
| | PO Box 9014 | ☐ Unliquidated | |
| | Hicksville, NY 11802-9014 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $120,410.56 |
|---|---|---|---|
| | Advance Tabco | ☐ Contingent | |
| | 200 Hearland Blvd | ☐ Unliquidated | |
| | Edgewood, NY 11717-8380 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,181.40 |
|---|---|---|---|
| | Advantage Crating And Supply | ☐ Contingent | |
| | 19401 E 23rd Ave | ☐ Unliquidated | |
| | Aurora, CO 80011 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $52,598.00 |
|---|---|---|---|
| | Aerowerks Inc | ☐ Contingent | |
| | 6625 Millcreek Dr, Mississauga, ON L5N 5 | ☐ Unliquidated | |
| | CANADA | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $261.00 |
|---|---|---|---|
| | Affordable Pallet | ☐ Contingent | |
| | 650 Knox Rd | ☐ Unliquidated | |
| | Jefferson, LA 70121 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $142.40 |
|---|---|---|---|
| | Afs Llc | ☐ Contingent | |
| | PO Box 1986 | ☐ Unliquidated | |
| | Shreveport, LA 71166 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,144.50 |
|---|---|---|---|
| | Agellan Commercial Reit Us Lp | ☐ Contingent | |
| | Trinity Partners Management | ☐ Unliquidated | |
| | 440 South Church St Ste 800 | ☐ Disputed | |
| | Charlotte, NC 28202 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address**
Aimco Equipment Company Llc
10001 Colonel Glenn Rd
Little Rock, AR 72204-8135

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$139.31

---

**3.27** | **Nonpriority creditor's name and mailing address**
Airtech Commercial Refrigeration
PO Box 1114
Fayetteville, NC 28302

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$176.39

---

**3.28** | **Nonpriority creditor's name and mailing address**
Aj Antunes And Co
28262 Network Pl
Chicago, IL 60673-1282

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$11,791.60

---

**3.29** | **Nonpriority creditor's name and mailing address**
Akrit Commercial Refrigeration
10710 West Scharles Ave
Hales Corners, WI 53130

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$9,800.00

---

**3.30** | **Nonpriority creditor's name and mailing address**
Alamo Refrigeration
631 N W W White Rd
San Antonio, TX 78219

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,257.13

---

**3.31** | **Nonpriority creditor's name and mailing address**
Alfa International
4 Kaysal Court
Armonk, NY 10504

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5,690.27

---

**3.32** | **Nonpriority creditor's name and mailing address**
All Things Restaurant Inc
1814 River Rd Ste 400
Huron, OH 44839

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,485.84

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.33**

**Nonpriority creditor's name and mailing address**
All Ways Advertising Company
1442 Broad St
Bloomfield, NJ 07003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,493.60

---

**3.34**

**Nonpriority creditor's name and mailing address**
Allegiance Cobra Svcs Inc
PO Box 2097
Missoula, MT 59806

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,133.00

---

**3.35**

**Nonpriority creditor's name and mailing address**
Allied Metal Spinning Corp
1290 Viele Ave
Bronx, NY 10471

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,420.52

---

**3.36**

**Nonpriority creditor's name and mailing address**
Allpoints Foodservice Parts And Supplies
607 West Dempster St
Mount Prospect, IL 60056

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$11,912.38

---

**3.37**

**Nonpriority creditor's name and mailing address**
Almay
1808 South Cedar Ave
Marshfield, WI 54449

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$213.11

---

**3.38**

**Nonpriority creditor's name and mailing address**
Alpine Waste And Recycling
7475 E 84th Ave
Commerce City, CO 80022

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$566.87

---

**3.39**

**Nonpriority creditor's name and mailing address**
Alto Shaam Inc
Department 7028
Carol Stream, IL 60122-7028

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$9,907.90

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,783.00 |
|---|---|---|---|

American Dish Svcs
900 Blake St
Edwardsville, KS 66111-3820

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,080.00 |
|---|---|---|---|

American Dryer
PO Box 51160
Livonia, MI 48151-5160

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,533,421.71 |
|---|---|---|---|

American Express
200 Vesey St
New York, NY 10285-3106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,181.36 |
|---|---|---|---|

American Metalcraft
PO Box 95703
Chicago, IL 60694-5703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $62,050.14 |
|---|---|---|---|

American Panel
5800 Se 78th St
Ocala, FL 34472-3412

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,621.03 |
|---|---|---|---|

American Range
13592 Desmond St
Pacoima, CA 91331

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,212.00 |
|---|---|---|---|

American Tables And Seating Mfg
5025 C North Royal Atlanta Dr
Tucker, GA 30084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,148.82 |
|---|---|---|---|

American Trailer And Storage
6900 East 39th St
Kansas City, MO 64129

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,602.19 |
|---|---|---|---|

Andersen Company
340 Cross Plains Blvd Se
Dalton, GA 30721

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,361.76 |
|---|---|---|---|

Anetsberger Inc
2485 Paysphere Cir
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $517.37 |
|---|---|---|---|

Apex Foodservice
Superior Manufacturing Group
PO Box 1025
Bedford Park, IL 60499-1025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,277.25 |
|---|---|---|---|

Appliance Brokers Ltd
2-b Corn Rd
Dayton, NJ 08810

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,429.69 |
|---|---|---|---|

Apw Wyott
PO Box 671155
Dallas, TX 75267-1155

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00 |
|---|---|---|---|

Aquamatic
200 Mayock Rd
Gilroy, CA 95020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address**<br>Arapahoe County Treasurer<br>5334 S Prince St<br>Littleton, CO 80120-1136 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,108.24 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address**<br>Arctic Air<br>6440 City West Pkwy<br>Eden Prairie, MN 55344 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,509.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address**<br>Arizona Restaurant Supply!<br>6077 N Travel Center Dr<br>Tucson, AZ 85741 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $77.81 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address**<br>Arrow Restaurant Equipment And Supplies<br>5061 Arrow Hwy<br>Montclair, CA 91763 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $59,468.53 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address**<br>Ashley Inc<br>PO Box 30488<br>Myrtle Beach, SC 29588 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $751.57 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address**<br>Assembled Products Corp<br>115 East Linden St<br>Rogers, AR 72756 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,919.05 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address**<br>Astra<br>PO Box 572140<br>Tarzana, CA 91357 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,079.90 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.61**

**Nonpriority creditor's name and mailing address**

Ateco
August Thomsen Corp
36 Sea Cliff Ave
Glen Cove, NY 11542-3635

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.62**

**Nonpriority creditor's name and mailing address**

Atlanta Custom Fabricators
4381 Industrial Access Rd
Douglasville, GA 30134

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$24,617.18

---

**3.63**

**Nonpriority creditor's name and mailing address**

Atlas Metal
1135 Nw 159th Dr
Miami, FL 33169

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$7,593.82

---

**3.64**

**Nonpriority creditor's name and mailing address**

Ats Wholesale Distributors Inc
PO Box 47040
Forestville, MD 20753-7040

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,160.31

---

**3.65**

**Nonpriority creditor's name and mailing address**

Automated Voice And Data Solutions
3100 Timmons Ln #510
Houston, TX 77027

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$720.00

---

**3.66**

**Nonpriority creditor's name and mailing address**

Autoquotes
8800 Baymeadows Way West Ste 500
Jacksonville, FL 32256

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$840.00

---

**3.67**

**Nonpriority creditor's name and mailing address**

Averitt Express
PO Box 102197
Atlanta, GA 30368-2197

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$98,080.73

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.68** | **Nonpriority creditor's name and mailing address**

Ayrking Corp
2013 Cobalt Dr
Louisville, KY 40299

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,608.64

---

**3.69** | **Nonpriority creditor's name and mailing address**

Baker Distributing Company
PO Box 848459
Dallas, TX 75284-8459

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$14,184.63

---

**3.70** | **Nonpriority creditor's name and mailing address**

Bakers Pride
PO Box 533245
Charlotte, NC 28290

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,531.88

---

**3.71** | **Nonpriority creditor's name and mailing address**

Bally Refrigerated Boxes Inc
135 Little Nine Dr
Morehead City, NC 28557

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$59,329.41

---

**3.72** | **Nonpriority creditor's name and mailing address**

Balter
209 Bowery
New York, NY 10002

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$68,612.18

---

**3.73** | **Nonpriority creditor's name and mailing address**

Bar Maid
2950 Nw 22nd Ter
Pompano Beach, FL 33069

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$836.36

---

**3.74** | **Nonpriority creditor's name and mailing address**

Bar Plex Inc Pride
16 Mount Bethel Rd Ste 356
Warren, NJ 07059

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$22.82

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $839.18 |
|---|---|---|---|

Barringer Marketing
2655 South Santa Fe #4b
Denver, CO 80223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,437.37 |
|---|---|---|---|

Bauscher
PO Box 80847
Raleigh, NC 27623-0847

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $60.00 |
|---|---|---|---|

Bayaud Enterprises
Accounts Receivable
333 W Bayaud Ave
Denver, CO 80223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,991.75 |
|---|---|---|---|

Belleco
PO Box 880
Saco, ME 04072

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $193.70 |
|---|---|---|---|

Belshaw Adamatic Bakery Group
PO Box 952119
Dallas, TX 75395-2119

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,608.25 |
|---|---|---|---|

Benchmark
25-j Brookfield Oaks Dr
Greenville, SC 29607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,040.00 |
|---|---|---|---|

Benfield Mechanical Svcs
PO Box 3365
Hickory, NC 28603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,506.19

Berlins Restaurant Supply Inc
5051 Rivers Avr
North Charleston, SC 29406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,315.71

Berner International
PO Box 645018
Pittsburgh, PA 15264-5018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,176.44

Best Way Fabricating Inc
710 15th Ave PO Box 187
St Joseph, MN 56374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,404.64

Beverage Air
3779 Champion Blvd
Winston-salem, NC 27105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $323.60

Bissell Commercial
Edmar Corp
100 Armstrong Rd Ste 101
Plymouth, MA 02360

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19.60

Bizerba Usa Inc
PO Box 826704
Philadelphia, PA 19182-6704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,845.60

Bk Resources
35365 Eagle Way
Chicago, IL 60678-1353

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,604.00

Blendtec
1206 S 1680 W
Orem, UT 84058-4938

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $138,255.18

Blodgett Oven
44 Lakeside Ave
Burlington, VT 05401-5242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $360.00

Blue Rhino
10 Hub Dr Ste 101
Melville, NY 11747

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $488.14

Bluepoint Bakery
1721 E 58th Ave
Denver, CO 80216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,550.00

Bnsf Logistics
75 Remittance Dr Ste 1767
Chicago, IL 60675-1767

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,992.19

Bobrick
PO Box 513172
Los Angeles, CA 90051-1172

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,006.30

Bon Chef
205 Route 94
South Lafayette, NJ 07848

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.96** | **Nonpriority creditor's name and mailing address**
Bonded Carbon And Ribbon Company
Manufacturer Svcs Group
210 Edwards Ave
Harahan, LA 70123

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$203.89

---

**3.97** | **Nonpriority creditor's name and mailing address**
Boston Showcase Company
66 Winchester St
Newton Highlands, MA 02461

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$74.64

---

**3.98** | **Nonpriority creditor's name and mailing address**
Browne Halco
788 Morris Tpke Ste 202
Short Hills, NJ 07078

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$35,281.80

---

**3.99** | **Nonpriority creditor's name and mailing address**
Bs And R Equipment Co Inc
198 South Locust
Twin Falls, ID 83301

