# HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.

650 Poydras Street, Suite 2500

New Orleans, Louisiana 70130-6103

(504) 299-3300

Fed. I.D. # 72-1421930

## *Statement*

FoodServiceWarehouse.com LLC
1350 17th Street
Suite 206
Denver  CO  80202

Attn: Thomas Kim

Page: 1
May 31, 2016

Account No:            3774M

**Payments received on or after June 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.**

**Thank You.**

| Previous Balance | Fees | Expenses | Advances | Payments | Balance Due |
|---|---|---|---|---|---|
| 3774-00002 Administration | | | | | |
| 0.00 | 1,037.50 | 0.00 | 0.00 | 0.00 | $1,037.50 |
| 3774-00003 DIP Financing, Cash Collateral & First Day Filings | | | | | |
| 0.00 | 27,916.50 | 0.00 | 0.00 | 0.00 | $27,916.50 |
| 3774-00004 Schedules and Statement | | | | | |
| 0.00 | 126.00 | 0.00 | 0.00 | 0.00 | $126.00 |
| 3774-00005 Executory Contracts | | | | | |
| 0.00 | 357.00 | 0.00 | 0.00 | 0.00 | $357.00 |
| 3774-00006 Claim Analysis | | | | | |
| 0.00 | 450.00 | 0.00 | 0.00 | 0.00 | $450.00 |
| 3774-00008 Client Communication | | | | | |
| 0.00 | 5,685.00 | 0.00 | 0.00 | 0.00 | $5,685.00 |
| 3774-00009 Litigation | | | | | |
| 0.00 | 418.50 | 0.00 | 0.00 | 0.00 | $418.50 |
| 3774-00010 Other | | | | | |
| 0.00 | 4,224.50 | 0.00 | 0.00 | 0.00 | $4,224.50 |

Page: 2
May 31, 2016

FoodServiceWarehouse.com LLC

Account No:            3774M

| Previous Balance | Fees | Expenses | Advances | Payments | Balance Due |
|---|---|---|---|---|---|
| 3774-00011 Retention and Payment of Professionals | | | | | |
| 0.00 | 2,517.00 | 0.00 | 0.00 | 0.00 | $2,517.00 |
| 3774-00012 Research | | | | | |
| 0.00 | 1,856.50 | 0.00 | 0.00 | 0.00 | $1,856.50 |
| 3774-00013 Travel | | | | | |
| 0.00 | 592.50 | 0.00 | 0.00 | 0.00 | $592.50 |
| 3774-00099 Cost | | | | | |
| 0.00 | 0.00 | 50.25 | 98.45 | 0.00 | $148.70 |
| 0.00 | 45,181.00 | 50.25 | 98.45 | 0.00 | $45,329.70 |

# HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.

650 Poydras Street, Suite 2500

New Orleans, Louisiana 70130-6103

(504) 299-3300

Fed. I.D. # 72-1421930

# *Statement*

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| FoodServiceWarehouse.com LLC |  | May 31, 2016 |
| 1350 17th Street | Account No: | 3774-00002M |
| Suite 206 | Statement No: | 42983 |
| Denver  CO  80202 |  |  |

Attn: Thomas Kim

Administration

**Payments received on or after June 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.**

**Thank You.**

### Fees

| | | Hours |
|---|---|---|
| 05/24/2016 | | |
| TEM | Correspondence with counsel regarding call (multiple); correspondence with counsel regarding critical vendors (multiple). | 0.30 |
| 05/25/2016 | | |
| TEM | Telephone conference with W. Patrick and conference with G. Brouphy regarding First Day filings. | 0.20 |
| | Tristan E. Manthey | 0.50 |
| 05/23/2016 | | |
| GMB | Telephone conference with G. Miller regarding Initial Debtor Interview. | 0.20 |
| GMB | Email to A. Hoffman regarding including status, trustee as additional notifying party on insurance policies. | 0.40 |
| 05/26/2016 | | |
| GMB | Receive and review multiple requests for special notice list, sent to Donlin Recano. | 0.50 |

FoodServiceWarehouse.com LLC

Administration

Page: 2
May 31, 2016
Account No: 3774-00002M
Statement No:        42983

|  |  | Hours |
|---|---|---|
| GMB | Receive and review email from D. Brown regarding US Trustee added to insurance policies. | 0.20 |
| **05/27/2016** | | |
| GMB | Telephone conference with G. Miller to move Initial Debtor Interview to June 8th. | 0.20 |
| GMB | Receive and review multiple request to continue receiving notices, send to D. Recano for updating special notice list. | 0.50 |
| **05/31/2016** | | |
| GMB | Receive and review multiple request for continued notices, send same to Donlin to include special notice list. | 0.40 |
| | Greta M. Brouphy | 2.40 |
| **05/18/2016** | | |
| KF | Receive and review multiple emails regarding upcoming filing. | 0.20 |
| **05/19/2016** | | |
| KF | Receive and review multiple emails regarding upcoming filing. | 0.30 |
| **05/20/2016** | | |
| KF | Receive and review emails from C. Nobles and others regarding Equity list and other miscellaneous information for upcoming filing. | 0.20 |
| **05/23/2016** | | |
| KF | Receive and review multiple emails regarding upcoming filing. | 0.10 |
| **05/24/2016** | | |
| KF | Receive and review multiple emails | |