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$4,077.94

---

**3.100** | **Nonpriority creditor's name and mailing address**
Bsi Llc
5125 Race Ct
Denver, CO 80216

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$70,012.11

---

**3.101** | **Nonpriority creditor's name and mailing address**
Buffet Enhancements
PO Box 1000 Point
Clear, AL 36546

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$672.29

---

**3.102** | **Nonpriority creditor's name and mailing address**
Bunn O Matic
24315 Network Pl
Chicago, IL 60673-1243

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$10,121.21

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $341.71 |
|---|---|---|---|
| | Burroughs Inc<br>PO Box 72591<br>Cleveland, OH 44192-0002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $249.41 |
|---|---|---|---|
| | Bushong Restaurant Equipment Inc<br>422 East Bacon St<br>Dayton, OH 45402 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $219.68 |
|---|---|---|---|
| | C And M Fire Extinguisher Co Llc<br>835 Colonial Club Dr<br>Harahan, LA 70123 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,915.53 |
|---|---|---|---|
| | C Caprara Food Svcs Equipment<br>PO Box 140<br>Wintrhop, ME 04364 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,683.71 |
|---|---|---|---|
| | Cac China<br>30 Camptown Rd<br>Maplewood, NJ 07040 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17,048.08 |
|---|---|---|---|
| | Cadco<br>200 International Way<br>Winstead, CT 06098 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250,276.15 |
|---|---|---|---|
| | Cambro<br>5801 Skylab Rd<br>Huntington Beach, CA 92647-2056 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22,504.35 |
|---|---|---|---|

Cannon Marketing Hoshizaki
4684 Hwy 70 West
Kinston, NC 28504

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $268,912.23 |
|---|---|---|---|

Captiveaire
PO Box 60270
Charlotte, NC 28260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,201.29 |
|---|---|---|---|

Cardinal International Inc
PO Box 95000 5535
Philadelphia, PA 19195-5535

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,102.52 |
|---|---|---|---|

Cardinal Scale Manufacturing Co
PO Box 873049
Kansas City, MO 64187-3049

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,670.41 |
|---|---|---|---|

Carlisle
22926 Network Pl
Chicago, IL 60673-1229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $908.88 |
|---|---|---|---|

Carolina Table Manufacturing Co Inc
102 West Main St PO Box 525
Lamar, SC 29069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $38,572.07 |
|---|---|---|---|

Carter Hoffmann
2403 Collections Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,018.00

Cashs Restaurant Equipment
620 Maria St
Kenner, LA 70062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $614.70

Cassida Corp
19636 Sw 90th Ct
Tualatin, OR 97062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,249.28

Castino Restaurant Equipment And Supply
50 Utility Ct
Rohnert Park, CA 94928

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,735.69

Cayards Inc
4215 Choctaw Dr
Baton Rouge, LA 70805

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,269.86

Cd Jones
445 Bryant St #1
Denver, CO 80204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $186.40

Cdn
PO Box 10947
Portland, OR 97296-0947

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26,645.49

Ce Holt Refrigeration Inc
PO Box 3148
Huntersville, NC 28070-3148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.124**

**Nonpriority creditor's name and mailing address**

Central Equipment Inc
PO Box 288
Columbia, SC 29202

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$24,003.62

---

**3.125**

**Nonpriority creditor's name and mailing address**

Central Specialties Ltd
220 D Exchange Dr
Crystal Lake, IL 60014

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$133.56

---

**3.126**

**Nonpriority creditor's name and mailing address**

Century Link
Business Services
PO Box 52187
Phoenix, AZ 85072-2167

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,820.96

---

**3.127**

**Nonpriority creditor's name and mailing address**

Ch Robinson Worldwide Inc
PO Box 9121
Minneapolis, MN 55480-9121

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5,850.00

---

**3.128**

**Nonpriority creditor's name and mailing address**

Champion
3765 Champion Blvd PO Box 4149
Winston Salem, NC 27115

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$27,586.00

---

**3.129**

**Nonpriority creditor's name and mailing address**

Channel Manufacturing Inc
55 Channel Dr
Port Washington, NY 11050

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$7,810.57

---

**3.130**

**Nonpriority creditor's name and mailing address**

Chapman Company
10801 Johnston Rd Ste 210
Charlotte, NC 28226

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,345.00

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Chase Card Svcs
PO Box 94014
Palatine, IL 60094-4014

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,191.00

Chase Doors
4518 Soultions Ctr #774518
Chicago, IL 60677-4005

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,423.56

Chef Revival
7240 Cross Park Dr
North Charleston, SC 29418

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,260.86

Chef Specialties
411 West Water St
Smethport, PA 16749-1199

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,032.63

Chefs Supply And Design Inc
485 N Hollywood
Memphis, TN 38112

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $520.35

Chernoff Sales Inc
6280 Nw 27th Way
Fort Lauderdale, FL 33309

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150.00

Cherryville Signs And Graphics
501 Pine Grove Ave
Cherryville, NC 28021

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  FoodServiceWarehouse.com, LLC
_____
Name

Case number (if known)   16-11179

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,239.07 |
|---|---|---|---|
| | Chicago Metallic | ☐ Contingent | |
| | 6637 Reliable Pkwy | ☐ Unliquidated | |
| | Chicago, IL 60686 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,050.00 |
|---|---|---|---|
| | Chill Masters Inc | ☐ Contingent | |
| | PO Box 41025 | ☐ Unliquidated | |
| | Mesa, AZ 85274 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $16,586.11 |
|---|---|---|---|
| | Chill Rite Mfg | ☐ Contingent | |
| | PO Box 5566 | ☐ Unliquidated | |
| | Slidell, LA 70469 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $596.70 |
|---|---|---|---|
| | Choice Equipment Company Inc | ☐ Contingent | |
| | 5974 Hwy 129 Unit O | ☐ Unliquidated | |
| | Pendergrass, GA 30567 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $262.61 |
|---|---|---|---|
| | Cintas | ☐ Contingent | |
| | PO Box 17768 | ☐ Unliquidated | |
| | Denver, CO 80217 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $172.44 |
|---|---|---|---|
| | Cintas First Aid And Safety | ☐ Contingent | |
| | PO Box 631025 | ☐ Unliquidated | |
| | Cincinatti, OH 45263-1025 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20.00 |
|---|---|---|---|
| | City Of New Orleans | ☐ Contingent | |
| | Parking Violations Bureau | ☐ Unliquidated | |
| | PO Box 52828 | ☐ Disputed | |
| | New Orleans, LA 70152-2828 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.145**

**Nonpriority creditor's name and mailing address**
Clark County Bar And Rest Equip
1117 South Commerce St
Las Vegas, NV 89102

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,166.07

---

**3.146**

**Nonpriority creditor's name and mailing address**
Classic Restaurant Supply Inc
312 Murphy Rd
Hartford, CT 06114

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,842.47

---

**3.147**

**Nonpriority creditor's name and mailing address**
Cleveland Range Manitowoc Oven
PO Box 79242
City Of Industry, CA 91716

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$52,138.11

---

**3.148**

**Nonpriority creditor's name and mailing address**
Cma Dishmachines
12700 Knott Ave
Garden Grove, CA 92841

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,273.73

---

**3.149**

**Nonpriority creditor's name and mailing address**
Comcast
PO Box 37601
Philadelphia, PA 19101-0601

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,821.18

---

**3.150**

**Nonpriority creditor's name and mailing address**
Commercial & Residential Heating & Air
1317 M North Main St #114
Summerville, SC 29483-7307

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,415.50

---

**3.151**

**Nonpriority creditor's name and mailing address**
Commercial Glass And Rest Supply
4027 Arnold Ave
Naples, FL 34104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$49.59

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.152** | **Nonpriority creditor's name and mailing address**
Commercial Kitchen Supply
1377 West 75
North Centerville, UT 84014

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,708.30

---

**3.153** | **Nonpriority creditor's name and mailing address**
Commercial Refrigeration Of Central Il
2020 Prairie Ave
Mattoon, IL 61938

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$315.00

---

**3.154** | **Nonpriority creditor's name and mailing address**
Commercial Svcs Southeast
PO Box 15256
Chattanooga, TN 37415

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$495.72

---

**3.155** | **Nonpriority creditor's name and mailing address**
Commerical Stainless
955 Patterson Dr
Bloomsburg, PA 17815

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$13,403.04

---

**3.156** | **Nonpriority creditor's name and mailing address**
Complete Restaurant Equipment
3929 Us 1
Vero Beach, FL 32961

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$51.48

---

**3.157** | **Nonpriority creditor's name and mailing address**
Component Hardware
PO Box 789482
Philadelphia, PA 19178-9482

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$32.52

---

**3.158** | **Nonpriority creditor's name and mailing address**
Consolidated Commercial Controls Inc
607 W Dempster St
Mount Prospect, IL 60056

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,247.45

---

| Debtor | FoodServiceWarehouse.com, LLC | | Case number (if known) | 16-11179 |
|---|---|---|---|---|
| | Name | | | |

---

**3.159** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80.24**

Consolidated Food Equipment Dist
47 N Cleveland Massillon Rd
Akron, OH 44333

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36,956.00**

Consolidated Laundry Equipment Inc
530 Maywood Ave
Raleigh, NC 27603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,284.32**

Continental
4083 Paysphere Cir
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,932.75**

Continental Refrigeration
PO Box 82 0107
Philadelphia, PA 19182-0107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$454.08**

Cook Tek
156 N Jefferson St Ste 300
Chicago, IL 60661

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,929.31**

Cookshack
2304 N Ash St
Ponca City, OK 74601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,929.70**

Cool Distribution
353 W 56th Ave
Denver, CO 80216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com |

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.166**  **Nonpriority creditor's name and mailing address**

Cooper Atkins
PO Box 1274
Buffalo, NY 14240

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$529.18

---

**3.167**  **Nonpriority creditor's name and mailing address**

Corby Hall
Three Emery Ave
Randolph, NJ 07869

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$14,715.47

---

**3.168**  **Nonpriority creditor's name and mailing address**

Corona Hotelware Corp
2121 Ponce De Leon Blvd Ste 1050
Coral Gables, FL 33134

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$6,113.51

---

**3.169**  **Nonpriority creditor's name and mailing address**

Courtney Marketing Inc
301 W Deer Valley Rd Ste 8
Phoenix, AZ 85027

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,565.11

---

**3.170**  **Nonpriority creditor's name and mailing address**

Cox Communications Inc
PO Box 61027
New Orleans, LA 70161-1027

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$598.00

---

**3.171**  **Nonpriority creditor's name and mailing address**

Coyote
PO Box 742636
Atlanta, GA 30374-2636

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$21,894.50

---

**3.172**  **Nonpriority creditor's name and mailing address**

Cres Cor
Dept 95 2003
Cleveland, OH 44193

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$57,371.60

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address**<br>Crest Foodservice Equip Co<br>605 Jack Rabbit Rd<br>Virginia Beach, VA 23451 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,919.41 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address**<br>Crestware<br>PO Box 540210<br>North Salt Lake, UT 84054 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $64.14 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address**<br>Criteo Corp<br>411 High St<br>Palo Alto, CA 94301 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $33,872.50 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.176 | **Nonpriority creditor's name and mailing address**<br>Crown Verity<br>37 Adams Blvd, Branton, ON N3S 7V8<br>CANADA | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,912.98 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.177 | **Nonpriority creditor's name and mailing address**<br>Crst Specialized Transportation Inc<br>PO Box 71279<br>Chicago, IL 60694-1279 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $139,373.07 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address**<br>Culinex<br>PO Box 2925<br>Fargo, ND 58108-2925 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,207.89 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address**<br>Curran Taylor Inc<br>PO Box 3500<br>Pittsburgh, PA 15230-3500 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,066.79 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    FoodServiceWarehouse.com, LLC
_____
Name