Page: 3

FoodServiceWarehouse.com LLC

May 31, 2016

Account No:     3774-00002M
Statement No:          42983

Administration

|  | Hours |  |
|---|---|---|
| regarding first day pleadings and service information. | 0.20 | |
| Kelly Fritscher | 1.00 | |
| For Current Professional Services Rendered | 3.90 | 1,037.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Tristan E. Manthey | 0.50 | $395.00 | $197.50 |
| Greta M. Brouphy | 2.40 | 300.00 | 720.00 |
| Kelly Fritscher | 1.00 | 120.00 | 120.00 |

| Current Balance | 1,037.50 |
|---|---|
| Total Balance Due | $1,037.50 |

Account No:     3774-00003M
Statement No:          42983

DIP Financing, Cash Collateral & First Day Filings

***Payments received on or after June 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.***

***Thank You.***

|  | Page: 4 |
| --- | --- |
|  | May 31, 2016 |
| FoodServiceWarehouse.com LLC |  |
| Account No: | 3774-00003M |
| Statement No: | 42983 |

DIP Financing, Cash Collateral & First Day Filings

### Fees

| | | | Hours |
| --- | --- | --- | --- |
| 05/21/2016 | | | |
| | TEM | Work on First Days; correspondence with counsel (multiple); review and revise and finalize drafts; review docket; telephone conference with counsel. | 1.50 |
| 05/22/2016 | | | |
| | TEM | Review and revise First Day pleadings; correspondence with counsel regarding multiple items (multiple); telephone conference with B. Miller and G. Brouphy regarding First Days; correspondence with M. Crawford regarding cash collateral. | 1.50 |
| | | Tristan E. Manthey | 3.00 |
| 05/21/2016 | | | |
| | WHP | Work on application, telephone conference with Tristan regarding application. | 0.50 |
| | WHP | Revise cash collateral motion, explanatory memo to Iberia and Pride counsel. | 2.00 |
| 05/22/2016 | | | |
| | WHP | Review J. Hayden's revisions to cash collateral motion, revise same, correspondence to lenders' counsel regarding cash collateral motion and order. | 2.70 |
| | WHP | Correspondence to J. Hayden regarding application. | 0.20 |
| | WHP | Conference with B. Miller regarding Paymetal. | 0.20 |
| | WHP | Review interim cash collateral order, correspondence to counsel regarding | |

Page: 5

FoodServiceWarehouse.com LLC

May 31, 2016

Account No:   3774-00003M

Statement No:     42983

DIP Financing, Cash Collateral & First Day Filings

| | | | Hours |
|---|---|---|---|
| | | changes. | 1.00 |
| | WHP | Receive and review T. Kim's changes, revise motion, correspondence to group regarding same. | 0.90 |
| 05/23/2016 | | | |
| | WHP | Conference call with Pride, Iberia lawyers regarding interim order and motion for cash collateral. | 0.80 |
| | WHP | Revise interim order, motion for cash collateral. | 1.20 |
| | WHP | Telephone conference with T. Kim regarding budget. | 0.20 |
| | WHP | Receive and review correspondence regarding budget. | 0.20 |
| | WHP | Conference with G. Brouphy regarding further changes, budget. | 0.30 |
| 05/24/2016 | | | |
| | WHP | Conference call with B. Furr, etal. | 0.40 |
| | WHP | Correspondence regarding cash collateral motion, cash collateral order, changes to carve out. | 0.30 |
| | WHP | Receive and review correspondence regarding payments. | 0.20 |
| | WHP | Revise cash collateral motion, cash collateral order. | 0.40 |
| 05/25/2016 | | | |
| | WHP | Conference with B. Miller regarding utility motion. | 0.20 |

Page: 6

FoodServiceWarehouse.com LLC                                    May 31, 2016

                                               Account No:    3774-00003M
                                               Statement No:      42983