Case number (if known)    16-11179

---

**3.180**  **Nonpriority creditor's name and mailing address**

Custom Deco
1343 Miami St
Toledo, OH 43605

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$407.00

---

**3.181**  **Nonpriority creditor's name and mailing address**

Custom Refrigerations
640 Mendelssohn Ave
N Golden Valley, MN 55427

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$402.16

---

**3.182**  **Nonpriority creditor's name and mailing address**

Cyl Tec Inc
PO Box 71041
Chicago, IL 60694-1041

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$5,955.80

---

**3.183**  **Nonpriority creditor's name and mailing address**

Dalton
4045 Lakefront Ct
Earth City, MO 63045

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,826.00

---

**3.184**  **Nonpriority creditor's name and mailing address**

Davis Equipment Handlers Inc
3860 Abilene Rd
Concord, NC 28025

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,075.00

---

**3.185**  **Nonpriority creditor's name and mailing address**

Day And Nite All Svcs Fla Llc
PO Box 310
New Hyde Park, NY 11040

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$159.75

---

**3.186**  **Nonpriority creditor's name and mailing address**

Daymark
12836 South Dixie Hwy
Bowling Green, OH 43402

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,108.44

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.187** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,693.40

Dazbog Coffee
1090 Yuma St
Denver, CO 80204

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $64,114.58

Dc Fabrication Inc
1776 Two Notch Rd
Lexington, SC 29073

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,430.00

Dc Ltd
10545 Guilford Rd #101
Jessup, MD 20794

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $75.06

Debuyer Inc
5111 Performance Dr
Cumming, GA 30040

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $110,906.57

Delfield
980 South Isabella Rd
Mt Pleasant, MI 48858-0470

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $517.30

Denver Equipment Co Of Charlotte Inc
5922 Harris Technology Blvd
Charlotte, NC 28269

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $733.83

Denver Syrup
353 W 56th Ave
Denver, CO 80216

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.194** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,178.90

Dexter Russell
44 River St
Southbridge, MA 01550

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $582.00

Diamond Paper Co Ltd
PO Box 1276
Destrehan, LA 70047-1276

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $78.69

Dine Out
2007 N King Dr
Milwaukee, WI 53212

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,720.60

Discount Equipment International
3908 N 29th Ave
Hollywood, FL 33020

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18.50

Discreet Check Llc
PO Box 7167
Lee's Summit, MO 64064

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,965.50

Diversified Ceramics
1501 N Gordon
Alvin, TX 77511

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20,173.12

Diversified Metal
2205 Carlson Dr
Northbrook, IL 60062-6705

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.201** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,410.61

Dm Jeffers Inc
6530 Midlothian Tpke
Richmond, VA 23225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,265.38

Don Stevens Llc
Nw6070 PO Box 1450
Minneapolis, MN 55485-6070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17,770.06

Dormont
PO Box 536302
Pittsburgh, PA 15253-5905

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $383.35

Doughpro
20281 Harvill Ave
Perris, CA 92570

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,318.00

Doyon Inc
13542 Collections Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,400.00

Dpm I
PO Box 453
Castle Rock, CO 80104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28.29

Drec
402 Commerce Ct
Goldsboro, NC 27532

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.208** | **Nonpriority creditor's name and mailing address**
Dudson Usa Inc
PO Box 6023739
Charlotte, NC 28260-2739

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$22,215.89

---

**3.209** | **Nonpriority creditor's name and mailing address**
Duke Manufacturing Co
PO Box 503574
St Louis, MO 63150-3574

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$55,279.92

---

**3.210** | **Nonpriority creditor's name and mailing address**
Dw Haber
825 East 140th St
Bronx, NY 10454

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$3,293.51

---

**3.211** | **Nonpriority creditor's name and mailing address**
Dynamic
1320 Routh 9 # 1352
Champlain, NY 12919

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,672.61

---

**3.212** | **Nonpriority creditor's name and mailing address**
Eagle Group
100 Industrial Blvd
Clayton, DE 19938-8903

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$112,553.12

---

**3.213** | **Nonpriority creditor's name and mailing address**
Echo
Accounts Receivable
22168 Network Pl
Chicago, IL 60673-1221

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$91,567.57

---

**3.214** | **Nonpriority creditor's name and mailing address**
Eco Gecko
2328 Spaulding Ave
Berkeley, CA 94702

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$541.95

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number *(if known)* | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.215**  **Nonpriority creditor's name and mailing address**
Eco Products
4755 Walnut St
Boulder, CO 80301

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$22.65

---

**3.216**  **Nonpriority creditor's name and mailing address**
Ecolab Equipment Care
Gcs Svcd Inc
24673 Network Pl
Chicago, IL 60673-1246

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$426.20

---

**3.217**  **Nonpriority creditor's name and mailing address**
Economy Paper And Restaurant Supply
180 Broad St
Clifton, NJ 07013

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$698.10

---

**3.218**  **Nonpriority creditor's name and mailing address**
Edgecraft
825 Southwood Rd
Avondale, PA 19311

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$118.00

---

**3.219**  **Nonpriority creditor's name and mailing address**
Edlund Company
PO Box 929
Burlington, VT 05402-0929

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,132.26

---

**3.220**  **Nonpriority creditor's name and mailing address**
Edwin Hunter And Associates
1602 Davie Ave
Statesville, NC 28677

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,941.84

---

**3.221**  **Nonpriority creditor's name and mailing address**
Electrolux
Department 2722
Carol Stream, IL 60132-2722

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$16,993.50

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.222** **Nonpriority creditor's name and mailing address**

Elite Global Solutions Inc
17932 Descartes
Foothill Ranch, CA 92610

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,634.16

---

**3.223** **Nonpriority creditor's name and mailing address**

Elkay Sales Inc
2222 Camden Ct
Oak Brook, IL 60523

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$6,787.19

---

**3.224** **Nonpriority creditor's name and mailing address**

Emerald Isle Landscaping
5700 E Evans Ave
Denver, CO 80222

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$7,410.36

---

**3.225** **Nonpriority creditor's name and mailing address**

Emi Yoshi Inc
1200 Jersey Ave
North Brunswick, NJ 08902

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5,057.43

---

**3.226** **Nonpriority creditor's name and mailing address**

Empire Marketing Group
PO Box 890824
Charlotte, NC 28289-0824

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,289.59

---

**3.227** **Nonpriority creditor's name and mailing address**

Emuamericas Llc
104 Broadway Ste 500
Denver, CO 80203

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,366.25

---

**3.228** **Nonpriority creditor's name and mailing address**

Enzyme Solutions Inc
PO Box 8097
Fort Wayne, IN 46898

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,306.33

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.229** | **Nonpriority creditor's name and mailing address**
Equipex Ltd
765 Westminster St
Providence, RI 02903

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$21,673.48

---

**3.230** | **Nonpriority creditor's name and mailing address**
Escali Scales
3202 W 143rd Cir Ste 150
Burnsville, MN 55306

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$3,446.74

---

**3.231** | **Nonpriority creditor's name and mailing address**
Espresso Soci
9834 Crimson Tree Ln
Munster, IN 46321

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,700.00

---

**3.232** | **Nonpriority creditor's name and mailing address**
Espresso Supply Inc
1123 Nw 51st St
Seattle, WA 98107

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,737.04

---

**3.233** | **Nonpriority creditor's name and mailing address**
Essendant
PO Box 531628
Atlanta, GA 30353-1628

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$3,867.21

---

**3.234** | **Nonpriority creditor's name and mailing address**
Estes Express Lines
PO Box 25612
Richmond, VA 23260

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$62,618.54

---

**3.235** | **Nonpriority creditor's name and mailing address**
Euro Style
2175 East Francisco Blvd
San Rafael, CA 94901

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$22.33

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  FoodServiceWarehouse.com, LLC

Name

Case number (if known)    16-11179

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,380.13 |
|---|---|---|---|

Eurodib
PO Box 1798
Champlain, NY 12919

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,472.00 |
|---|---|---|---|

Everest Refrigeration
201 W Artesia Blvd
Compton, CA 90220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13.28 |
|---|---|---|---|

Evi
3881 Ten Oaks Rd Ste 2c
Gleneig, MD 21737

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,076.00 |
|---|---|---|---|

Evo Inc
8140 Sw Nibus Ave Bldg 5
Beaverton, OR 97008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $548.00 |
|---|---|---|---|

Extra Space
Airline Dr
Metairie, LA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $540.00 |
|---|---|---|---|

Fadels
Food Svcs Equipment And Supplies
5426 Ole Pineville Rd
Charlotte, NC 28217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,923.14 |
|---|---|---|---|

Fagor Commercial Inc
12800 Nw 38th Ave
Miami, FL 33054-4525

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.243** | **Nonpriority creditor's name and mailing address**
Falcon Fabricators
422 Allied Dr
Nashville, TN 37211

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$988.40

---

**3.244** | **Nonpriority creditor's name and mailing address**
Feda
2250 Point Blvd Ste 200
Elgin, IL 60123

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$795.00

---

**3.245** | **Nonpriority creditor's name and mailing address**
Federal Express
4103 Collection Center Dr
Chicago, IL 60693

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$30.74

---

**3.246** | **Nonpriority creditor's name and mailing address**
Federal Industries
PO Box 533248
Charlotte, NC 28290-3248

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5,265.53

---

**3.247** | **Nonpriority creditor's name and mailing address**
Federal Supply
116 Washington St
Waukegan, IL 60085

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,622.80

---

**3.248** | **Nonpriority creditor's name and mailing address**
Fedex Freight II
PO Box 223125
Pittsburgh, PA 15251-2125

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$228.52

---

**3.249** | **Nonpriority creditor's name and mailing address**
Fellers Fixtures Inc
2140 W Grand
Srpingfield, MO 65802

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5,840.53

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,961.00 |
|---|---|---|---|

Fetco
PO Box 429
Lake Zurich, IL 60047-0429

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $312.73 |
|---|---|---|---|

Fetzer Company
209 East Main St
Louisville, KY 40202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,189.19 |
|---|---|---|---|

Fineline Settings
135 Crotty Rd
Middletown, NY 10941

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,275,880.17 |
|---|---|---|---|

Fipp
826 Focis St #200
Metairie, LA 70005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $90.00 |
|---|---|---|---|

Fire Alarm Svcs Inc
4800 W 60th Ave
Arvada, CO 80003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,252.15 |
|---|---|---|---|

Fisher Fixtures
1911 Jackson St
Omaha, FL 68102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,182.02 |
|---|---|---|---|

Fisher Manufacturing Co
PO Box 60
Tulare, CA 93275

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.257** | **Nonpriority creditor's name and mailing address**

Flat Technologies
409 West 76th St
Davenport, IA 52806

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,438.94

---

**3.258** | **Nonpriority creditor's name and mailing address**

Florida Seating Inc
PO Box 17660
Clearwater, FL 33762

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$363.00

---

**3.259** | **Nonpriority creditor's name and mailing address**

Focus Food Svcs
1818 Paysphere Cir
Chicago, IL 60674

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$31,814.03

---

**3.260** | **Nonpriority creditor's name and mailing address**

Foldcraft Waymar
615 Centennial Dr
Kenyon, MN 55946

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.261** | **Nonpriority creditor's name and mailing address**