DIP Financing, Cash Collateral & First Day Filings

|  |  |  | Hours |
|---|---|---|---|
| 05/31/2016 | | | |
| | WHP | Report from B. Miller, G. Brouphy regarding next steps. | 0.20 |
| | | William H. Patrick, III | 11.90 |
| 05/22/2016 | | | |
| | GMB | Telephone conference with T. Manthey, B. Miller regarding case status and first day pleadings. | 0.40 |
| 05/23/2016 | | | |
| | GMB | Telephone conference with B. Miller and T. Hicks regarding first day pleadings. | 1.00 |
| | GMB | Telephone conference with team regarding cash collateral motion and order. | 0.40 |
| | GMB | work on revisions to cash collateral and order from conference call. | 1.00 |
| | GMB | Telephone conference with chambers regarding scheduling first day hearing. | 0.20 |
| 05/24/2016 | | | |
| | GMB | Multiple revisions to cash collateral motion and order, finalize for filing. | 1.80 |
| | GMB | Multiple revisions to cash collateral motion and order, finalize for filing. | 1.80 |
| | GMB | Multiple telephone conferences with R. Rotman, and multiple emails regarding service of orders and cash collateral motion and confirming service party information. | 0.80 |
| | GMB | Telephone conference with R. Sutton | |

|  |  | Page: 7 |
|---|---|---|
| FoodServiceWarehouse.com LLC |  | May 31, 2016 |
|  | Account No: | 3774-00003M |
|  | Statement No: | 42983 |

DIP Financing, Cash Collateral & First Day Filings

|  |  | Hours |
|---|---|---|
|  | regarding Chase accounts, receive and review email regarding same. | 0.50 |
| GMB | Receive and review motion and order approving notice. | 0.30 |
| GMB | Receive and review affidavit in support of first day motions. | 0.50 |
| GMB | Finalize motion for extension of time to file schedules. | 0.30 |
| GMB | Receive and review notice of creditors meeting. | 0.10 |
| GMB | Receive and review outstanding payable information for utility companies. | 0.50 |
| 05/26/2016 |  |  |
| GMB | Receive and review agreement of ABF for post petition freight. | 0.50 |
| 05/27/2016 |  |  |
| GMB | Appearance at cash collateral and utility motion hearing. | 0.50 |
| GMB | Meeting with counsel, H. Arnold and M. Crawford regarding revisions to cash collateral order, finalize revised order, submit to chambers for execution. | 0.50 |
|  | Greta M. Brouphy | 11.10 |
| 05/17/2016 |  |  |
| KF | Receive and review emails regarding upcoming filing, First Day Motions, and creditor list. | 0.20 |
|  | Kelly Fritscher | 0.20 |

Page: 8

FoodServiceWarehouse.com LLC

May 31, 2016

Account No: 3774-00003M
Statement No: 42983

DIP Financing, Cash Collateral & First Day Filings

| | | | Hours |
|---|---|---|---|
| 05/26/2016 | | | |
| | LW | Organize hearing materials for May 27th regarding cash collateral, office conference with G. Brouphy. | 0.30 |
| | | LeeAnn Wright | 0.30 |
| 05/20/2016 | | | |
| | BWM | Conferences with W. H. Patrick and attorneys for secured lenders. | 2.50 |
| | BWM | Work on motion to use cash collateral and to give adequate protection. | 2.00 |
| | BWM | Telephone conferences with Jan Hayden and Hank Arnold. | 0.30 |
| | BWM | Analysis of cash flow projections prepared by Thomas Kim; conferences with Thomas Kim. | 1.30 |
| | BWM | Exchange emails regarding status of case; preparation of first day motions and motion to use cash collateral. | 1.20 |
| 05/21/2016 | | | |
| | BWM | Meeting with W. H. Patrick; examine and revise proposed cash collateral motion. | 1.20 |
| | BWM | Conferences with Greta Brouphy; finalization of first day motions and affidavits. | 1.30 |
| 05/22/2016 | | | |
| | BWM | Revise, edit and prepare first day motions and cash collateral order; conferences with W. H. Patrick, T. Manthey and G. Brouphy regarding cash collateral order, budget, information for schedules and statement of financial affairs, and status. | 4.50 |

FoodServiceWarehouse.com LLC

Page: 9
May 31, 2016
Account No:     3774-00003M
Statement No:          42983

DIP Financing, Cash Collateral & First Day Filings

|  |  | Hours |
|---|---|---|
| BWM | Exchange emails with client, co-counsel and attorneys for secured lender regarding use of cash collateral and proposed order. | 2.00 |

05/23/2016
| BWM | Conferences with attorneys for creditors, W. H. Patrick and T. Manthey regarding status, sales and motion to use cash collateral and proposed order. | 2.50 |
| BWM | Drafting of motion to use cash collateral and motion concerning utility services. | 1.50 |
| BWM | Exchange emails  and conferences with client  regarding financial data and utility companies, outstanding invoices and services. | 1.80 |