Follett Corp
Box #2806 PO Box 8500
Philadelphia, PA 19178-2806

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$25,807.01

---

**3.262** | **Nonpriority creditor's name and mailing address**

Food And Drink
#233015 3015 Momentum Pl
Chicago, IL 60689-5330

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,500.00

---

**3.263** | **Nonpriority creditor's name and mailing address**

Food Equipment Company
34 Tedwal Ct
Greer, SC 29650

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,922.92

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,510.00 |
|---|---|---|---|

Food Equipment Distributors Of America
7700 Nw 37th Avr
Miami, FL 33147

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $364.95 |
|---|---|---|---|

Food Svcs Of America
PO Box 561439
Denver, CO 80256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,223.50 |
|---|---|---|---|

Fortessa
22601 Davis Dr
Sterling, VA 20164-4471

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26,395.47 |
|---|---|---|---|

Franklin Machine Products
101 Mt Holly By Pass
Lumberton, NJ 08048

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $564.60 |
|---|---|---|---|

Franmara
PO Box 2139
Salinsa, CA 93902-2139

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,494.65 |
|---|---|---|---|

Front Of The House
9315 Park Dr
Miami Shores, FL 33138

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $847.50 |
|---|---|---|---|

Frosty Refrigeration
93 Woodgate Pines Dr, Kleinburge, ON L4H
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.271** | **Nonpriority creditor's name and mailing address**
Frymaster
8700 Line Ave
Shreveport, LA 71106

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$49,680.48

---

**3.272** | **Nonpriority creditor's name and mailing address**
Fsf Manufacturing Inc
575 Econ River Pl
Oviedo, FL 32765

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$9,819.48

---

**3.273** | **Nonpriority creditor's name and mailing address**
Fwe
PO Box 1001
Crystal Lake, IL 60039

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$10,750.50

---

**3.274** | **Nonpriority creditor's name and mailing address**
G And A Commerical Seating
152 Glen Rd
Mountainside, NJ 07092

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$28,614.86

---

**3.275** | **Nonpriority creditor's name and mailing address**
Gabriele Musslo
99 Maynard Street
Williamsport, PA 17701

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.276** | **Nonpriority creditor's name and mailing address**
Galley Inc
50 South Us Hwy One
Jupiter, FL 33477-5107

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$17,963.32

---

**3.277** | **Nonpriority creditor's name and mailing address**
Gar Products
170 Lehigh Ave
Lakewood, NJ 08701

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$936.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

| 3.278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $57,831.90 |
|---|---|---|---|

Garland Commercial Range
185 East South St
Freeland, PA 18224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,676.80 |
|---|---|---|---|

George Scott And Associates
PO Box 35372
Charlotte, NC 28235

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,200.94 |
|---|---|---|---|

Gerharz Equipment Inc
6146 E Molloy Rd East
Syracuse, NY 13057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,191.36 |
|---|---|---|---|

Gessner Products
241 North Main St PO Box 389
Ambler, PA 19002-0389

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,076.67 |
|---|---|---|---|

Get Enterprises
1515 Sam Houston Pky North
Houston, TX 77043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,687.04 |
|---|---|---|---|

Gfx International
PO Box 83007
Chicago, IL 60691-3010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,915.25 |
|---|---|---|---|

Glastender
7969 Solution Ctr
Chicago, IL 60677-7009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.285** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $55.99

Global Equipment Company
29833 Network Pl
Chicago, IL 60673-1298

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $84.89

Global Ultimates Llc
Dba Fat Daddios
PO Box 30175
Spokane, WA 99223

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $155,895.16

Globe Food Equipment Co
PO Box 636190
Cincinnati, OH 45263-6190

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,790.63

Gold Medal Products
10700 Medallion Dr
Cincinnati, OH 45241-4807

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $143.96

Gold Star Products
21680 Coolidge Hwy
Oak Park, MI 48237

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $998.17

Golden Light
1010 W 6th Ave
Amarillo, TX 79101

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.291** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29.95

Goodwin Brothers Inc
319 E Jefferson St
Montgomery, AL 36104

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | | Case number (if known) | 16-11179 |
|---|---|---|---|---|
| | Name | | | |

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $638,762.39 |
|---|---|---|---|
| | Google Inc | ☐ Contingent | |
| | Dept 33654 PO Box 39000 | ☐ Unliquidated | |
| | San Francisco, CA 94139 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $181.20 |
|---|---|---|---|
| | Grainger Industrial Supply | ☐ Contingent | |
| | 95 S Tejon St | ☐ Unliquidated | |
| | Denver, CO 80223 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,055.00 |
|---|---|---|---|
| | Great Lakes Fire Protection | ☐ Contingent | |
| | 21850 Watertown Rd | ☐ Unliquidated | |
| | Waukesha, WI 53186 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $60,078.68 |
|---|---|---|---|
| | Grindmaster | ☐ Contingent | |
| | PO Box 513047 | ☐ Unliquidated | |
| | Philadelphia, PA 19175-3047 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $146,290.60 |
|---|---|---|---|
| | Groen | ☐ Contingent | |
| | Groen PO Box 91570 | ☐ Unliquidated | |
| | Chicago, IL 60693 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.297 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,946.12 |
|---|---|---|---|
| | Grosfillex | ☐ Contingent | |
| | PO Box 194 | ☐ Unliquidated | |
| | Robesonia, PA 19551 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.298 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,068.76 |
|---|---|---|---|
| | Gsw | ☐ Contingent | |
| | 177 Rowland Ave #b | ☐ Unliquidated | |
| | El Monte, CA 91731 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.299** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,879.70

Gulf Ice Systems Inc
7790 Sears Blvd PO Box 15151
Pensacola, FL 32514-4542

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,727.01

Gustave A Larson Company
W233 N2869 Roundy Cir
West Pewaukee, WI 53072-0910

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,878.07

H Risch Inc
44 Saginaw Dr
Rochester, NY 14623

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.302** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,168.06

Hall China
PO Box 989
East Liverpool, OH 43920-5989

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29,022.00

Halton Company
Amy Collins
PO Box 641273
Cincinnati, OH 45264-1273

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,456.65

Hamilton Beach
1524 Reliable Pkwy
Chicago, IL 60686

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $813.90

Harloff Manufacturing Company
828 Duo Tang Rd
Paw Paw, MI 49079

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

| 3.306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $526.38 |
|---|---|---|---|

Harold Import Company Inc
747 Vassar Ave
Lakewood, NJ 08701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15.55 |
|---|---|---|---|

Harris Restaurant Supply Inc
25 Abendroth Ave
Port Chester, NY 10573

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21.11 |
|---|---|---|---|

Hart And Price
PO Box 36368
Dallas, TX 75235

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $38,249.13 |
|---|---|---|---|

Hatco Corp
PO Box 68 4035
Milwaukee, WI 53268-4035

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,868.43 |
|---|---|---|---|

Hawkins Commercial Appliance Svcs
3000 S Wyandot
Englewood, CO 80110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,806.48 |
|---|---|---|---|

Heubel Material Handling Inc
PO Box 870975
Kansas City, MO 64187-0975

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $98.41 |
|---|---|---|---|

Hew s Hotel And Restaurant Supplies Ltd
341 North Sound Rd, Grand Cayman Ky 1-10
CAYMAN ISLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.313** | **Nonpriority creditor's name and mailing address**

Hi Genes Janitorial Svcs
PO Box 12385
North Kansas City, MO 64116

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,561.18

---

**3.314** | **Nonpriority creditor's name and mailing address**

Hines Reit Arapahoe Ii Llc
Dept 2190
Denver, CO 80291-2190

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$41,300.30

---

**3.315** | **Nonpriority creditor's name and mailing address**

Hix Corp
1201 E 27th Ter
Pittsburgh, KS 66762

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$588.75

---

**3.316** | **Nonpriority creditor's name and mailing address**

Hm Store Fixture
6695-i Jimmy Carter Blvd
Norcross, GA 30071

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,912.47

---

**3.317** | **Nonpriority creditor's name and mailing address**

Hobart Sales And Svcs
PO Box 2517
Carol Stream, IL 60132-2517

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$358.02

---

**3.318** | **Nonpriority creditor's name and mailing address**

Hollowick
100 Fairgrounds Dr
Manlius, NY 13104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$14,165.63

---

**3.319** | **Nonpriority creditor's name and mailing address**

Homer Laughlin China
672 Fiesta Dr
Newell, WV 26050-1299

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$6,371.88

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $261.80 |
|---|---|---|---|

Hospitality Glass
52 Forest Ave
Paramus, NJ 07652

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,509.06 |
|---|---|---|---|

Hotel Supply Warehouse Inc
224 South Military Trl
Deerfield Beach, FL 33442

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,397.11 |
|---|---|---|---|

Howard Mccray
831 East Cayuga
Philidelphia, PA 19124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,500.00 |
|---|---|---|---|

Hub Spot
PO Box 674722
Detroit, MI 48267-4722

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,223.13 |
|---|---|---|---|

Hubbel Electric Heater Company
45 Seymour St PO Box 288
Stratford, CT 06615-0288

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $896.00 |
|---|---|---|---|

Hunt Midwest
8300 Ne Underground Dr
Kansas City, MO 64161

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $516,621.54 |
|---|---|---|---|

Ice O Matic
Dba Ice O Matic
11100 E 45th Ave
Denver, CO 80239

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.327**  **Nonpriority creditor's name and mailing address**
Imc Teddy
PO Box 206
Copiague, NY 11726

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$23,733.50

---

**3.328**  **Nonpriority creditor's name and mailing address**
Imperial
1128 Sherborn St
Corona, CA 92879

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$6,509.27

---

**3.329**  **Nonpriority creditor's name and mailing address**
Imperial Brown
2271 Ne 194th
Portland, OR 97230

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$51,423.00

---

**3.330**  **Nonpriority creditor's name and mailing address**
Importika
2200 Brighton Henrietta Town Line Rd
Rochester, NY 14623

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$149.15

---

**3.331**  **Nonpriority creditor's name and mailing address**
Index Rest Supply
521 Main St
Kansas, MO 64105

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$5,647.05

---

**3.332**  **Nonpriority creditor's name and mailing address**
Infinity Kitchen Products Inc
7750 Scout Ave Bell
Gardens, CA 90201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$22,036.00

---

**3.333**  **Nonpriority creditor's name and mailing address**
Infra Corp
PO Box 300997
Waterford, MI 48330

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$28.00

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.334**

**Nonpriority creditor's name and mailing address**

Innova Products
1139 S Sunnyslope Dr Ste 200
Mt Pleasant, WI 53406

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,926.06

---

**3.335**

**Nonpriority creditor's name and mailing address**

Insinger Machine Company
6245 State Rd
Philadelphia, PA 19135

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$28,295.50

---

**3.336**

**Nonpriority creditor's name and mailing address**

Insinkerator
Emerson Co
PO Box 101409
Atlanta, GA 30392

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$7,369.48

---

**3.337**

**Nonpriority creditor's name and mailing address**

Institution Svcs
1421b Ave
Sioux Falls, SC 57104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$84.70

---

**3.338**

**Nonpriority creditor's name and mailing address**

Intermetro
651 N Washington St
Wilkes Barre, PA 18705

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$30,636.29

---

**3.339**

**Nonpriority creditor's name and mailing address**

International Foods
760 Lakeside Dr Unit A
Gurnee, IL 60031

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$9,453.08

---

**3.340**

**Nonpriority creditor's name and mailing address**

International Tableware
300 Phillips Ave
Toledo, OH 43612

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$11,506.97

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.341** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $543.00

Iowa Rotocast Plastics Inc
PO Box 320 1712 Moellers Dr
Decorah, IA 52101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.342** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $909.60

Isi Commercial Refrigeration Inc
A Trimark Company
PO Box 654020
Dallas, TX 75265-4020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.343** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,594.90

Isqft Inc
4500 Lake Forest Dr
Cincinnati, OH 45242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.344** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33,374.81