05/24/2016
| BWM | Analyze and revise drafts of cash collateral motion and order received from W. H. Patrick, IberiaBank and Pride; analyze proposed budget; conference and exchange emails with client. | 2.80 |
| BWM | Receive and examine emails and attachments regarding financial records and client's cloud data base; analyze tax returns and utility records. | 2.00 |
| BWM | Conference calls with Mike Crawford, W. H. Patrick, Jan Hayden, Thomas Kim, Brett Furr and Karin Sugarman. regarding finalization of cash collateral motion and order, budget and employees. | 3.60 |

05/25/2016
| BWM | Draft, edit and prepare motion regarding | |

Page: 10

FoodServiceWarehouse.com LLC

May 31, 2016

Account No:  3774-00003M

Statement No:  42983

DIP Financing, Cash Collateral & First Day Filings

| | | Hours |
|---|---|---|
| | utility service providers, proposed order, notice of hearing and motion for expedited hearing. | 2.50 |
| BWM | Preparation of affidavit of Thomas Kim in support of first day motions. | 1.20 |
| **05/26/2016** | | |
| BWM | Completion of motion regarding utility services. | 1.00 |
| BWM | Completion of affidavit of Thomas Kim in support of first day motions. | 0.80 |
| BWM | Receive and examine emails regarding service of emergency motions and expedited hearing. | 0.30 |
| BWM | Conference with court regarding hearing. | 0.10 |
| BWM | Conferences with G. Brouphy regarding status, motions, initial debtor interview, payroll services,  and DIP accounts. | 0.60 |
| **05/27/2016** | | |
| BWM | Attendance of hearing on motion to use cash collateral and motion regarding utility service providers. | 2.00 |
| **05/31/2016** | | |
| BWM | Examination of budget; exchange emails with client; conference with Mike Crawford regarding June 8th hearing, budget and operations. | 1.20 |
| | Barry W. Miller | 40.20 |
| **05/23/2016** | | |
| RLT | Finalize and e-submit order to Judge Magner | |

Page: 11

FoodServiceWarehouse.com LLC

May 31, 2016

Account No:    3774-00003M
Statement No:         42983

DIP Financing, Cash Collateral & First Day Filings

|  |  | Hours |
|---|---|---|
|  | regarding ex parte motion to limit notice. | 0.20 |
| RLT | Receive and examine emails from Calvin Dickson, Andrew Logan, Katherine Young, Thomas Kim, Robert Rotman and Noah Kressler regarding needed information and supporting documents for proposed first day motions. | 0.50 |
| RLT | Revise and edit statement / affidavit of Thomas Kim in support of original chapter 11 petition,  motion to use cash collateral and for adequate protection, and motion concerning utility service providers. | 0.80 |
| **05/24/2016** | | |
| RLT | Finalize and electronic court file motion to use cash collateral and for adequate protection. | 0.50 |
| RLT | Finalize and electronic court file motion for extension of time to file schedules. | 0.50 |
| RLT | Finalize and electronic court file notice of hearing on cash collateral motion and utilities motion. | 0.40 |
| RLT | Exchange emails with attorneys regarding pending matters. | 0.30 |
| RLT | Receive, examine, index and calendar e-noticed documents. | 0.10 |
| **05/25/2016** | | |
| RLT | Draft, revise, finalize and electronic court file ex parte motion for expedited hearing; examine motion for use of case collateral; examine email received from court. | 2.00 |

Page: 12
FoodServiceWarehouse.com LLC                                          May 31, 2016
                                                    Account No:      3774-00003M
                                                    Statement No:          42983

DIP Financing, Cash Collateral & First Day Filings


                                                                        Hours

RLT     Draft motion for expedited hearing on
        motion to prohibit utilities from refusing
        or discontinuing service.                                        0.90

RLT     Draft Exhibit A - Utility Service List;
        examine documents provided by client
        regarding service providers; search
        internet for contact information; telephone
        conferences with utility providers to
        obtain fax numbers for immediate service of
        pleadings.                                                       0.80

RLT     Work on statement / affidavit of Thomas
        Kim.                                                             0.30

RLT     Receive and examine multiple service
        affidavits from servicing agent; electronic
        court file same.                                                 0.30

05/26/2016
RLT     Revise and edit application to employ
        attorneys for debtor with supporting
        affidavit; examine original engagement
        letter; exchange emails with C. Hattier
        regarding retainer, prepetition fees,
        deduction of  filing fee and balance of
        retainer; examine Judge Magner's hearing
        calendar; draft notice of hearing and
        service certificate.                                             1.10

RLT     Edit and revise application to appoint
        Donlin, Recano & Co. as servicing agent;
        examine affidavit and engagement agreement.                      0.70

RLT     Edit, revise, finalize and electronic court
        file motion regarding utility service
        providers.                                                       0.90