Iwave Denver
14697 E Easter Ave
Centennial, CO 80112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14.55

J And R Restaurant Equipment Inc
2920 Girard Ne
Albuquerque, NM 87107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,840.00

J Hudelson Corp
6800 North Broadway Ste 112
Denver, CO 80122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $788.78

Jackson And Associates
15460 Herriman Blvd
Noblesville, IN 46060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.348** | **Nonpriority creditor's name and mailing address**
Jackson Wws Inc
PO Box 8500 53348
Philadelphia, PA 19178-3348

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$127,702.27

---

**3.349** | **Nonpriority creditor's name and mailing address**
Jade Range Llc
14697 Collections Center Dr
Chicago, IL 60693

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5,629.95

---

**3.350** | **Nonpriority creditor's name and mailing address**
Jay Import Company
41 Madison Ave 12th Fl
New York, NY 10010

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,154.00

---

**3.351** | **Nonpriority creditor's name and mailing address**
Jb Prince Company Inc
36 East 31st St
New York, NY 10016

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$919.92

---

**3.352** | **Nonpriority creditor's name and mailing address**
Jefferson Parish Dept Of Water
PO Box 10007
Jefferson, LA 70181-0007

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$111.75

---

**3.353** | **Nonpriority creditor's name and mailing address**
Jeffrey Landauer
118 Cantril Street
Castle Rock, CO 80104

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _ADA claim_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.354** | **Nonpriority creditor's name and mailing address**
Jes Restaurant Equipment
2108 Highway 72
Greenwood, SC 29649

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,148.84

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.355** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $59,577.42

Jet Tech Systems
5659 Royalmount Ave
Montreal, QU 00429

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.356** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Jimex Corp
1575 Zephyr Ave
Hayward, CA 94544

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,333.33

Joe Sullo
Restaurantsupply.com
312 Murphy Rd
Hartford, CT 06114-2127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.358** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,000,000.00

Joe Sullo
c/o Kerry M. Wisser, Esq.
29 S. Main St., Ste. 207
West Hartford, CT 06107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9/1/2015

**Basis for the claim:** Promissory Note

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.359** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $52,160.95

John Boos
35261 Eagle Way
Chicago, IL 60678-1352

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.360** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $538.79

Johnson Mechanical Svcs Inc
Accounts Receivable
1820 Riverway Dr
Pekin, IL 61554

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.361** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,868.70

Johnson Pike And Associates
740 Umatilla St
Denver, CO 80204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.362** | Nonpriority creditor's name and mailing address

Johnsons Roofing Svcs Inc
PO Box 607
Fort Mill, SC 29716

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$600.00

---

**3.363** | Nonpriority creditor's name and mailing address

Joseph Sullo
46 Old Stone Crossing
West Hartford, CT 06117

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Litigation

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.364** | Nonpriority creditor's name and mailing address

Jrmi
PO Box 270843
Flower Mound, TX 75027-0843

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$45,822.44

---

**3.365** | Nonpriority creditor's name and mailing address

Jv Mechanical
7100 N Broadway Unit 5g
Denver, CO 80221

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$174.00

---

**3.366** | Nonpriority creditor's name and mailing address

K Tec
1206 S 1680 W X
Mesa, AZ 85274

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,044.86

---

**3.367** | Nonpriority creditor's name and mailing address

Kamran And Company Inc
411 East Montecito St
Santa Barbara, CA 93101

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$10,820.85

---

**3.368** | Nonpriority creditor's name and mailing address

Kavanaugh Rest Supply
2920 Bryant Rd
Madison, WI 53713

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$352.40

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.369** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,203.65

Kcp And L
PO Box 219330
Kansas City, MO 64121-9330

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.370** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35,244.26

Kd Supply
18150 E 32nd Pl Unit E
Aurora, CO 8011-

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.371** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $591.74

Keating Of Chicago
Dept 20 8017 PO Box 5998
Carol Stream, IL 60197-5998

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.372** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $310.02

Kelly Products Co Inc
1147 Route 9 South Cape May
Court House, NJ 08210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $91.76

Kennedy Office Supply
PO Box 58630
Raleigh, NC 58630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.374** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $521.95

Kesco Supply Inc
1411 South Texas Ave
Bryan, TX 77805

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.375** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,370.17

Keurig Green Mountain Inc
PO Box 414159
Boston, MA 00224-1459

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.376** | **Nonpriority creditor's name and mailing address**
Kissinger And Fellman Pc
3773 Cherry Creek North Dr Ste 900
Denver, CO 80209

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$430.00

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _____

**Basis for the claim:** _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.377** | **Nonpriority creditor's name and mailing address**
Kitchen Equpment And Supply Co
4148 Barrancas Ave
Pensacola, FL 32507

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$232.89

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _____

**Basis for the claim:** _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.378** | **Nonpriority creditor's name and mailing address**
Klingers Trading Inc
3009-b Bankers Industrial Dr
Atlanta, GA 30360

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$191.00

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _____

**Basis for the claim:** _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.379** | **Nonpriority creditor's name and mailing address**
Koala Kare
A Division Of Bobrick
PO Box 911607
Denver, CO 80291-1607

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,306.86

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _____

**Basis for the claim:** _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380** | **Nonpriority creditor's name and mailing address**
Kolpak
PO Box 204038
Dallas, TX 75320-4038

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,610.54

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _____

**Basis for the claim:** _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381** | **Nonpriority creditor's name and mailing address**
Kommercial Kitchens
1100 Freeway Blvd
Rose City, TX 77662

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,374.20

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _____

**Basis for the claim:** _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.382** | **Nonpriority creditor's name and mailing address**
Kount Inc
917 Lusk St Ste 300
Boise, ID 83706

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$27.08

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _____

**Basis for the claim:** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

| 3.383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,500.00 |
|---|---|---|---|
| | Kr Fab<br>3618 Plyler Mill Rd<br>Monroe, NC 28112 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.384 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $16,437.10 |
|---|---|---|---|
| | Krowne Metal Corp<br>100 Haul Rd<br>Wayne, NJ 07470 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.385 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $853.36 |
|---|---|---|---|
| | L And M Food Svcs Inc<br>885 Airpark Dr<br>Bullhead City, AZ 86429 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.386 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $850.50 |
|---|---|---|---|
| | Labor Ready<br>PO Box 641034<br>Pittsburgh, PA 15264-1034 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,665.79 |
|---|---|---|---|
| | Lagasse<br>1339 Solutions Ctr<br>Chicago, IL 60677-1003 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.388 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $31,087.52 |
|---|---|---|---|
| | Lakeside<br>PO Box 689834<br>Chicago, IL 60695-9834 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.389 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,540.80 |
|---|---|---|---|
| | Lancer Direct<br>Dept 20 5006 PO Box 5988<br>Carol Stream, IL 60197-5988 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.390**

**Nonpriority creditor's name and mailing address**

Landstar
PO Box 784293
Philadelphia, PA 19178-4293

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$228,566.06

---

**3.391**

**Nonpriority creditor's name and mailing address**

Laporte Sehrt Romig And Hand
111 Veterans Memorial Blvd
Metairie, LA 70005

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$10,669.08

---

**3.392**

**Nonpriority creditor's name and mailing address**

Lbc Bakery Equipment
5901 23rd Dr W Ste 105
Everett, WA 98203

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$18,294.29

---

**3.393**

**Nonpriority creditor's name and mailing address**

Leafware
1750 Prairie City Rd Ste #130 195
Folsom, CA 95630

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$14.00

---

**3.394**

**Nonpriority creditor's name and mailing address**

Lee Smalley
5703 E 33rd St
Tulsa, OK 74135

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$910.00

---

**3.395**

**Nonpriority creditor's name and mailing address**

Leeber Limited Usa
115 Pencader Dr
Newark, DE 19702

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$8,190.18

---

**3.396**

**Nonpriority creditor's name and mailing address**

Lenox Corp
PO Box 643980
Cincinnati, OH 45264-3980

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$462.23

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.397**    **Nonpriority creditor's name and mailing address**

Lindox Equipment Corp
PO Box 11085
Newport News, VA 23601

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$21,608.00

---

**3.398**    **Nonpriority creditor's name and mailing address**

Litco International Inc
PO Box 150
Vienna, OH 44473-0150

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,396.80

---

**3.399**    **Nonpriority creditor's name and mailing address**

Little Hardware Company Inc
1400 South Mint St
Charlotte, NC 28203

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$19.79

---

**3.400**    **Nonpriority creditor's name and mailing address**

Liveclicker Inc
19925 Stevens Creek Blvd Ste 100
Cupertino, CA 95014-2358

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$2,500.00

---

**3.401**    **Nonpriority creditor's name and mailing address**

Lme Inc
PO Box 88271
Chicago, IL 60680

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$650.00

---

**3.402**    **Nonpriority creditor's name and mailing address**

Lodge
PO Box 380
South Pittsburg, TN 37380-0380

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,319.11

---

**3.403**    **Nonpriority creditor's name and mailing address**

Long Range Systems
4550 Excel Pkwy Ste 200
Addison, TX 75001

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,608.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.404** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$99.08**

Louis R Polster Company
585 S High St
Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.405** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$280.58**

Louisiana Office Products
210 Edwards Ave
Harahan, LA 70123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.406** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$98,365.59**

Lti
PO Box 795
Jonesboro, GA 30237

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.407** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Magdalene Henderson
747 West Otero Place
Littleton, CO 80128

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Litigation_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.408** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$817.25**

Magnuson Industries Inc
PO Box 5444
Rockford, IL 61125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.409** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$503,637.44**

Manitowoc Food Svcs Group
PO Box 204038
Dallas, TX 75320-4038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.410** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$67.47**

Manna Distributors Incorp
8708 West Pk
Houston, TX 77063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.411** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32,401.25**

Marin Software
Dept Ch 16614
Palatine, IL 60055-6614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.412** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,768.06**

Marshall Air Systems Inc
419 Peachtree Dr
South Charlotte, NC 28217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.413** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,635.54**

Master Bilt
PO Box 533247
Charlotte, NC 28290-3247

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.414** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,337.61**

Master Klean Janitorial Inc
PO Box 22044
Denver, CO 80222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.415** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,790.36**

Matfer Bourgeat
16150 Lindbergh St
Van Nuys, CA 91406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.416** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$104.38**

Mathias Foodservice Equip Co
PO Box 491658
Lessburg, FL 34749

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.417** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$106.19**

Maywood Furniture
23 West Howcroft Rd
Maywood, NJ 07607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number *(if known)* | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.418** **Nonpriority creditor's name and mailing address**
Mccomas Sales Co Inc
2315 4th St Nw
Albuquerque, NM 87102

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$18.66

---

**3.419** **Nonpriority creditor's name and mailing address**
Mccourt Manufacturing
1001 N 3rd St
Fort Smith, AR 72901

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$459.80

---

**3.420** **Nonpriority creditor's name and mailing address**
Mcic
750 Stewart Ave
Garden City, NY 11530

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$797.40

---

**3.421** **Nonpriority creditor's name and mailing address**
Mercer Tool
1860 Smithtown Ave
Ronkonkoma, NY 11779

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$97.93

---

**3.422** **Nonpriority creditor's name and mailing address**
Merchandise Equip And Supply Inc
2039 Walker Court Nw
Grand Rapids, MI 49544

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$4,778.25

---

**3.423** **Nonpriority creditor's name and mailing address**
Metal Works
1429 E Hadley St
Phoenix, AZ 85034

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,570.34

---

**3.424** **Nonpriority creditor's name and mailing address**
Metalfrio
5925 Tri-county Pkwy Ste 150
Schertz, TX 78154

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,083.06

---

Debtor   FoodServiceWarehouse.com, LLC
_____
Name

Case number (if known)   16-11179

---

| 3.425 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $538.31 |
|---|---|---|---|