RLT     Draft and electronic court file ex parte

Page: 13
FoodServiceWarehouse.com LLC

May 31, 2016

Account No:    3774-00003M
Statement No:          42983

DIP Financing, Cash Collateral & First Day Filings

| | | Hours | |
|---|---|---:|---:|
| | motion for expedited hearing on utilities motions; draft and e-submit proposed order to court. | 0.70 | |
| RLT | Electronic court file application to employ Heller Draper as attorneys for debtor; electronic court file application to appoint servicing agent. | 0.40 | |
| RLT | Receive and examine signed affidavit from Thomas Kim; attach resume and biography referred to therein; electronic court file all. | 0.30 | |
| RLT | Exchange emails with servicing agent transmitting pleadings and orders to be served immediately. | 0.40 | |
| RLT | Prepare for hearing on motion to use cash collateral and utilities motion. | 1.00 | |
| | Robin L. Terrebonne | 13.10 | |
| | For Current Professional Services Rendered | 79.80 | 27,916.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Tristan E. Manthey | 3.00 | $395.00 | $1,185.00 |
| William H. Patrick, III | 11.90 | 495.00 | 5,890.50 |
| Greta M. Brouphy | 11.10 | 300.00 | 3,330.00 |
| Kelly Fritscher | 0.20 | 120.00 | 24.00 |
| LeeAnn Wright | 0.30 | 120.00 | 36.00 |
| Barry W. Miller | 40.20 | 395.00 | 15,879.00 |
| Robin L. Terrebonne | 13.10 | 120.00 | 1,572.00 |

Current Balance                                                27,916.50

|  |  |
|---|---|
|  | Page: 14 |
| FoodServiceWarehouse.com LLC | May 31, 2016 |
|  | Account No: 3774-00003M |
|  | Statement No: 42983 |
| DIP Financing, Cash Collateral & First Day Filings |  |

| Total Balance Due | $27,916.50 |
|---|---|

|  |  |
|---|---|
|  | Account No: 3774-00004M |
|  | Statement No: 42983 |
| Schedules and Statement |  |

***Payments received on or after June 1, 2016 will be reflected on your next statement.***
***Please reference the appropriate account number on all payments.***

***Thank You.***

<u>Fees</u>

|  |  | | Hours |  |
|---|---|---|---|---|
| 05/24/2016 |  | | | |
| GMB | Receive and review email from J. Hayden regarding top twenty information. | | 0.30 | |
|  | Greta M. Brouphy | | 0.30 | |
|  |  | | | |
| 05/27/2016 |  | | | |
| KF | Receipt and review of request for information, research records/files retrieve requested documents & forward same to G. Brouphy regarding Schedules, Top 20, etc. | | 0.30 | |
|  | Kelly Fritscher | | 0.30 | |
|  |  | | | |
|  | For Current Professional Services Rendered | | 0.60 | 126.00 |

Page: 15

FoodServiceWarehouse.com LLC

May 31, 2016

Account No: 3774-00004M

Statement No: 42983

Schedules and Statement

## Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Greta M. Brouphy | 0.30 | $300.00 | $90.00 |
| Kelly Fritscher | 0.30 | 120.00 | 36.00 |

| | | |
|---|---|---|
| Current Balance | | 126.00 |
| Total Balance Due | | $126.00 |

Account No: 3774-00005M

Statement No: 42983

Executory Contracts

***Payments received on or after June 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.***

***Thank You.***

## Fees

| | | Hours |
|---|---|---|
| 05/31/2016 | | |
| GMB | Telephone conference and receive and review email from J. Wilson regarding band claim. | 0.40 |
| | Greta M. Brouphy | 0.40 |
| 05/26/2016 | | |
| BWM | Exchange of emails with client regarding ABF Freight and agreements with ABF Freight. | 0.60 |

Page: 16
May 31, 2016

FoodServiceWarehouse.com LLC

Account No:    3774-00005M
Statement No:         42983

Executory Contracts

|  | Hours |  |
|---|---|---|
| Barry W. Miller | 0.60 |  |
| For Current Professional Services Rendered | 1.00 | 357.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Greta M. Brouphy | 0.40 | $300.00 | $120.00 |
| Barry W. Miller | 0.60 | 395.00 | 237.00 |

| Current Balance | 357.00 |
|---|---|
| Total Balance Due | $357.00 |

Account No:    3774-00006M
Statement No:         42983

Claim Analysis

**Payments received on or after June 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.**

**Thank You.**

### Fees

|  |  | Hours |
|---|---|---|
| 05/26/2016 |  |  |
| GMB | Receive, review and respond to multiple emails from H. Robinson regarding case status and food equipments alleged claim. | 0.50 |