Metro Copier Svcs
PO Box 73254
Metairie, LA 70033-3254

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2.15 |
|---|---|---|---|

Michael Blackman And Associates Inc
1106 Broadway
Santa Monica, CA 90401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $307.56 |
|---|---|---|---|

Michigan Resturant Svcs Inc
614 N Main St
Olivet, MI 49076

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,760.72 |
|---|---|---|---|

Micro Matic
Dept Ch 19573
Palatine, IL 60055-9573

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,462.50 |
|---|---|---|---|

Middleby Cooking Systems
PO Box 96031
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $776.11 |
|---|---|---|---|

Mies Products
505 Commerce St PO Box 457
West Bend, WI 53095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12.50 |
|---|---|---|---|

Miroil
602 North Tacoma St
Allentown, PA 18109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.432** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,371.30**

Mity Lite
1301 W 400 N
Orem, UT 84057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.433** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,205.90**

Momentum Group
PO Box 848237
Los Angeles, CA 90084-8237

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.434** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,826.43**

Mountain Sales And Svcs
6759 E 50th St
Commerce City, CO 80022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.435** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$178.00**

Mountainaire Mechanical Llc
1415 East 58th Ave
Denver, CO 80216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.436** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$131.91**

Mpm Food Equipment Group Inc
1461 Paddock Dr
Northbrook, IL 60062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.437** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,390.00**

Mts Seating
7100 Industrial Dr
Temperance, MI 48182

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.438** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,059.33**

Mundial
132 Central St Unit 215
Foxborough, MA 02035

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
|  | Name |  |  |

| 3.439 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,360.37 |
|---|---|---|---|

Mw Periscope
2025 Royal Ln Ste 310
Dallas, TX 75229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.440 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,963.03 |
|---|---|---|---|

National Public Seating Corp
149 Entin Rd
Clifton, NJ 07014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $43.28 |
|---|---|---|---|

National Restaurant Equip And Supply
7808 Braygreen Rd
Laurel, MD 20707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.442 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $270.00 |
|---|---|---|---|

Nationwide Candle
806 W Avenida Pico Ste I 180
San Clemente, CA 92672

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.443 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,877.00 |
|---|---|---|---|

Nationwide Fabrication
10923 Leroy Dr
Northglenn, CO 80233

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.444 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $421.33 |
|---|---|---|---|

Neff Packaging
PO Box 15056
Kansas City, KS 66115-0056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.445 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,181.18 |
|---|---|---|---|

Nemco
301 Meuse Argonne PO Box 305
Hicksville, OH 43526

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.446** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,659.33
New Age Industrial
PO Box 520
Norton, KS 67654

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.447** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $76.18
New And Nearly New Restaurant Equipment
7808 Braygreen Rd
Laurel, MD 20707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.448** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $447.29
New Penn Motor Express Inc
24801 Network Pl
Chicago, IL 60673-1248

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.449** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,496.25
Newco Enterprises Inc
PO Box 790051
St Louis, MO 63179-0051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.450** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $139.98
Newell Rubbermaid
75 Remittance Dr Ste 1167
Chicago, IL 60675-1167

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.451** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,069.88
Nola Box Supply Company Llc
8501 Earhard Blvd
New Orleans, LA 70118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.452** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,260.29
Nor Lake Inc
PO Box 533246
Charlotte, NC 28290-3246

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.453** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $134.55

Norpro
2215 Merrill Creek Pkwy
Everett, WA 98203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $728.16

Northern International Inc
1 Burbidge St Ste 101, Coquitlam, BC V3K
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $430.00

Northwest Mechanical
PO Box 1593
Albany, OR 97321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.456** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,705.00

Nsf International
Dept Lockbox # 771380 PO Box 77000
Detroit, MI 48277-1380

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,937.50

Nuova Distribution Llc
6940 Salashan Pkwy Bldg A
Ferndale, WA 98248

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $524.00

Oak Street Manufacturing
255 Welter Dr
Monticello, IA 52310

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.459** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $780.23

Office Depot
PO Box 660113
Dallas, TX 75266-0113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.460** | **Nonpriority creditor's name and mailing address** | | $2,035.00

Oil Solutions Group Inc
4801 Green Oaks Dr
Colleyville, TX 76034

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.461** | **Nonpriority creditor's name and mailing address** | | $134.59

Oil Solutions Group Inc
4801 Green Oaks Dr
Colleyville, TX 76034

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.462** | **Nonpriority creditor's name and mailing address** | | $166.65

Old Dominion
800 Craddock St
Lynchburg, VA 24501

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.463** | **Nonpriority creditor's name and mailing address** | | $108.00

Olde Thompson Inc
3250 Camino Del Sol
Oxnard, CA 93030

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.464** | **Nonpriority creditor's name and mailing address** | | $766.31

Oleary Group Waste Systems
1928 South Blvd Ste 310
Charlotte, NC 28203

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.465** | **Nonpriority creditor's name and mailing address** | | $9,540.50

Olympic Storage Company
21060 Network Pl
Chicago, IL 60673-1210

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.466** | **Nonpriority creditor's name and mailing address** | | $3,229.57

Omcan Food Machinery
PO Box 91080
Rochester, NY 14692-9180

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.467** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $478.52

Omni Refrigeration Svcs Inc
2820 Breckenridge Ind Ct
St Louis, MO 63144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.468** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,911.48

Oneida
75 Remittance Dr Ste 6152
Chicago, IL 60675-6152

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.469** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $600.00

Orkin Llc
PO Box 1135
Kenner, LA 70063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.470** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $63,964.68

Oscartek
361 367 Beach Rd
Burlingame, CA 94010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.471** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $56,763.00

Ovention Inc
Accounting
PO Box 340500
Milwaukee, WI 53234-0500

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.472** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $108.49

Owens Equipment Company Inc
305 G Petty Rd
Lawrenceville, GA 30043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.473** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $323.69

Pacific Restaurant Supply
830 Kolu St
Wailuku, Maui, HI 96793

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

| 3.474 | **Nonpriority creditor's name and mailing address**<br>Paderno World Cuisine<br>355 Michele Pl<br>Carlstadt, NJ 07072<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,142.82 |

---

| 3.475 | **Nonpriority creditor's name and mailing address**<br>Paragon Food Equipment<br>760 East Hastings St, Vancouver BC V6A 1<br>CANADA<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $954.37 |

---

| 3.476 | **Nonpriority creditor's name and mailing address**<br>Paragon International<br>PO Box 560<br>Nevada, IA 50201<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $9.72 |

---

| 3.477 | **Nonpriority creditor's name and mailing address**<br>Paramount Tube<br>PO Box 80400<br>Fort Wayne, IN 46898-0400<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,147.50 |

---

| 3.478 | **Nonpriority creditor's name and mailing address**<br>Patriot Foodservice Use Ppd Inv<br>PO Box 95003, Vancouver, BC V6P 6V4<br>CANADA<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $381,431.25 |

---

| 3.479 | **Nonpriority creditor's name and mailing address**<br>Pepperdines<br>790 Umatilla St<br>Denver, CO 80204<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,175.94 |

---

| 3.480 | **Nonpriority creditor's name and mailing address**<br>Perlick<br>PO Box 78499<br>Milwaukee, WI 53278-0499<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $19,961.59 |

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

| 3.481 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,142.50 |
|---|---|---|---|
| | Phoenix Metals Company<br>12420 Means Ct<br>Charlotte, NC 28278 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.482 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,181.53 |
|---|---|---|---|
| | Piper Products<br>300 South 84th Ave<br>Wausau, WI 54401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.483 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $55,972.66 |
|---|---|---|---|
| | Pitco<br>2485 Paysphere Cir<br>Chicago, IL 60674 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.484 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $530.30 |
|---|---|---|---|
| | Pitney Bowes Postage By Phone<br>PO Box 371874<br>Pittsburgh, PA 15250-7874 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.485 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $558.51 |
|---|---|---|---|
| | Planetary Design Llc<br>4685 Expwy<br>Missoula, MT 59808 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.486 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,534,663.09 |
|---|---|---|---|
| | Pmp Capital<br>826 Focis St<br>Metairie, LA 70005 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.487 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,212.80 |
|---|---|---|---|
| | Power Utility Products<br>PO Box 668284<br>Charlotte, NC 28266 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.488**

**Nonpriority creditor's name and mailing address**
Powersoak
Unified Brands
PO Box 91570
Chicago, IL 60693

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$30,811.20

---

**3.489**

**Nonpriority creditor's name and mailing address**
Prairie View Industries
2620 Industrial Dr
Fairbury, NE 68352-0575

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$17,377.54

---

**3.490**

**Nonpriority creditor's name and mailing address**
Premium Supply Co
960 Grand Blvd
Deer Park, NY 11729

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$240.77

---

**3.491**

**Nonpriority creditor's name and mailing address**
Price Davis
PO Box 190 3882 East Hwy 27
Iron Station, NC 28080

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$19.95

---

**3.492**

**Nonpriority creditor's name and mailing address**
Pride Marketing And Procurement Inc
826 Focis St Ste 200
Metairie, LA 70005

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

**3.493**

**Nonpriority creditor's name and mailing address**
Pride Realty Group Iv
826 Focis St
Metairie, LA 70005

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$46,106.12

---

**3.494**

**Nonpriority creditor's name and mailing address**
Procam Controls Inc
2605 Technology Dr Bldg 300
Plano, TX 75074

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$20,953.68

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.495** | **Nonpriority creditor's name and mailing address**

Professional Plastics
Dept La 23218
Pasadena, CA 91185-3218

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$564.72

---

**3.496** | **Nonpriority creditor's name and mailing address**

Pronto Products Company
1801 W Olympic Blvd
Padadena, CA 91199

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$889.67

---

**3.497** | **Nonpriority creditor's name and mailing address**

Psnc Energy
PO Box 100256
Columbia, SC 29202-3256

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$373.32

---

**3.498** | **Nonpriority creditor's name and mailing address**

Qbr Refrigeration American Ice Machines
30083 Highway 90
Katy, TX 77493

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$251.68

---

**3.499** | **Nonpriority creditor's name and mailing address**

R And L Carriers
PO Box 10020
Port William, OH 45164-2000

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$721.26

---

**3.500** | **Nonpriority creditor's name and mailing address**

R And L Truckload Svcs Llc
Bofa Lock Box 74008195
Chicago, IL 60674-8195

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$595.00

---

**3.501** | **Nonpriority creditor's name and mailing address**

R2 Advisors Llc
1350 17th St Ste 206
Denver, CO 80202

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.502** | **Nonpriority creditor's name and mailing address**
Rancilio North America Inc
1340 Internationale Pkwy #200
Woodridge, IL 60517

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$4,781.40

---

**3.503** | **Nonpriority creditor's name and mailing address**
Rational Usa Inc
1701 Golf Rd Ste C 120 Commercium
Rolling Meadows, IL 60008

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$67,879.22

---

**3.504** | **Nonpriority creditor's name and mailing address**
Raymond Leasing Corp
PO Box 301590
Dallas, TX 75303-1590

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$19,418.04

---

**3.505** | **Nonpriority creditor's name and mailing address**
Redco Foodservice Equipment Llc
220 Hardman Ave S South
St Paul, MN 55075

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$8,751.31

---

**3.506** | **Nonpriority creditor's name and mailing address**
Refrigeration Design Technologies Inc
PO Box 622 1808 Fm Rd 66
Waxahachie, TX 75168