Page: 17
May 31, 2016

FoodServiceWarehouse.com LLC

Account No:    3774-00006M
Statement No:         42983

Claim Analysis

| | | Hours |
|---|---|---|
| 05/31/2016 | | |
| GMB | Draft proposed motion bar date. | 1.00 |
| | Greta M. Brouphy | 1.50 |
| | For Current Professional Services Rendered | 1.50 | 450.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Greta M. Brouphy | 1.50 | $300.00 | $450.00 |

| | | |
|---|---|---|
| Current Balance | | 450.00 |
| Total Balance Due | | $450.00 |

Account No:    3774-00008M
Statement No:         42983

Client Communication

***Payments received on or after June 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.***

***Thank You.***

Fees

| | Hours |
|---|---|
| 05/26/2016 | |
| GMB | Email to T. Kim regarding information |

Page: 18
May 31, 2016

FoodServiceWarehouse.com LLC

Account No:      3774-00008M
Statement No:           42983

Client Communication

| | | | Hours |
|---|---|---|---|
| | | required for the initial debtor's interview. | 0.50 |
| 05/27/2016 | | | |
| | GMB | Meeting with T. Kim and K. Young to discuss case. | 3.00 |
| | | Greta M. Brouphy | 3.50 |
| 05/23/2016 | | | |
| | BWM | Exchange of emails and conferences with Thomas Kim regarding post petition operations, cash collateral order, budget and Paymentech. | 2.50 |
| | BWM | Conferences with Mike Crawford and Jan Hayden regarding budget, cash collateral order and Paymentech. | 1.30 |
| 05/25/2016 | | | |
| | BWM | Conferences and exchange of emails with client regarding critical venders, freight handlers and transport companies. | 1.10 |
| 05/26/2016 | | | |
| | BWM | Exchange of emails with client regarding motions, orders and notice. | 1.00 |
| | BWM | Conferences and exchange emails with Thomas Kim regarding DIP accounts, payroll services, initial debtor interview and procedures under chapter 11. | 1.50 |
| 05/27/2016 | | | |
| | BWM | Meeting with Thomas Kim, Katherine Young and Greta Brouphy regarding employment of advisers, status of operations, U. S. Trustee Guidelines, DIP accounts and liquidation of assets, and  preparation for | |

Page: 19
FoodServiceWarehouse.com LLC                                             May 31, 2016
                                                            Account No:    3774-00008M
                                                            Statement No:       42983

Client Communication

|  |  | Hours |  |
|---|---|---|---|
| | hearing on motion to use cash collateral and motion regarding utility service providers. | 4.00 | |
| | Barry W. Miller | 11.40 | |

05/23/2016
RLT        Conference call with Thomas Kim, Barry
           Miller and Greta Brouphy regarding
           guidelines of U. S. Trustee for chapter 11
           debtors, proposed first day motions and
           supporting documents.                                    0.60

05/25/2016
RLT        Receive and examine emails from client
           regarding utilities.                                     0.50
           Robin L. Terrebonne                                      1.10

           For Current Professional Services Rendered      16.00    5,685.00

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Greta M. Brouphy | 3.50 | $300.00 | $1,050.00 |
| Barry W. Miller | 11.40 | 395.00 | 4,503.00 |
| Robin L. Terrebonne | 1.10 | 120.00 | 132.00 |

           Current Balance                                          5,685.00

           Total Balance Due                                        $5,685.00

Page: 20
May 31, 2016

FoodServiceWarehouse.com LLC

Account No:    3774-00009M
Statement No:         42983

Litigation

***Payments received on or after June 1, 2016 will be reflected on your next statement.***
***Please reference the appropriate account number on all payments.***

***Thank You.***

### Fees

| | | | Hours | |
|---|---|---|---|---|
| 05/21/2016 | | | | |
| | TEM | Correspondence with client T. Kim and C. Ray regarding litigation. | 0.30 | |
| | | Tristan E. Manthey | 0.30 | |
| 05/23/2016 | | | | |
| | GMB | Work on draft form notice of automatic stay for FSW outstanding litigation. | 1.00 | |
| | | Greta M. Brouphy | 1.00 | |
| | | For Current Professional Services Rendered | 1.30 | 418.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Tristan E. Manthey | 0.30 | $395.00 | $118.50 |
| Greta M. Brouphy | 1.00 | 300.00 | 300.00 |

Current Balance                                     418.50

Total Balance Due                                   $418.50

Page: 21
May 31, 2016

FoodServiceWarehouse.com LLC

Account No:      3774-00010M
Statement No:           42983

Other

**Payments received on or after June 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.**

**Thank You.**

<u>Fees</u>

|  |  |  | Hours |
|---|---|---|---|
| 05/20/2016 | | | |
| | BWM | Initial pleadings, list of creditors, list of equity interest holders and mailing matrix. | 0.60 |
| | BWM | Conferences with servicing agent. | 0.40 |
| 05/21/2016 | | | |
| | BWM | Receive and examine emails from servicing agent. | 0.30 |
| 05/23/2016 | | | |
| | BWM | Analysis of audit reports; receive and examine emails regarding U. S. Trustee guidelines. | 0.30 |
| 05/25/2016 | | | |
| | BWM | Conferences and exchange of of emails with client regarding DIP accounts and Chase Bank's freeze of debtor's accounts. | 1.20 |
| | BWM | Conferences with U. S. Trustee's office regarding bank accounts, debtor's operations and initial debtor interview. | 0.80 |
| 05/31/2016 | | | |
| | BWM | Preparation of bidding procedures motion, motion to sell and motion to set bar date. | 2.50 |