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$12,116.00

---

**3.507** | **Nonpriority creditor's name and mailing address**
Rem Restaurant Equipment Market Llc
3639 Presidential Pkwy
Atlanta, GA 30340

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$4,648.16

---

**3.508** | **Nonpriority creditor's name and mailing address**
Remco
995 Yeager Pkwy
Pelham, AL 35124

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$24.04

---

Debtor   FoodServiceWarehouse.com, LLC
_____
Name

Case number (if known)    16-11179

---

| 3.509 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,662.88 |
|---|---|---|---|

Rest Equipco Of Savannah
2601 Whitaker St
Savannah, GA 31401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $119.95 |
|---|---|---|---|

Restaurant Equipment Gallery
PO Box 608
Broadway, NJ 08808

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $904.68 |
|---|---|---|---|

Restaurant Mega Mart Llc
1392 Conant St
Maumee, OH 43537

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $170.16 |
|---|---|---|---|

Revol
4625 Alexander Dr Ste 170
Alpharetta, GA 30022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $540.42 |
|---|---|---|---|

Richard's Restaurant Supply Inc
235 South Hollywood Rd
Houma, LA 73060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.514 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $422.82 |
|---|---|---|---|

River Parish Disposal Llc
PO Box 10482
New Orleans, LA 70181-0482

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $438.40 |
|---|---|---|---|

Rizzi Distributors Inc
689 S Arlington St
Akron, OH 44306

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

---

**3.516** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29,302.87

Robot Coupe
PO Box 16625
Jackson, MS 39236-6625

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.517** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $202.50

Rochowswirl Mixer Co Inc
PO Box 10405 1900 University Ave
Rochester, NY 14610-0405

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.518** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,511.08

Rocket Rest Resource
2940 7th St
Berkeley, CA 94710

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.519** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $42.96

Rocky Mountain Cookware
PO Box 6936 202 F Ave Ne
Harlowton, MT 59036

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.520** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $842.29

Rose's Equipment And Supply Inc
207 Se Clay St
Portland, OR 97214

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.521** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,700.00

Rosito Bisani Imports Inc
940 S La Brea Ave
Los Angeles, CA 90036

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.522** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $294.98

Rosseto
8707 Skokie Blvd Ste 205
Skokie, IL 60077-2272

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.523** **Nonpriority creditor's name and mailing address**

Royal Industries
4100 W Victoria St
Chicago, IL 60646

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$11,879.39

---

**3.524** **Nonpriority creditor's name and mailing address**

Royal Paper Products
PO Box 62824
Baltimore, MD 21264-2824

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$73.96

---

**3.525** **Nonpriority creditor's name and mailing address**

Rpi Industries Inc
220 Route 70
Medford, NJ 08055

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,716.26

---

**3.526** **Nonpriority creditor's name and mailing address**

Rsi Partners Llc
2901 E Randol Mill Rd
Arlington, TX 76011

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$873.25

---

**3.527** **Nonpriority creditor's name and mailing address**

Ryder Transportation
PO Box 96723
Chicago, IL 60693-6723

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$10,734.84

---

**3.528** **Nonpriority creditor's name and mailing address**

S3 Hospitality
2080 West Cornell Ave
Englewood, CO 80110

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,778.30

---

**3.529** **Nonpriority creditor's name and mailing address**

Sabic Polymershapes
5600 Jefferson Hwy W3 Ste 284
Harahan, LA 70123

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$174.26

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.530** | **Nonpriority creditor's name and mailing address**
Safeway Moving Systems
2828 N Emerson Ave
Indianapolis, IN 46218

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$810.00

---

**3.531** | **Nonpriority creditor's name and mailing address**
Salvajor
4530 East 75th Ter
Kansas City, MO 64132

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,750.77

---

**3.532** | **Nonpriority creditor's name and mailing address**
San Aire Inc
101 West Felix St
Fort Worth, TX 76115

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,740.00

---

**3.533** | **Nonpriority creditor's name and mailing address**
San Diego Rest Supply
1202 Market St
San Diego, CA 92101

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$9,294.49

---

**3.534** | **Nonpriority creditor's name and mailing address**
San Jamar Chef Revival
Dba San Jamar
PO Box 83179
Chicago, IL 60691-0179

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$20,082.77

---

**3.535** | **Nonpriority creditor's name and mailing address**
Scotsman
775 Corporate Woods Pkwy
Vernon Hills, IL 60661

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$550,793.81

---

**3.536** | **Nonpriority creditor's name and mailing address**
Seattle Restaurant Store Inc
14910 Aurora Ave N
Shoreline, WA 98133

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,048.11

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.537** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18,540.42

Select Stainless Products
PO Box 1129
Clayton, DE 19938

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.538** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $534.15

Sephra
11035 Technology Pl Ste 100
San Diego, CA 92127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.539** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $654.12

Serv Ware
Dba Cannoware Products
4684 Hwy 70
West Kinston, NC 28504

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.540** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $85.87

Servco Equipment Company
3189 Jamieson Ave
St Louis, MO 63139

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.541** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $87.00

Service Ideas
Nw 5876 PO Box 1450
Minneapolis, MN 55485-5876

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.542** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $662.24

Session Fixture
6044 Lemay Ferry Rd
St. Louis, MO 63129

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.543** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $119.56

Shepherd Food Equipment
8435 Endicott Ln
Dallas, TX 75227

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  FoodServiceWarehouse.com, LLC

Name

Case number (if known)    16-11179

---

| 3.544 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,070.00 |
|---|---|---|---|

Somerset Industries
1 Esquire Rd
North Billerica, MA 01862

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $148,951.67 |
|---|---|---|---|

Southbend
Pam Miller
1100 Old Honeycutt Rd
Fuquay Varina, NC 27526

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,539.35 |
|---|---|---|---|

Southern Commercial Products
5816 River Oaks Rd
South Harahan, LA 70123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,682.51 |
|---|---|---|---|

Southern Ice Equipment
PO Box 62208
Lafayette, LA 70596-2208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23,805.81 |
|---|---|---|---|

Southern Stainless
1400 Hopeman Pkwy
Waynesboro, VA 22980-1948

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $198.72 |
|---|---|---|---|

Southwest Glassware
7521 N I 10 Frontage Rd
Tucson, AZ 85743

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $430.14 |
|---|---|---|---|

Southwest Mobile Storage Denver
902 S 7th St
Phoenix, AZ 85034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

| 3.551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $321.75 |
|---|---|---|---|

Spaceman Llc
PO Box 561126
Charlotte, NC 28256-1126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.552 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,310.38 |
|---|---|---|---|

Spaceman Usa
4699 Nautilus Ct S Ste 100
Boulder, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.553 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,701.34 |
|---|---|---|---|

Spg
Dept Ch 19355
Palatine, IL 60055-9355

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.554 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,737.86 |
|---|---|---|---|

Spill Stop
1509 W Lemoyne Ave
Melrose Park, IL 60160

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.555 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,192.44 |
|---|---|---|---|

Spokane Restaurant Equipment Inc
1750 E Trent Ave
Spokane, WA 99202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.556 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $28,189.80 |
|---|---|---|---|

Stainless Concepts Llc
6077 N Travel Center Dr
Tuscon, AZ 85741

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.557 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,690.25 |
|---|---|---|---|

Star Manufacturing International Inc
PO Box 60151
St Louis, MO 63160-0151

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  FoodServiceWarehouse.com, LLC
_____
　　　　　Name

Case number (if known)　16-11179

---

**3.558** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $254.88
---|---|---|---

State Of North Carolina Eproc
PO Box 752167
Charlotte, NC 28275-2167

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.559** **Nonpriority creditor's name and mailing address**　　　　**As of the petition filing date, the claim is:** *Check all that apply.*　　$13,835.84

Steelite International
154 Keystone Dr
New Castle, PA 16105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.560** **Nonpriority creditor's name and mailing address**　　　　**As of the petition filing date, the claim is:** *Check all that apply.*　　$714.41

Stepsa Usa Llc
8505 Technology Forest Pl Ste 802
The Woodlands, TX 77381

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.561** **Nonpriority creditor's name and mailing address**　　　　**As of the petition filing date, the claim is:** *Check all that apply.*　　$915.10

Sterling
236 Stephanie Ln
Covington, LA 70435

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.562** **Nonpriority creditor's name and mailing address**　　　　**As of the petition filing date, the claim is:** *Check all that apply.*　　$1,894.00

Sterno Candle Lamp
Dept 3360
Los Angeles, CA 90084-3360

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.563** **Nonpriority creditor's name and mailing address**　　　　**As of the petition filing date, the claim is:** *Check all that apply.*　　$828.62

Strategic Equipment And Supply
PO Box 654020
Dallas, TX 75265-4020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.564** **Nonpriority creditor's name and mailing address**　　　　**As of the petition filing date, the claim is:** *Check all that apply.*　　$1,000,000.00

Strickler

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　　Best Case Bankruptcy

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.565** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $52,417.13

Structural Concepts
888 Porter Rd
Muskegon, MI 49441

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.566** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23,958.55

Summit Appliance
770 Garrison Ave
Bronx, NY 10474

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.567** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,319.59

Sunbelt Rentals Inc
PO Box 409211
Atlanta, GA 30384-9211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.568** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,255.92

Sunflower Restaurant Supply Inc
1647 Sunflower Ln
Salina, KS 67401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.569** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $272.44

Sunkist
5818 Collections Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.570** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,033.40

Supplyworks Northern Colorado Paper
PO Box 2317
Jackonsville, FL 32203-2317

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.571** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11.15

Supreme Fixture Company
11900 Vimy Ridge
Little Rock, AR 72219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.572** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,880.74

Supreme Restaurant Equipement Inc
7917 Old Lee Hwy
Ooltewah, TN 37363

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.573** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Susan Davia
c/o Gregory Sheffer, Esq.
81 Throckmorton Ave., Ste. 202
Mill Valley, CA 94941

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  nuisance claim

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,789.81

Swanson Girard Distributing
10420 Sourthern Loop Blvd
Pineville, NC 28134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.575** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24,906.08

Swift Transportation
PO Box 29243
Phoenix, AZ 85038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.576** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $62,328.40

T And S Brass And Bronze Works Inc
PO Box 601161
Charlotte, NC 28260-1161

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.577** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,935.86

Tablecraft
7008 Reliable Pkwy
Chicago, IL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.578** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $159.96

Tablemate
851 E State Pkwy
Schaumburg, IL 60173

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.579** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $67.37

Tabletop Classics
Box 150 1030a Stafford St
Rochdale, MA 01542

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.580** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,198.78

Tarrison Products
2780 Coventry Rd, L6H 6R1
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.581** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $483.60

Taylor Precision Products
PO Box 71933
Chicago, IL 60694-1933

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.582** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,607.50

Tee Logistics
PO Box 561126
Charlotte, NC 28256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.583** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $42,823.50

The Montague Company
PO Box 45025
San Francisco, CA 94145

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.584** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,967.10

The Restaurant Store
1111 Eaton St
Key West, FL 33040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.585** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,113.73

Thermodyne Food Svcs Products Inc
4418 New Haven Ave
Fort Wayne, IN 46803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | | |

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.586** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $115.00
Thornburg Machine Llc
1699 Smith Farm Rd PO Box 981
Lincolnton, NC 28092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.587** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $650.55
Thorpe Rolling Pin Company
336 Putman Ave PO Box 4282
Hamden, CT 06514

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.588** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,661.63
Thunder Group
12333 B Sowden Rd
Houston, TX 70080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.589** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,218.00
Thunderbird Food Machinery Inc
4602 Brass Way
Dallas, TX 75236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.590** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27,747.74
Titan Stainless
7000 Regent Pkwy Ste 108
Fort Mill, SC 29715