FoodServiceWarehouse.com LLC

Page: 22
May 31, 2016
Account No:      3774-00010M
Statement No:          42983

Other

|  |  | Hours |
|---|---|---|
| BWM | Analysis of insurance policy with Philadelphia Indemnity Insurance Co., and provisions for making  claims against Directors and Officers policy. | 1.80 |
|  | Barry W. Miller | 7.90 |

05/20/2016
RLT    Electronic court file petition and bare bone pleadings and documents; electronic court file ex parte motion to limit notice; exchange emails with Thomas Kim regarding signature on documents and return of originals; exchange emails with attorneys regarding equity interest holders.    3.00

05/23/2016
RLT    Finalize and transmit letter to Paymentech, LLC regarding Section 362 stay and notice of bankruptcy filing.    0.50

RLT    Receive and examine original signature pages; transmit  to court the signed paper original Declaration to Electronic Court Filing via. federal express.    0.40

RLT    Draft, finalize and electronic court file notice of appearance for G. Brouphy; exchange emails with G. Brouphy; update service certificate to incorporate new service emails appearing on ecf receipt.    0.40

RLT    Receive, examine, index and calendar court's 120-day order, filing deadlines, 341(a) meeting and status conference, and multiple other e-noticed documents.    0.60

05/24/2016
RLT    Prepare list of parties to be added to

FoodServiceWarehouse.com LLC

Page: 23
May 31, 2016
Account No:        3774-00010M
Statement No:            42983

Other

| | | | Hours |
|---|---|---|---|
| | | service list including Rule 5003(e) parties, taxing authorities, SEC and U. S. Attorney. | 0.60 |
| | RLT | Exchange emails with serving  agent regarding service list, method of service and pleadings and documents to be served. | 0.40 |
| | RLT | Update / revise service certificate with additional email addresses. | 0.10 |
| 05/27/2016 | RLT | Amend mailing matrix to add parties; effectuate service of notice of chapter 11 bankruptcy case filing and 341(a) meeting to all new parties. | 0.70 |
| | RLT | Receive and examine multiple affidavits of service from serving agent; electronic court file same; examine case docket; exchange  emails with  servicing agent regarding missing affidavit. | 0.60 |
| 05/31/2016 | RLT | Receive and examine multiple emails and affidavits from servicing agent; examine case docket; electronic court file affidavits of service. | 0.40 |
| | RLT | Receive and examine email from Thomas Kim regarding verification of amended matrix; electronic court file same. | 0.30 |
| | RLT | Draft, finalize and electronic court file affidavit of service regarding amended matrix and notice of bankruptcy and 341(a) meeting. | 0.40 |
| | RLT | Receive, examine, index and calendar |

Page: 24

FoodServiceWarehouse.com LLC

May 31, 2016

Account No:    3774-00010M
Statement No:        42983

Other

| | | Hours | |
|---|---|---|---|
| | multiple e-noticed pleadings and documents. | 0.40 | |
| RLT | Revise, finalize and transmit letter to American Express regarding filing of bankruptcy and stay under Section 362; receive and examine email from Lisa Bolton and attachment identifying account information and contact information. | 0.40 | |
| | Robin L. Terrebonne | 9.20 | |
| | For Current Professional Services Rendered | 17.10 | 4,224.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Barry W. Miller | 7.90 | $395.00 | $3,120.50 |
| Robin L. Terrebonne | 9.20 | 120.00 | 1,104.00 |

Current Balance                4,224.50

Total Balance Due              $4,224.50

Page: 25

FoodServiceWarehouse.com LLC

May 31, 2016

Account No:   3774-00011M
Statement No:      42983

Retention and Payment of Professionals

*Payments received on or after June 1, 2016 will be reflected on your next statement.*
*Please reference the appropriate account number on all payments.*