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.591** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $45,136.93
Titan Ventures International Inc
170 Millennium Blvd, Moncton, NB E1E 2G8
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.592** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,768.05
Tmi International Llc
5350 Campbells Run Rd
Pittsburgh, PA 15205-9738

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.593** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,055.03

Tomlinson Industries
PO Box 92208
Cleveland, OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.594** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,418.66

Town Food Svcs
72 Beadel St
Brooklyn, NY 11222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.595** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $58,236.91

Traulsen Equipment
Hobart Feg
PO Box 3563
Carol Stream, IL 60132-3563

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.596** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $537.00

Trawicki Electric Inc
N70w25156 Indian Grass Ln #c
Sussex, WI 53089

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.597** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $212.21

Trellis Earth Products Inc
13315 Ne Airport Way Ste 800
Portland, OR 97230

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.598** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,458.49

Tri City Equip Company Inc
527 West 4th St
Davenport, IA 52801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.599** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $795.73

Triad Mechanical Contractors Inc
PO Box 31518
Charleston, SC 29417

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.600**

**Nonpriority creditor's name and mailing address**

True Food Svcs Equipment Inc
Department 456139 PO Box 790100
St Louis, MO 63179-0100

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$6,833.26

---

**3.601**

**Nonpriority creditor's name and mailing address**

True Temp Inc
6210 Covey Court
Floyd Knobs, IN 47119

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,241.66

---

**3.602**

**Nonpriority creditor's name and mailing address**

Tucker Safety Products
PO Box 732573
Dallas, TX 75373-2573

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$3,539.83

---

**3.603**

**Nonpriority creditor's name and mailing address**

Turbo Air
4184 Conant St
Long Beach, CA 90808

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$106,362.60

---

**3.604**

**Nonpriority creditor's name and mailing address**

Turbochef
2801 Trade Center Dr
Carrollton, TX 75007

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$21,663.73

---

**3.605**

**Nonpriority creditor's name and mailing address**

Tuxton China Inc
21011 Commerce Pointe Dr
Walnut, CA 91789

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$10,867.82

---

**3.606**

**Nonpriority creditor's name and mailing address**

U Line Corp
33106 Collection Center Dr
Chicago, IL 60693-0331

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$14,398.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.607** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $777.78

Uline
Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.608** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $55,175.06

Ultrafryer Systems Inc
PO Box 5369
San Antonio, TX 78201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.609** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $66,006.64

Unisource Worldwide Inc
Unisource Lenexa
PO Box 849089
Dallas, TX 75284-9089

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.610** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $541.37

Unite Private Networks Llc
120 S Stewart Rd
Liberty, MO 64068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.611** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $52.51

United Refrigeration Inc
PO Box 677036
Dallas, TX 75267-7036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.612** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,592.08

United Restaurant Equipment Co Inc
1 Executive Park Dr
North Billerica, MA 01862

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.613** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $488.80

United States Dinnerware Inc
PO Box 568
Port Gibson, MS 39150

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.614** | **Nonpriority creditor's name and mailing address**

Univex
3 Old Rockingham Rd
Salem, NH 03079

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$18,872.46

---

**3.615** | **Nonpriority creditor's name and mailing address**

Update International
5801 Boyle Ave
Los Angeles, CA 90058

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$300,779.06

---

**3.616** | **Nonpriority creditor's name and mailing address**

Ups
PO Box 7247 0244
Philadelphia, PA 19170-0001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$194,682.51

---

**3.617** | **Nonpriority creditor's name and mailing address**

Ups Freight
28013 Network Pl
Chicago, IL 60673-1280

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$44,284.06

---

**3.618** | **Nonpriority creditor's name and mailing address**

Us Healthworks
PO Box 742556
Atlanta, GA 30374

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$48.00

---

**3.619** | **Nonpriority creditor's name and mailing address**

Usf Holland
27052 Network Pl
Chicago, IL 60673-1270

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$52,527.69

---

**3.620** | **Nonpriority creditor's name and mailing address**

Usf Reddaway
PO Box 1300
Tualatin, OR 97062

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$8,796.80

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com |

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.621**  **Nonpriority creditor's name and mailing address**

Utility Refrigerator
PO Box 570782
Tarzana, CA 91357-0782

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$16,252.65

---

**3.622**  **Nonpriority creditor's name and mailing address**

Vertex China
1793 West 2nd St
Pomona, CA 91766

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$5,090.16

---

**3.623**  **Nonpriority creditor's name and mailing address**

Victorinox Swiss Army
PO Box 845362
Boston, MA 02284-5362

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$7,871.49

---

**3.624**  **Nonpriority creditor's name and mailing address**

Victory Refrigeration
110 Woodcrest Rd
Cherryhill, NJ 08003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$29,429.74

---

**3.625**  **Nonpriority creditor's name and mailing address**

Villeroy And Boch
PO Box 1195
New York, NY 10268-1195

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$380.25

---

**3.626**  **Nonpriority creditor's name and mailing address**

Vitamix
8615 Usher Rd
Cleveland, OH 44138

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$26,028.66

---

**3.627**  **Nonpriority creditor's name and mailing address**

Vollrath Company Llc
75 Remittance Dr Ste 3022
Chicago, IL 60675-3022

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$117,039.04

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $231,027.07 |
|---|---|---|---|

Vulcan Hart
PO Box 905254
Charlotte, NC 28290-5254

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $293.75 |
|---|---|---|---|

Waco Hotel Supply Inc
308 Lake Air Dr
Waco, TX 76714

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,077.24 |
|---|---|---|---|

Walco Stainless
820 Noyes St PO Box 10527
Utica, NY 13503-1527

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,095.80 |
|---|---|---|---|

Waller Logistics Inc
PO Box 872835
Kansas City, MO 64187-2835

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,173.96 |
|---|---|---|---|

Walsh And Simmons Seating
2511 Iowa St
St. Louis, MO 63104-2392

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.91 |
|---|---|---|---|

Ward Trucking
PO Box 1553
Altoona, PA 16603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.06 |
|---|---|---|---|

Warehouse Restaurant Equip Inc
995 N Military Ave
Green Bay, WI 54303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

**3.635** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $819.54

Waring Conair Corp
PO Box 932059
Atlanta, GA 31193-2059

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.636** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,525.00

Warren Llc
PO Box 1225
Kenner, LA 70063-1225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.637** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33.45

Waxie Sanitary Supply
PO Box 60227
Los Angeles, CA 90060-0227

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.638** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,765.41

Wells Bloomfield
PO Box 60151
St Louis, MO 63160

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.639** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $267.51

Wells Fargo Equipment Finance
Manufacturer Svcs Group
PO Box 7777
San Francisco, CA 94120-7777

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.640** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $426.20

Westerman Hattori Daniels And Adrian Llp
1250 Connecticut Ave Nw Ste 700
Washington, DC 20036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.641** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $588.00

Wex Bank
PO Box 6293
Carol Stream, IL 60197-6293

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

---

| 3.642 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $230.83 |
|---|---|---|---|

Whaley Parts And Supply
PO Box 890962
Charlotte, NC 28289-0962

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,571.09 |
|---|---|---|---|

Whitehead Food Equipment
106 Ne 24th St
Oklahoma City, OK 73105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,410.49 |
|---|---|---|---|

Wholesale Supply Inc
PO Box 535
Longview, TX 75606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,036.37 |
|---|---|---|---|

Wilbur Curtis Company Inc
PO Box 809092
Chicago, IL 60680-9092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,107.00 |
|---|---|---|---|

Will Go Transport Inc
145 Thomas Ln
Cleveland, NC 27013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,569.52 |
|---|---|---|---|

Wilson Restaurant Equipment Inc
137 Hibbard Rd
Horseheads, NY 14845

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,950.54 |
|---|---|---|---|

Win Holt Equipment Group
7028 Snowdrift Rd Ste 100
Allentown, PA 18106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FoodServiceWarehouse.com, LLC | Case number (if known) | 16-11179 |
|---|---|---|---|
| | Name | | |

| 3.649 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,593.22 |
|---|---|---|---|

Winco Ca
12765 166th St
Cerritos, CA 90703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.650 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,589.46 |
|---|---|---|---|

Winco Nj
65 Industrial Rd
Lodi, NJ 07644

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.651 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $288.84 |
|---|---|---|---|

Winpro Solutions
9738 Pflumm
Lenexa, KS 66215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $94.34 |
|---|---|---|---|

Winston-salem Forsyth County
Inspections Division
101 E 1st St #328
Winston-salem, NC 27101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,706.00 |
|---|---|---|---|

Wittco Foodservice
PO Box 2459
Carol Stream, IL 60132-2459

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,615.97 |
|---|---|---|---|

Wna City Of Industry
PO Box 643145
Cincinatti, OH 45264-3145

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,619.20 |
|---|---|---|---|

Wood Goods Industries Inc
407 South Duncan St
Luck, WI 54853

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   FoodServiceWarehouse.com, LLC                                Case number (if known)    16-11179
         _____
         Name

| 3.656 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,149.85 |
|---|---|---|---|
| | Xpo Logistics | ☐ Contingent | |
| | 105 White Oak Ln | ☐ Unliquidated | |
| | Old Bridge, NJ 08857 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.657 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $144.32 |
|---|---|---|---|
| | Yaffee Incorp | ☐ Contingent | |
| | 1817 8th St | ☐ Unliquidated | |
| | Sacramento, CA 95814 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.658 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,764.00 |
|---|---|---|---|
| | Yamato Corp | ☐ Contingent | |
| | 6306 Eastwood Ct | ☐ Unliquidated | |
| | Mequon, WI 53092 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.659 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18,883.00 |
|---|---|---|---|
| | Yoshimasa Display | ☐ Contingent | |
| | 108 Pico St | ☐ Unliquidated | |
| | Pomona, CA 91766 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.660 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,965.14 |
|---|---|---|---|
| | Yrc Tx | ☐ Contingent | |
| | PO Box 730375 | ☐ Unliquidated | |
| | Dallas, TX 75373-0375 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.661 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $446.69 |
|---|---|---|---|
| | Zepole Restaurant Supply Co | ☐ Contingent | |
| | 506 E North Frontage Rd | ☐ Unliquidated | |
| | Bolingbrook, IL 60440 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.662 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $39,013.24 |
|---|---|---|---|
| | Zesto | ☐ Contingent | |
| | 4575 Park Ave, Montreal, QC H2V 4E4 | ☐ Unliquidated | |
| | CANADA | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
   assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

Debtor    FoodServiceWarehouse.com, LLC
_____
Name

Case number (if known)    16-11179
_____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  Ariel DeFazio, Esq.<br>Sweeney & Bechtold, LLC<br>650 S. Cherry Street, Ste. 610<br>Denver, CO 80246 | Line  3.407<br>☐ Not listed. Explain ____ | _ |
| 4.2  John Davis, Esq.<br>The Davis Law Firm<br>5290 DTC Parkway, Ste. 150<br>Greenwood Village, CO 80111 | Line  3.353<br>☐ Not listed. Explain ____ | _ |
| 4.3  Kerry M. Wisser, Esq.<br>Weinstein & Wisser, P.C.<br>29 South Main Street, Ste. 207<br>West Hartford, CT 06107 | Line  3.363<br>☐ Not listed. Explain ____ | _ |
| 4.4  Thomas Waffenschmidt, Esq.<br>The Waffenschmidt Law Firm<br>811 South Market Street<br>Williamsport, PA 17702 | Line  3.275<br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $    0.00 |
| 5b. Total claims from Part 2 | 5b. + | $    19,502,803.69 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $    19,502,803.69 |