*Thank You.*

<u>Fees</u>

| | | Hours |
|---|---|---|
| 05/22/2016 | | |
| GMB | Work on application to employ Donlin Recano with affidavit. | 1.00 |
| 05/24/2016 | | |
| GMB | Work on revisions to application to employ R2 Advisors. | 0.50 |
| 05/26/2016 | | |
| GMB | Finalize T. Kim Affidavit. | 1.00 |
| GMB | Finalize application to employ Donlin Recano. | 1.00 |
| GMB | Email to T. Kim regarding R2 Advisors application to employ. | 0.20 |
| GMB | Work on application and affidavit to employ Still Water. | 1.50 |
| 05/31/2016 | | |
| GMB | Work on revisions to affidavit for D. Phelps on behalf of Stillwater. | 0.50 |
| | Greta M. Brouphy | 5.70 |
| 05/25/2016 | | |
| BWM | Work on application to employ Heller Draper and supporting affidavit and documents. | 0.60 |

Page: 26

FoodServiceWarehouse.com LLC
May 31, 2016

Account No:    3774-00011M
Statement No:    42983

Retention and Payment of Professionals

| | | | Hours | |
|---|---|---|---|---|
| 05/26/2016 | | | | |
| | BWM | Completion of application and affidavit to employ Heller Draper. | 1.20 | |
| | | Barry W. Miller | 1.80 | |
| 05/27/2016 | | | | |
| | RLT | Finalize and electronic court file notice of hearing on employment applications. | 0.40 | |
| | RLT | Receive, examine, index and calendar multiple e-noticed pleadings and minute entry. | 0.40 | |
| | | Robin L. Terrebonne | 0.80 | |
| | | For Current Professional Services Rendered | 8.30 | 2,517.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Greta M. Brouphy | 5.70 | $300.00 | $1,710.00 |
| Barry W. Miller | 1.80 | 395.00 | 711.00 |
| Robin L. Terrebonne | 0.80 | 120.00 | 96.00 |

Current Balance    2,517.00

Total Balance Due    $2,517.00

Page: 27

FoodServiceWarehouse.com LLC

May 31, 2016

Account No:   3774-00012M
Statement No:      42983

Research

***Payments received on or after June 1, 2016 will be reflected on your next statement.***
***Please reference the appropriate account number on all payments.***

***Thank You.***

<u>Fees</u>

|  |  | Hours |  |
|---|---|---|---|
| 05/23/2016 |  |  |  |
| BWM | Legal research on set off rights, use of cash collateral and adequate protection. | 1.00 |  |
| 05/25/2016 |  |  |  |
| BWM | Conferences and exchange of emails with client regarding utility service providers used by debtor; legal research on related issues. | 2.20 |  |
| 05/26/2016 |  |  |  |
| BWM | Preparation for hearings; legal research and examination of cases regarding adequate protection. | 1.50 |  |
|  | Barry W. Miller | 4.70 |  |
|  | For Current Professional Services Rendered | 4.70 | 1,856.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Barry W. Miller | 4.70 | $395.00 | $1,856.50 |

|  |  |
|---|---|
| Current Balance | 1,856.50 |
| Total Balance Due | $1,856.50 |

Page: 28
May 31, 2016

FoodServiceWarehouse.com LLC

Account No:  3774-00013M
Statement No:  42983

Travel

**Payments received on or after June 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.**

**Thank You.**

<u>Fees</u>

|  | | | Hours | |
|---|---|---|---|---|
| 05/27/2016 | | | | |
| BWM | Travel to and from New Orleans to attend hearing. | | 3.00 | |
| | Barry W. Miller | | 3.00 | |
| | For Current Professional Services Rendered | | 3.00 | 592.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Barry W. Miller | 3.00 | $197.50 | $592.50 |
| Current Balance | | | 592.50 |
| Total Balance Due | | | $592.50 |

Page: 29

FoodServiceWarehouse.com LLC

May 31, 2016

Account No:     3774-00099M
Statement No:          42983

Cost

***Payments received on or after June 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.***

***Thank You.***

<u>Expenses</u>

| | | |
|---|---|---:|
| 05/23/2016 | Reproduction | 15.00 |
| 05/27/2016 | Reproduction | 7.50 |
| 05/31/2016 | Reproduction | 17.00 |
| 05/31/2016 | Postage - Baton Rouge - 05/01/2016 through 05/31/2016 | <u>10.75</u> |
| | Total Expenses | 50.25 |

<u>Advances</u>

| | | |
|---|---|---:|
| 05/12/2016 | Copies of Documents (1414.00) Clerk, Louisiana Supreme Court - BR Cost ck#1186 - Certificate of Good Standing for Barry W. Miller - 05/12/2016 | 20.00 |
| 05/27/2016 | Counsel Meeting (3965.00) Barry W. Miller, APLC, Operating Account - working lunch at Cafe at the Square with B. Miller, Tom Kim, G. Brouphy and Kathrine Young - 05/27/2016 | <u>78.45</u> |
| | Total Advances | 98.45 |
| | Current Balance | 148.70 |
| | Total Balance Due | <u>$148.70</u> |
| | Total Balance Due | $45,329.70 |