# HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.

650 Poydras Street, Suite 2500

New Orleans, Louisiana 70130-6103

(504) 299-3300

Fed. I.D. # 72-1421930

# *Statement*

Page: 1

July 01, 2016

FoodServiceWarehouse.com LLC
1350 17th Street
Suite 206
Denver  CO  80202

Account No:  3774M

Attn: Thomas Kim

**Payments received on or after July 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.**

**Thank You.**

| Previous Balance | Fees | Expenses | Advances | Payments | Balance Due |
|---|---|---|---|---|---|
| 3774-00002 Administration | | | | | |
| 1,037.50 | 11,391.50 | 0.00 | 0.00 | 0.00 | $12,429.00 |
| 3774-00003 DIP Financing, Cash Collateral & First Day Filings | | | | | |
| 27,916.50 | 11,773.50 | 0.00 | 0.00 | 0.00 | $39,690.00 |
| 3774-00004 Schedules and Statement | | | | | |
| 126.00 | 10,067.50 | 0.00 | 0.00 | 0.00 | $10,193.50 |
| 3774-00005 Executory Contracts | | | | | |
| 357.00 | 1,988.00 | 0.00 | 0.00 | 0.00 | $2,345.00 |
| 3774-00006 Claim Analysis | | | | | |
| 450.00 | 5,679.00 | 0.00 | 0.00 | 0.00 | $6,129.00 |
| 3774-00007 Plan and Disclosure Statement | | | | | |
| 0.00 | 2,507.00 | 0.00 | 0.00 | 0.00 | $2,507.00 |
| 3774-00008 Client Communication | | | | | |
| 5,685.00 | 6,484.50 | 0.00 | 0.00 | 0.00 | $12,169.50 |
| 3774-00009 Litigation | | | | | |
| 418.50 | 2,303.00 | 0.00 | 0.00 | 0.00 | $2,721.50 |

FoodServiceWarehouse.com LLC

Page: 2
July 01, 2016
Account No:          3774M

| Previous Balance | Fees | Expenses | Advances | Payments | Balance Due |
|---|---|---|---|---|---|
| 3774-00010 Other | | | | | |
| 4,224.50 | 5,595.75 | 0.00 | 0.00 | 0.00 | $9,820.25 |
| 3774-00011 Retention and Payment of Professionals | | | | | |
| 2,517.00 | 11,089.50 | 0.00 | 0.00 | 0.00 | $13,606.50 |
| 3774-00012 Research | | | | | |
| 1,856.50 | 1,368.50 | 0.00 | 0.00 | 0.00 | $3,225.00 |
| 3774-00013 Travel | | | | | |
| 592.50 | 2,280.00 | 0.00 | 0.00 | 0.00 | $2,872.50 |
| 3774-00099 Cost | | | | | |
| 148.70 | 0.00 | 66.60 | 206.02 | 0.00 | $421.32 |
| 45,329.70 | 72,527.75 | 66.60 | 206.02 | 0.00 | $118,130.07 |

# HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.

650 Poydras Street, Suite 2500

New Orleans, Louisiana 70130-6103

(504) 299-3300

Fed. I.D. # 72-1421930

## *Statement*

| | |
|---|---|
| | Page: 1 |
| FoodServiceWarehouse.com LLC | July 01, 2016 |
| 1350 17th Street | Account No:    3774-00002M |
| Suite 206 | Statement No:         43070 |
| Denver  CO  80202 | |

Attn: Thomas Kim


Administration


**Payments received on or after July 1, 2016 will be reflected on your next statement.**
**Please reference the appropriate account number on all payments.**

**Thank You.**


<u>Fees</u>

|  |  |  | Hours |
|---|---|---|---|
| 06/12/2016 | | | |
| | WHP | Correspondence regarding meeting. | 0.20 |
| | WHP | Correspondence to B. Furr, revise letter, correspondence to J. Hayden regarding letter, meeting. | 0.30 |
| 06/27/2016 | | | |
| | WHP | Telephone conference with T. Kim regarding letter. | 0.20 |
| 06/29/2016 | | | |
| | WHP | Telephone conference with M. Crawford regarding meeting with Pride. | 0.30 |
| | WHP | Review memo regarding independent committee. | |
| | | William H. Patrick, III | 1.00 |
| 06/01/2016 | | | |
| | GMB | Telephone conference with Financial Pacific Leasing regarding case status. | 0.30 |

Page: 2

FoodServiceWarehouse.com LLC

July 01, 2016

Account No:     3774-00002M

Statement No:         43070

Administration

|  |  | Hours |
|---|---|---|
| GMB | Receive and review multi requests and continue receiving notices. | 0.50 |
| GMB | Debit issued for rate correction on May 31, 2016 Statement Number 42983. | |

**06/02/2016**

| GMB | Receive and review multi requests to continue receiving notices. | 0.50 |
|---|---|---|
| GMB | Appearance/Telephone conference with T. Kim, K. Young. | 0.50 |

**06/03/2016**

| GMB | Appearance at team meeting regarding case status. | 1.50 |
|---|---|---|
| GMB | Finalize draft motion for bar date, proposed order, notice of bar date and notice of hearing. | 1.40 |
| GMB | Receive and review multi-requests to continue receiving notices. | 0.50 |

**06/06/2016**

| GMB | Receive, review and respond to email from S. Goode with Republic Service regarding outstanding pre-petition invoices (utility). | 0.80 |
|---|---|---|
| GMB | Receive and review multiple requests to continue receiving notice. | 0.50 |

**06/07/2016**

| GMB | Receive and review multiple requests to continue receiving notices. | 0.40 |
|---|---|---|
| GMB | Work on issues regarding getting US Trustee listed on policies as additional notifying | |

|  | | Page: 3 |
|---|---|---|
| FoodServiceWarehouse.com LLC | | July 01, 2016 |
| | Account No: | 3774-00002M |
| | Statement No: | 43070 |
| Administration | | |

| | | | Hours |
|---|---|---|---|
| | | party with agent D. Brown. | 0.80 |
| | GMB | Work on rescheduling initial debtor interview. | 0.50 |
| 06/09/2016 | | | |
| | GMB | Receive, review and respond to email from H. Arnold regarding cash collateral orer and application to employ R2 Advisors. | 0.20 |
| | GMB | Draft letter to Caine & Weiner regarding automatic stay. | 0.20 |
| | GMB | Receive and review email from C. Sumner regarding continued collection efforts of Caine & Weiner. prepetition debt. | 0.20 |
| | GMB | Receive and review initial debtor interview information and submissions, draft email to A. Miller enclosing the documents. | 0.80 |
| | GMB | Receive and review multiple requests to continue receiving notices. | 0.50 |
| 06/10/2016 | | | |
| | GMB | Receive and review multiple requests to continue receiving service. | 0.50 |
| 06/11/2016 | | | |
| | GMB | Appearance and conference with team regarding Pride letter and case status. | 0.50 |
| 06/13/2016 | | | |
| | GMB | Receive and review request for information for purchase of internet domain. | 0.30 |
| | GMB | Appearance at initial debtor interview, motion with T. Kim regarding same and case status. | 0.20 |

FoodServiceWarehouse.com LLC

Administration

Page: 4
July 01, 2016
Account No:     3774-00002M
Statement No:           43070

Hours

| GMB | Receive and review multiple requests to continue receiving notice. | 0.30 |

06/14/2016
| GMB | Receive and review email from US Trustee regarding outstanding information from the initial debtor interview. | 0.30 |

06/15/2016
| GMB | Receive and review multiple request to continue receiving service. | 0.20 |

06/20/2016
| GMB | Receive and review multiple requests to continue receiving notices. | 0.40 |

06/22/2016
| GMB | Receive and review multiple requests for continued notice. | 0.30 |

06/23/2016
| GMB | Receive and review multiple requests to continue receiving notices. | 0.40 |

06/24/2016
| GMB | Prepare for hearings. | 0.50 |

| GMB | Appearance at hearings. | 2.00 |

06/28/2016
| GMB | Meeting with clients and prepare for and appear at creditors meeting. | 3.00 |

| GMB | Follow up on pending orders. | 0.30 |

06/29/2016
| GMB | Receive and review email from R. Henry regarding Loubalt. | 0.20 |

Page: 5
FoodServiceWarehouse.com LLC                                        July 01, 2016
                                                   Account No:     3774-00002M
                                                   Statement No:         43070
Administration

| | | Hours |
|---|---|---|
| GMB | Respond to H. Richard regarding offer to purchase via email. | 0.10 |
| GMB | Exchange emails with A. Legan with Donlin Recano regarding case status. | 0.30 |
| 06/30/2016 | | |
| GMB | Receive and review tax proposal to file taxes for 2015 for FSW, send proposal to Iberia Bank, B. Furr, Pride, J. Hayden for comments. | 0.50 |
| GMB | Telephone conference with T. Pabst regarding case status. | 0.40 |
| | Greta M. Brouphy | 20.80 |
| 06/01/2016 | | |
| BWM | Conferences with client regarding liquidation of inventory, schedules, DIP account, setoffs by Amex; receive and examine emails. | 3.00 |
| 06/02/2016 | | |
| BWM | Rejection of leases. | 0.50 |
| BWM | Motion for bidding procedure. | 0.60 |
| 06/03/2016 | | |
| BWM | Draft and edit motion to set bar date. | 0.60 |
| BWM | Draft and edit motion to reject leases. | 0.50 |
| 06/07/2016 | | |
| BWM | Conference with  H. Arnold regarding sale. | 0.40 |
| 06/14/2016 | | |
| BWM | Notice letter to D&O insurance carrier | |

FoodServiceWarehouse.com LLC

Administration

Page: 6
July 01, 2016
Account No:      3774-00002M
Statement No:           43070

|  | | Hours |
|---|---|---|
| | regarding claims against managers and officers; examine list of managers and officers; exchange emails with client regarding same. | 1.80 |
| 06/29/2016 | | |
| BWM | Conferences and exchange of emails with M. Crawford, B. Furr, G. Brouphy and J. Hayden regarding orders from June 24th hearing; edit and revise proposed orders. | 1.30 |
| | Barry W. Miller | 8.70 |
| 06/01/2016 | | |
| RLT | Exchange emails with servicing agent instructing form of service and parties to be served. | 0.20 |
| 06/02/2016 | | |
| RLT | Receive, examine and index multiple e-noticed appearances; update service certificate. | 0.30 |
| 06/06/2016 | | |
| RLT | Receive, examine and index daily financial updates and 9-week projections. | 0.20 |
| 06/07/2016 | | |
| RLT | Receive and examine returned notices, detailed email to noticing agent and attorney's regarding same. | 0.40 |
| | RLT | Receive and examine affidavit of service from service agent; electronic court file same. | 0.10 |
| 06/09/2016 | | |
| RLT | Receive, examine and index e-noticed multiple pleadings; effectuate service as | |

Page: 7
July 01, 2016

FoodServiceWarehouse.com LLC

Account No:     3774-00002M
Statement No:        43070

Administration

|  |  | Hours |
|---|---|---|
| | necessary. | 0.30 |
| RLT | Edit and finalize motion for administrative order regarding compensation to professionals; examine case docket and court calendar. | 0.60 |
| **06/10/2016** | | |
| RLT | Receive, examine and electronic court file affidavit of service on final order on utility motion. | 0.20 |
| RLT | Receive, examine and index multiple e-noticed pleadings. | 0.20 |
| **06/13/2016** | | |
| RLT | Receive, examine, index and calendar e-noticed second interim cash collateral order; exchange emails with servicing agent regarding service of same. | 0.30 |
| RLT | Exchange emails with attorneys and servicing agent regarding status of pending matters. | 0.50 |
| RLT | Receive and examine 19 returned notices; log inadequate address and email to servicing agent. | 0.50 |
| RLT | Receive and examine email and attachment from servicing agent; electronic court file affidavit of service. | 0.10 |
| RLT | Receive, examine and index multiple e-noticed pleadings, orders and documents. | 0.30 |
| **06/14/2016** | | |
| RLT | Telephone conference with clerk of court regarding service; exchange of emails with | |

FoodServiceWarehouse.com LLC

Administration

Page: 8
July 01, 2016
Account No:      3774-00002M
Statement No:          43070

|  |  | Hours |
|---|---|---|
|  | servicing agent; receive, examine and electronic court file affidavit of service for Docket 57 and 58. | 0.30 |
| RLT | Exchange emails with creditor and servicing agent regarding servicing issue; re-transmit complete document. | 0.30 |
| **06/15/2016** |  |  |
| RLT | Receive and examine email from Sung Kim with attachment; electronic court file affidavit of service. | 0.20 |
| RLT | Receive, examine, index and calendar multiple e-noticed pleadings. | 0.20 |
| **06/22/2016** |  |  |
| RLT | Receive, examine, index and calendar e-noticed order setting expedited hearing; exchange emails with servicing agent regarding immediate service of same. | 0.20 |
| **06/23/2016** |  |  |
| RLT | Receive, examine and electronic court file affidavit of service for docket #79 and # 83. | 0.20 |
| RLT | Receive, examine, index and calendar multiple e-noticed documents. | 0.30 |
| **06/28/2016** |  |  |
| RLT | Receive, examine and electronic court file affidavit of service for docket # 89 and #90. | 0.20 |
| RLT | Draft and compile special limited notice list; examine Schedule D, Schedule E,  List of 20 Largest Unsecured Creditors, filed notices of appearance, and ecf receipts. | 0.70 |

FoodServiceWarehouse.com LLC

Page: 9
July 01, 2016
Account No: 3774-00002M
Statement No: 43070

Administration

| | | Hours |
|---|---|---|
| RLT | Telephone conferences with case administrator regarding status of pending orders and service of entered orders. | 0.30 |
| **06/29/2016** | | |
| RLT | Receive, examine and electronic court file affidavit of service for docket # 85 and # 86, and index same. | 0.20 |
| RLT | Receive, examine and e-submit proposed order to sell inventory. | 0.10 |
| RLT | Examine local rules of court; electronic court file D. Marcantel's  declaration to electronic court file. | 0.20 |
| RLT | Telephone conference with clerk's office regarding affidavit of service on motion to set bar date. | 0.10 |
| RLT | Effectuate service of docket #98. | 0.20 |
| **06/30/2016** | | |
| RLT | Exchange emails with servicing agent regarding additional addresses. | 0.30 |
| RLT | Finalize and e-submit third interim cash collateral order, | 0.20 |
| | Robin L. Terrebonne | 8.40 |

FoodServiceWarehouse.com LLC

Administration

Page: 10
July 01, 2016
Account No:     3774-00002M
Statement No:          43070

|  | Hours |  |
|---|---|---|
| For Current Professional Services Rendered | 38.90 | 11,401.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| William H. Patrick, III | 1.00 | $395.00 | $395.00 |
| Greta M. Brouphy | 0.00 | 0.00 | 60.00 |
| Greta M. Brouphy | 20.80 | 325.00 | 6,760.00 |
| Barry W. Miller | 8.70 | 375.00 | 3,262.50 |
| Robin L. Terrebonne | 8.40 | 110.00 | 924.00 |

06/01/2016
KF      Credit issued for rate correction on May
        31, 2016 Statement Number 42983.                      -10.00

        Total Credits for Fees                                -10.00

        Current Balance                                    11,391.50

        Previous Balance                                   $1,037.50

        Total Balance Due                                 $12,429.00

FoodServiceWarehouse.com LLC

DIP Financing, Cash Collateral & First Day Filings

Page: 11
July 01, 2016
Account No:     3774-00003M
Statement No:          43070

**Payments received on or after July 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.**

**Thank You.**

<u>Fees</u>

|  |  |  | Hours |
|---|---|---|---|
| 06/02/2016 | | | |
| | WHP | Conference with B. Miller regarding budget, liquidating plan. | 0.20 |
| | WHP | Conference all with T. Kim, et al regarding status, sale process. | 0.50 |
| 06/03/2016 | | | |
| | WHP | Exchange correspondence regarding reports. | 0.10 |
| | WHP | Conference call with bank and Pride regarding status, budget. | 1.00 |
| | WHP | Conference with B. Miller regarding status. | 0.20 |
| 06/06/2016 | | | |
| | WHP | Correspondence with T. Kim and others regarding budget. | 0.20 |
| | WHP | Review budget, proposals for liquidation. | 0.30 |
| | WHP | Conference call with Iberia, Pride. | 1.00 |
| | WHP | Telephone conference with B. Miller regarding revisions to cash collateral order. | 0.20 |
| | WHP | Telephone conference with B. Miller regarding hearing. | 0.20 |

|  |  | Page: 12 |
|---|---|---|
| FoodServiceWarehouse.com LLC |  | July 01, 2016 |
|  | Account No: | 3774-00003M |
|  | Statement No: | 43070 |
| DIP Financing, Cash Collateral & First Day Filings |  |  |

|  |  | Hours |
|---|---|---|
| **06/08/2016** | | |
| WHP | Conference call with FSW, Iberia, liquidator regarding liquidation process. | 0.50 |
| WHP | Conference call with Iberia and auction company. | 0.50 |
| WHP | Receive and review second interim order on cash collateral. | 0.20 |
| **06/10/2016** | | |
| WHP | Receive and review correspondence from Pride, correspondence to FSW regarding same. | 0.30 |
| WHP | Correspondence regarding Pride response. | 0.20 |
| WHP | Conference with B. Miller regarding strategy. | 0.20 |
| **06/11/2016** | | |
| WHP | Response and proposal to Pride letter. | 1.20 |
| **06/13/2016** | | |
| WHP | Meeting with Pride and Iberia regarding sale of assets. | 1.30 |
| **06/16/2016** | | |
| WHP | Telephone conference with B. Miller regarding Pride, T. Kim. | 0.20 |
| WHP | Receive and review claim on Directors and Officers. | 0.10 |
| **06/17/2016** | | |
| WHP | Telephone conference with R. Nevins regarding chapter 11 and 7, K-1s, Pride status. | 0.30 |

Page: 13
July 01, 2016

FoodServiceWarehouse.com LLC

Account No:      3774-00003M
Statement No:            43070

DIP Financing, Cash Collateral & First Day Filings

|  |  |  | Hours |
|---|---|---|---|
|  | WHP | Correspondence regarding budget. | 0.10 |
|  | WHP | Correspondence to counsel regarding update on status. | 0.20 |
| 06/20/2016 | WHP | Correspondence regarding budget. | 0.20 |
| 06/21/2016 | WHP | Correspondence regarding budget, hearing. | 0.20 |
| 06/22/2016 | WHP | Telephone conference with B. Miller regarding hearing. | 0.20 |
|  | WHP | Receive and review correspondence regarding hearing, lease. | 0.20 |
| 06/23/2016 | WHP | Telephone conference with B. Furr regarding projections, cash collateral order. | 0.20 |
|  | WHP | Telephone conference with B. Miller regarding 13 week projections, correspodence to B. Miller regarding filing. | 0.20 |
| 06/24/2016 | WHP | Review cash collateral order. | 0.40 |
| 06/27/2016 | WHP | Telephone conference with B. Miller regarding heaing on cash collateral order, T. Kim, board issues. | 0.30 |
| 06/29/2016 | WHP | Correspondence to G. Brouphy regarding liquidation. | 0.20 |

Page: 14
July 01, 2016

FoodServiceWarehouse.com LLC

Account No: 3774-00003M
Statement No: 43070

DIP Financing, Cash Collateral & First Day Filings

| | | | Hours |
|---|---|---|---|
| | William H. Patrick, III | | 11.30 |
| 06/01/2016 | | | |
| | GMB | Debit issued for rate correction on May 31, 2016 Statement Number 42983. | |
| 06/06/2016 | | | |
| | GMB | Meeting with T. Kim, prepare for hearing on second cash collateral motion. | 1.00 |
| 06/07/2016 | | | |
| | GMB | Draft final order granting utility motion. | 0.80 |
| 06/09/2016 | | | |
| | GMB | Work on revisions to second interim cash collateral order. | 0.50 |
| 06/10/2016 | | | |
| | GMB | Receive and review letter from J. Hayden regarding Pride portion. | 0.50 |
| 06/24/2016 | | | |
| | GMB | Draft third cash collateral order. | 0.80 |
| 06/29/2016 | | | |
| | GMB | Receive and review multiple emails from N. Kressler and M. Crawford regarding third proposed cash collateral order. | 0.50 |
| | GMB | Work on minor revisions to third cash collateral interim order. | 0.50 |
| | | Greta M. Brouphy | 4.60 |
| 06/01/2016 | | | |
| | BWM | Conferences with Brent Furr regarding pending matters. | 0.40 |

FoodServiceWarehouse.com LLC

DIP Financing, Cash Collateral & First Day Filings

Page: 15
July 01, 2016
Account No:      3774-00003M
Statement No:           43070

|  |  | Hours |
|---|---|---|
| **06/03/2016** | | |
| BWM | Conference with Jan Hayden, Hank Arnold, Mike Crawford, Brett Furr and W. H. Patrick, and client regarding cash collateral order, hearing and motion; examine budget and strategy for liquidation. | 1.30 |
| **06/06/2016** | | |
| BWM | Preparation for hearing; meeting with T. Kim regarding liquidation, proposals, budget, cash collateral order and pending matters. | 3.00 |
| BWM | Conference call with Jan Hayden, Hank Arnold, Brett Furr, Mike Crawford , W. H. Patrick, Tom Kim,  K. Young and K. Sugarman. | 1.50 |
| BWM | Hearing on motion to use cash collateral and motion to prohibit utility providers from disrupting service. | 0.70 |
| BWM | Post hearing conference with T. Kim, J. Hayden, H. Arnold and M. Crawford regarding use of cash collateral. | 1.00 |
| **06/07/2016** | | |
| BWM | Conference call with bank's attorney, attorney for Pride, Tom Kim., K. Young, G. Brouphy and W. H. Patrick regarding status, liquidation, motions and budget. | 1.50 |
| **06/08/2016** | | |
| BWM | Conferences and exchange of emails  with M. Crawford regarding cash collateral order; work on administrative order; examine claims register. | 1.80 |

FoodServiceWarehouse.com LLC

Page: 16
July 01, 2016
Account No:      3774-00003M
Statement No:           43070

DIP Financing, Cash Collateral & First Day Filings

| | | | Hours |
|---|---|---|---|
| 06/10/2016 | | | |
| | BWM | Finalization of third cash collateral order; conferences with M. Crawford regarding redlined modifications to second interim cash collateral order. | 1.60 |
| | BWM | Exchange emails with H. Arnold and W. H. Patrick regarding second interim cash collateral order; conference with W. H. Patrick regarding finalization of order. | 1.00 |
| 06/13/2016 | | | |
| | BWM | Conference call with W. H. Patrick, J. Hayden, B. Furr, M. Crawford, K. Young and K. Sugarman regarding liquidation of assets, credit bids and status of chapter 11 and budget. | 1.50 |
| 06/14/2016 | | | |
| | BWM | Conferences with Jan Hayden regarding anticipated motions, budget and employees. | 0.30 |
| 06/15/2016 | | | |
| | BWM | Conferences with Jan Hayden regarding budget and liquidation. | 0.30 |
| | BWM | Conferences with M. Crawford regarding payment to bank, carve out, cash collateral order, Tom Kim, budget, and employment of HyperAMS. | 0.80 |
| 06/21/2016 | | | |
| | BWM | Conferences with M. Crawford regarding budget, adequate protection payments, employment of T. Pabst, employment of r2 advisors and status. | 0.80 |
| | BWM | Conference with B. Furr regarding employment of T. Pabst and adequate | |

FoodServiceWarehouse.com LLC

DIP Financing, Cash Collateral & First Day Filings

|  |  |  | Hours |
|---|---|---|---:|
|  |  | protection payment. | 0.30 |
|  | BWM | Conferences and exchange of emails with M. Crawford regarding IberiaBank's collateral, pending motions, budget and adequate protection payments. | 0.60 |
| 06/24/2016 | BWM | Meeting with Jan Hayden, K. Sugarman, Andree Cullens, G. Brouphy and Norah Kessler regarding status, liquidation and financial matters. | 1.00 |
|  | BWM | Examine and edit proposed orders for sale of inventory, employment of HyperAMS and use of cash collateral. | 0.60 |
| 06/28/2016 | BWM | Edit and revise proposed orders from June 24th hearing. | 0.30 |
|  |  | Barry W. Miller | 20.30 |
| 06/01/2016 | RLT | Receive, examine, index and calendar multiple e-noticed orders, hearing notices and pleadings. | 0.30 |
| 06/10/2016 | RLT | E-submit second interim cash collateral order. | 0.20 |
|  |  | Robin L. Terrebonne | 0.50 |

Page: 18

FoodServiceWarehouse.com LLC

July 01, 2016

Account No:     3774-00003M
Statement No:         43070

DIP Financing, Cash Collateral & First Day Filings

|  | Hours |  |
|---|---|---|
| For Current Professional Services Rendered | 36.70 | 13,903.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| William H. Patrick, III | 11.30 | $395.00 | $4,463.50 |
| Greta M. Brouphy | 0.00 | 0.00 | 277.50 |
| Greta M. Brouphy | 4.60 | 325.00 | 1,495.00 |
| Barry W. Miller | 20.30 | 375.00 | 7,612.50 |
| Robin L. Terrebonne | 0.50 | 110.00 | 55.00 |

06/01/2016

| WHP | Credit issued for rate correction on May 31, 2016 Statement Number 42983. | -1,190.00 |
|---|---|---|
| KF | Credit issued for rate correction on May 31, 2016 Statement Number 42983. | -2.00 |
| LW | Credit issued for rate correction on May 31, 2016 Statement Number 42983. | -3.00 |
| BWM | Credit issued for rate correction on May 31, 2016 Statement Number 42983. | -804.00 |
| RLT | Credit issued for rate correction on May 31, 2016 Statement Number 42983. | -131.00 |
|  | Total Credits for Fees | -2,130.00 |
|  | Current Balance | 11,773.50 |
|  | Previous Balance | $27,916.50 |
|  | Total Balance Due | $39,690.00 |

Page: 19
July 01, 2016

FoodServiceWarehouse.com LLC

Account No:    3774-00004M
Statement No:         43070

Schedules and Statement

*Payments received on or after July 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.*

*Thank You.*

<u>Fees</u>

|  |  |  | Hours |
|---|---|---|---|
| 06/28/2016 | | | |
| | WHP | Conference with J. Hayden, client, et al regarding Salem inventory, redo of schedules, liquidating plan. | 1.20 |
| | WHP | Meeting with T. Kim, G. Brouphy, etal regarding schedules, amendments, next steps, plan. | 1.20 |
| | WHP | Conference with D. Draper regarding schedules, issues. | 0.20 |
| 06/29/2016 | | | |
| | WHP | Telephone conference with G. Brouphy regarding schedules, organization. | 0.30 |
| | WHP | Conference with B. Miller regarding schedules, T. Kim role | 0.20 |
| | WHP | Correspondence to T. Kim regarding schedules. | 0.20 |
| | | William H. Patrick, III | 3.30 |
| 06/01/2016 | | | |
| | GMB | Debit issued for rate correction on May 31, 2016 Statement Number 42983. | |

FoodServiceWarehouse.com LLC

Schedules and Statement

Page: 20
July 01, 2016
Account No: 3774-00004M
Statement No: 43070

|  |  | Hours |
|---|---|---|
| **06/07/2016** | | |
| GMB | Email to J. Hayden and H. Arnold regarding schedules. | 0.50 |
| **06/10/2016** | | |
| GMB | Email to T. Kim and K. Young regarding completing schedules, Statement of Financial Affairs and RZ application to employ. | 0.80 |
| **06/27/2016** | | |
| GMB | Work on amendments to statement of financial affairs. | 1.00 |
| GMB | Prepare for creditors meeting, telephone conference with J. Hayden regarding same, telephone conference with K. Young regarding same, email to B. Miller, K. Young and T. Kim regarding same. | 3.00 |
| **06/28/2016** | | |
| GMB | Work on amendments to schedules. | 1.00 |
| **06/29/2016** | | |
| GMB | Receive and review email from A. Price regarding bonus information for Statement of Financial Affairs. | 0.20 |
| GMB | Receive and review email from A. Price regarding 401(k) for SOFA. | 0.20 |
| GMB | Receive, review and respond to email from A. Legan with Donlin Recano regarding schedule and Statement of Financial Affairs information. | 0.30 |
| **06/30/2016** | | |
| GMB | Work on amendments to statement of financial affairs, email to K. Young, T. | |

FoodServiceWarehouse.com LLC

Schedules and Statement

|  |  | Hours |
|---|---|---|
|  | Kim regarding request for additional information. | 5.00 |
|  | Greta M. Brouphy | 12.00 |
| 06/10/2016 | | |
| BWM | Examination of financial records and documents for preparation of schedules and statement of financial affairs and plan and disclosure statement. | 2.00 |
| BWM | Conferences with T. Kim and K. Young and G. Brouphy regarding financial information and documents for IDI and for completion of schedules and statement of financial affairs. | 0.80 |
| 06/13/2016 | | |
| BWM | Conferences with G. Brouphy regarding motion to employ r2 advisors and initial debtor interview; preparation of schedules and statement of financial affairs. | 1.60 |
| 06/27/2016 | | |
| BWM | Conferences with G. Brouphy, J. Hayden and H. Arnold regarding schedules and first meeting of creditors. | 1.20 |
| 06/29/2016 | | |
| BWM | Conferences with G. Brouphy regarding amendments to schedules and examine original schedules. | 0.40 |
| 06/30/2016 | | |
| BWM | Conferences with G. Brouphy regarding amendments to schedules and plan. | 0.30 |
|  | Barry W. Miller | 6.30 |

FoodServiceWarehouse.com LLC

Schedules and Statement

Page: 22
July 01, 2016
Account No:    3774-00004M
Statement No:         43070

| | | Hours |
|---|---|---|
| 06/01/2016 | | |
| RLT | Telephone conference with Judge Magner's law clerk regarding motion to extend time to file schedule; re-submit order. | 0.30 |
| 06/07/2016 | | |
| RLT | Commence drafting Schedule G - Executory Contracts; examine contracts, marketing agreements, rental agreements, licensing agreements and leases contained in FSW "Cloud" and the data files provided by client. | 2.80 |
| 06/08/2016 | | |
| RLT | Prepare schedules; examine inventory list, examine  inventory of furniture, fixtures and equipment for each location,  examine equipment leases and rental agreements, examine tax returns from 2014;  analysis to  determine what is owned and what is leased. | 4.00 |
| 06/13/2016 | | |
| RLT | Continued examination and analysis of lease / contract data folders provided by client; eliminate and dump contracts with parties other than debtor, drafts and redlined contracts, pamphlets, promotional material, unlabeled schedules and other assorted irrelevant materials; organize remaining documents  by party contracting with debtor. | 0.90 |
| 06/16/2016 | | |
| RLT | Receive, examine and index email from Christy Sumner regarding information for schedules and statement of financial affairs. | 0.50 |

|  |  | Page: 23 |
|---|---|---|
| FoodServiceWarehouse.com LLC | | July 01, 2016 |
| | Account No: | 3774-00004M |
| | Statement No: | 43070 |

Schedules and Statement

|  |  | Hours |
|---|---|---|
| 06/17/2016 | | |
| RLT | Examine documents and spreadsheets received from Christy Sumner on June 16; commence incorporating information into schedules and statement of financial affairs; exchange emails with C. Sumner requesting clarification and explanation. | 4.00 |
| 06/19/2016 | | |
| RLT | Work on schedules of assets and liabilities and statement of financial affairs; continue to examine and analyze data contained in FSW "Cloud" and numerous data files provided by client in order to obtain accurate and correct information. | 4.50 |
| 06/20/2016 | | |
| RLT | Work on schedules and statement of financial affairs; continue to sift through massive data dump provided by client in an attempt to discern relevant, current information. | 4.00 |
| 06/21/2016 | | |
| RLT | Email to Tom Kim regarding status of schedules and statement of financial affairs and transmit signature pages. | 0.20 |
| 06/22/2016 | | |
| RLT | Edit and electronic court file schedules of assets and liabilities and statement of financial affairs; examine email from T. Kim. | 1.50 |
| | Robin L. Terrebonne | 22.70 |

Page: 24

FoodServiceWarehouse.com LLC

July 01, 2016

Account No:     3774-00004M
Statement No:         43070

Schedules and Statement

|  | Hours |  |
|---|---|---|
| For Current Professional Services Rendered | 44.30 | 10,070.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| William H. Patrick, III | 3.30 | $395.00 | $1,303.50 |
| Greta M. Brouphy | 0.00 | 0.00 | 7.50 |
| Greta M. Brouphy | 12.00 | 325.00 | 3,900.00 |
| Barry W. Miller | 6.30 | 375.00 | 2,362.50 |
| Robin L. Terrebonne | 22.70 | 110.00 | 2,497.00 |

06/01/2016
KF      Credit issued for rate correction on May
        31, 2016 Statement Number 42983.                          -3.00

        Total Credits for Fees                                    -3.00

        Current Balance                                       10,067.50

        Previous Balance                                        $126.00

        Total Balance Due                                    $10,193.50

FoodServiceWarehouse.com LLC

Page: 25
July 01, 2016
Account No:     3774-00005M
Statement No:           43070

Executory Contracts

***Payments received on or after July 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.***

***Thank You.***

<u>Fees</u>

|  |  | | Hours |
|---|---|---|---|
| 06/01/2016 | | | |
| | GMB | Review of file materials and leases to determine status and start motion to reject leases and start motion to reject contract. | 0.50 |
| | GMB | Debit issued for rate correction on May 31, 2016 Statement Number 42983. | |
| 06/03/2016 | | | |
| | GMB | Work on motion to reject leases. | 0.50 |
| | GMB | Work on motion to reject contracts. | 0.50 |
| 06/22/2016 | | | |
| | GMB | Receive and review master lease agreement with US Bank. | 0.50 |
| 06/29/2016 | | | |
| | GMB | Receive and review email from R. Henry regarding rent under lease. | 0.20 |
| | | Greta M. Brouphy | 2.20 |
| 06/23/2016 | | | |
| | BWM | Examination of demand letter and lease regarding equipment with Raymond Leasing. | 1.30 |
| | BWM | Conference with attorney for Hunt West Leasing regarding lease of warehouse. | 0.40 |

FoodServiceWarehouse.com LLC

Executory Contracts

Page: 26
July 01, 2016
Account No:        3774-00005M
Statement No:              43070

| | | Hours | |
|---|---|---|---|
| 06/28/2016 | | | |
| BWM | Conferences and exchange of emails with Andrea Chase regarding lease with American Trailer Storage in Kansas City and rejection of lease agreement. | 0.30 | |
| 06/29/2016 | | | |
| BWM | Conferences and emails from lessors regarding acceptance or rejection of leases and agreements. | 1.40 | |
| | Barry W. Miller | 3.40 | |
| | For Current Professional Services Rendered | 5.60 | 2,000.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Greta M. Brouphy | 0.00 | $0.00 | $10.00 |
| Greta M. Brouphy | 2.20 | 325.00 | 715.00 |
| Barry W. Miller | 3.40 | 375.00 | 1,275.00 |

| | | |
|---|---|---|
| 06/01/2016 | | |
| BWM | Credit issued for rate correction on May 31, 2016 Statement Number 42983. | -12.00 |
| | Total Credits for Fees | -12.00 |
| | Current Balance | 1,988.00 |
| | Previous Balance | $357.00 |
| | Total Balance Due | $2,345.00 |

Page: 27
July 01, 2016

FoodServiceWarehouse.com LLC

Account No:     3774-00006M
Statement No:           43070

Claim Analysis

***Payments received on or after July 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.***

***Thank You.***

<u>Fees</u>

|  |  | Hours |
|---|---|---|
| 06/11/2016 |  |  |
| WHP | Correspondence exchange regarding claims. | <u>0.30</u> |
|  | William H. Patrick, III | 0.30 |
| 06/01/2016 |  |  |
| GMB | Debit issued for rate correction on May 31, 2016 Statement Number 42983. |  |
| 06/02/2016 |  |  |
| GMB | Receive and review pleading claim notice letter, work on revisions, review policy, telephone conference with D. Brown (insurance agent) regarding same. | 1.20 |
| GMB | Work on revisions to letter to Philadelphia Insurance Company. | 1.00 |
| 06/06/2016 |  |  |
| GMB | Telephone conference with P. Hoffstichler regarding case status and Kitchen Resources. | 0.40 |
| 06/10/2016 |  |  |
| GMB | Letter to L. Nash with Cain Weiner regarding collection efforts of pre-petition claim, post-petition. | 0.80 |

Page: 28
July 01, 2016

FoodServiceWarehouse.com LLC

Account No:     3774-00006M
Statement No:          43070

Claim Analysis

|  |  | Hours |
|---|---|---|
| **06/13/2016** | | |
| GMB | Work on notice to D&O Carrier issues. | 0.50 |
| **06/22/2016** | | |
| GMB | Receive, review and respond to email from J. Muldry from Twenty-First Century Associates regarding proof of claim. | 0.40 |
| GMB | Receive, review and respond to email from B. Davis regarding filing proof of claim by Diversified Ceramics. | 0.40 |
| **06/29/2016** | | |
| GMB | Exchange email with J. Wilson regarding Travelers bond. | 0.40 |
| GMB | Receive, review and respond from S. Atkins and Nuova regarding bar date for claims. | 0.20 |
| GMB | Receive and review letter from Louisiana Department of Revenue regarding outstanding taxes and proposed plan provisions. | 0.40 |
| | Greta M. Brouphy | 5.70 |
| **06/01/2016** | | |
| BWM | Conferences with Hank Arnold regarding status. | 0.40 |
| **06/03/2016** | | |
| BWM | Letter to insurer of D&O policy; examination of policy. | 2.30 |
| **06/08/2016** | | |
| BWM | Conference with Tom Lutkewitte; receive and examine emails and documents regarding claims of estate. | 1.00 |

FoodServiceWarehouse.com LLC

Page: 29
July 01, 2016
Account No: 3774-00006M
Statement No: 43070

Claim Analysis

| | | Hours |
|---|---|---|
| **06/13/2016** | | |
| BWM | Notice letter to D&O insurance carrier regarding claims against former officers and directors; examination of draft lawsuit. | 0.80 |
| **06/14/2016** | | |
| BWM | Examination of claims register and proof of claims. | 1.00 |
| **06/16/2016** | | |
| BWM | Notice letter and emails from Christy Summer regarding list and addresses of former managers and officers. | 1.00 |
| **06/22/2016** | | |
| BWM | Conferences and exchange of emails with Victoria White regarding U. S. Bank, cash collateral order, budget and examination of documents. | 1.00 |
| **06/23/2016** | | |
| BWM | Conference with Victoria White regarding U. S. Bank leases, proposed letter agreement and review of contracts and security documents. | 2.20 |
| | Barry W. Miller | 9.70 |
| **06/14/2016** | | |
| RLT | Update claims register and transmit to client. | 0.10 |
| **06/28/2016** | | |
| RLT | Receive, examine and index multiple e-noticed proof of claims. | 0.20 |
| | Robin L. Terrebonne | 0.30 |
| | For Current Professional Services Rendered | 16.00 | 5,679.00 |

Page: 30

FoodServiceWarehouse.com LLC

July 01, 2016

Account No:      3774-00006M
Statement No:            43070

Claim Analysis

## Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| William H. Patrick, III | 0.30 | $395.00 | $118.50 |
| Greta M. Brouphy | 0.00 | 0.00 | 37.50 |
| Greta M. Brouphy | 5.70 | 325.00 | 1,852.50 |
| Barry W. Miller | 9.70 | 375.00 | 3,637.50 |
| Robin L. Terrebonne | 0.30 | 110.00 | 33.00 |

Current Balance                                          5,679.00

Previous Balance                                          $450.00

Total Balance Due                                        $6,129.00

Account No:      3774-00007M
Statement No:            43070

Plan and Disclosure Statement

***Payments received on or after July 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.***

***Thank You.***

## Fees

Hours

06/07/2016
     TEM      Telephone conference and correspondence
              with D. Arnold regarding Hilco interest
              (multiple); correspondence with B. Miller

FoodServiceWarehouse.com LLC

Plan and Disclosure Statement

Page: 31
July 01, 2016
Account No:        3774-00007M
Statement No:             43070

|  |  | Hours |
|---|---|---:|
|  | regarding same. | 0.30 |
|  | Tristan E. Manthey | 0.30 |
| **06/12/2016** | | |
| WHP | Communicate (other outside counsel) FSW regarding plan approval. | 0.20 |
| **06/13/2016** | | |
| WHP | Receive and review correspondence regarding prospective purchaser, send to client, correspondence regarding meeting. | 0.20 |
| **06/28/2016** | | |
| WHP | Telephone conference with J. Hayden regarding go forward issues, Pride's complaints. | 0.40 |
| WHP | Telephone conference with R. Nevins regarding status, Pride complaints. | 0.20 |
| **06/30/2016** | | |
| WHP | Correspondence to bank and Pride regarding transition, management. | 0.30 |
|  | William H. Patrick, III | 1.30 |
| **06/09/2016** | | |
| BWM | Preparation of plan of reorganization. | 1.50 |
| **06/18/2016** | | |
| BWM | Drafting of plan of reorganization. | 1.00 |
| **06/21/2016** | | |
| BWM | Work on plan of reorganization. | 1.00 |
| **06/28/2016** | | |
| BWM | Work on plan of reorganization. | 1.50 |
|  | Barry W. Miller | 5.00 |

FoodServiceWarehouse.com LLC

Page: 32
July 01, 2016
Account No:  3774-00007M
Statement No:       43070

Plan and Disclosure Statement

| | Hours | |
|---|---|---|
| For Current Professional Services Rendered | 6.60 | 2,507.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Tristan E. Manthey | 0.30 | $395.00 | $118.50 |
| William H. Patrick, III | 1.30 | 395.00 | 513.50 |
| Barry W. Miller | 5.00 | 375.00 | 1,875.00 |

| | |
|---|---|
| Current Balance | 2,507.00 |
| Total Balance Due | $2,507.00 |

Account No:  3774-00008M
Statement No:       43070

Client Communication

***Payments received on or after July 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.***

***Thank You.***

### Fees

| | | Hours |
|---|---|---|
| 06/17/2016 | | |
| TEM | Correspondence with R. Nevins regarding Pride. | 0.20 |
| | Tristan E. Manthey | 0.20 |

FoodServiceWarehouse.com LLC

Page: 33
July 01, 2016
Account No: 3774-00008M
Statement No: 43070

Client Communication

|  |  | Hours |
|---|---|---|
| **06/13/2016** | | |
| WHP | Conference with T. Kim regarding next steps. | 0.40 |
| WHP | Conference with T. Kim regarding options, meeting, Pride, bank. | 0.80 |
| | William H. Patrick, III | 1.20 |
| **06/01/2016** | | |
| GMB | Debit issued for rate correction on May 31, 2016 Statement Number 42983. | |
| **06/08/2016** | | |
| GMB | Email to T. Kim regarding outstanding issues. | 0.30 |
| **06/30/2016** | | |
| GMB | Receive, review and respond to email from K. Young regarding warranty issues. | 0.40 |
| GMB | Receive, review and respond to multiple emails regarding the proposed sale of assets. | 0.50 |
| GMB | Draft email to T. Kim regarding an inquiry to purchase the domain name. | 0.40 |
| | Greta M. Brouphy | 1.60 |
| **06/02/2016** | | |
| BWM | Conference call with Tom Kim, K. Young and W. H. Patrick regarding budget, DIP account, hearing, leases and other items. | 1.20 |
| BWM | Examine and analyze budget and cover letter; conferences and exchange of emails with T. Kim and K. Young. | 1.60 |

Page: 34
July 01, 2016

FoodServiceWarehouse.com LLC

Account No:     3774-00008M
Statement No:          43070

Client Communication

|  |  |  | Hours |
|---|---|---|---|
| 06/03/2016 |  |  |  |
|  | BWM | Conferences with W. H. Patrick and client regarding liquidation and cash collateral motion and order. | 1.20 |
| 06/07/2016 |  |  |  |
|  | BWM | Conference with T. Kim regarding claims from purchasers. | 0.50 |
|  | BWM | Examination of budget; conference with T. Kim and K. Young regarding budget, financial information for schedules and statement of financial affairs, and employee expenditures. | 0.60 |
| 06/08/2016 |  |  |  |
|  | BWM | Examine revised budget and cash collateral order; conference with Tom Kim regarding budget, operations and employment of liquidator. | 1.00 |
| 06/09/2016 |  |  |  |
|  | BWM | Conference call with W. H. Patrick, Hank Arnold, Brett Furr, Mike Crawford, K. Sugarman, Tom Kim, Tom Pabst and K. Young regarding liquidation of assets and liquidator. | 1.00 |
|  | BWM | Exchange of emails regarding pending matters. | 0.60 |
| 06/11/2016 |  |  |  |
|  | BWM | Conference call with W. H. Patrick, Tom Kim, K. Young, R. Nevin and G. Brouphy regarding letter from Jan Hayden, strategy and status of case; examination of letter from Jan Hayden. | 1.00 |

FoodServiceWarehouse.com LLC

Page: 35
July 01, 2016
Account No: 3774-00008M
Statement No: 43070

Client Communication

| | | | Hours |
|---|---|---|---|
| 06/14/2016 | | | |
| | BWM | Conferences with T. Kim and K. Young regarding payments to bank under cash collateral order, liquidation of assets and HyperAMS. | 0.80 |
| 06/20/2016 | | | |
| | BWM | Exchange emails with T. Kim and K. Young regarding budget, cash collateral orders, liquidation and employment of HyperAMS. | 0.50 |
| 06/22/2016 | | | |
| | BWM | Conferences with G. Brouphy and T. Kim. | 0.80 |
| 06/23/2016 | | | |
| | BWM | Receive and examine emails regarding sales, leases and budget. | 0.80 |
| | BWM | Conferences with client regarding budget, leases and sales. | 1.00 |
| | BWM | Conference with Tom Kim regarding Kansas City warehouse. | 0.30 |
| 06/24/2016 | | | |
| | BWM | Conferences and exchange of emails with client. | 1.00 |
| 06/27/2016 | | | |
| | BWM | Conferences and exchange of emails with creditors regarding leases and leased property. | 0.40 |
| 06/28/2016 | | | |
| | BWM | Call from potential purchaser of inventory; email to client regarding sale of inventory. | 0.30 |
| | | Barry W. Miller | 14.60 |

Page: 36
July 01, 2016

FoodServiceWarehouse.com LLC

Account No:     3774-00008M
Statement No:         43070

Client Communication

|  |  | Hours |
|---|---|---|
| **06/30/2016** | | |
| RLT | Edit and revise letter to client regarding pending matters. | 0.60 |
| RLT | Email to D. Marcantel regarding scheduling of first meeting of creditors. | 0.20 |
|  | Robin L. Terrebonne | 0.80 |

|  | Hours | |
|---|---|---|
| For Current Professional Services Rendered | 18.40 | 6,723.50 |

**Recapitulation**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Tristan E. Manthey | 0.20 | $395.00 | $79.00 |
| William H. Patrick, III | 1.20 | 395.00 | 474.00 |
| Greta M. Brouphy | 0.00 | 0.00 | 87.50 |
| Greta M. Brouphy | 1.60 | 325.00 | 520.00 |
| Barry W. Miller | 14.60 | 375.00 | 5,475.00 |
| Robin L. Terrebonne | 0.80 | 110.00 | 88.00 |

| **06/01/2016** | | |
|---|---|---|
| BWM | Credit issued for rate correction on May 31, 2016 Statement Number 42983. | -228.00 |
| RLT | Credit issued for rate correction on May 31, 2016 Statement Number 42983. | -11.00 |
|  | Total Credits for Fees | -239.00 |
|  | Current Balance | 6,484.50 |
|  | Previous Balance | $5,685.00 |
|  | Total Balance Due | $12,169.50 |

Page: 37
July 01, 2016

FoodServiceWarehouse.com LLC

Account No:    3774-00009M
Statement No:            43070

Litigation

**Payments received on or after July 1, 2016 will be reflected on your next statement.**
**Please reference the appropriate account number on all payments.**

**Thank You.**

<u>Fees</u>

|  |  |  | Hours |
|---|---|---|---|
| 06/01/2016 | | | |
| | GMB | Debit issued for rate correction on May 31, 2016 Statement Number 42983. | |
| 06/27/2016 | | | |
| | GMB | Work on issues regarding lift stay motion and directors and officers insurance. | 0.50 |
| 06/28/2016 | | | |
| | GMB | Receive and review objection to motion to lift stay filed by J. Sullo. | 0.30 |
| | | Greta M. Brouphy | 0.80 |
| 06/15/2016 | | | |
| | BWM | Conference with Joe Mole, attorney for Sullo, regarding promissory note and motion to lift stay. | 0.40 |
| | BWM | Examination of motion to lift stay  and attachments filed by Sullo; legal research on issues regarding D&O insurance in bankruptcy proceedings. | 2.50 |
| 06/27/2016 | | | |
| | BWM | Draft opposition to motion for relief from stay filed by Sullo and legal research. | 1.50 |

Page: 38
July 01, 2016

FoodServiceWarehouse.com LLC

Account No:      3774-00009M
Statement No:           43070

Litigation

| | | | Hours | |
|---|---|---|---|---|
| 06/28/2016 | | | | |
| | BWM | Finalize objection to motion to lift stay filed by Sullo. | 0.60 | |
| | | Barry W. Miller | 5.00 | |
| 06/28/2016 | | | | |
| | RLT | Revise and edit opposition to motion to lift stay filed by Joseph  Sullo. | 0.90 | |
| | RLT | Finalize and electronic court file opposition to motion to lift stay filed by J. Sullo. | 0.40 | |
| | | Robin L. Terrebonne | 1.30 | |
| | | For Current Professional Services Rendered | 7.10 | 2,303.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Greta M. Brouphy | 0.00 | $0.00 | $25.00 |
| Greta M. Brouphy | 0.80 | 325.00 | 260.00 |
| Barry W. Miller | 5.00 | 375.00 | 1,875.00 |
| Robin L. Terrebonne | 1.30 | 110.00 | 143.00 |

| | |
|---|---|
| Current Balance | 2,303.00 |
| Previous Balance | $418.50 |
| Total Balance Due | $2,721.50 |

FoodServiceWarehouse.com LLC

Other

Page: 39
July 01, 2016
Account No:      3774-00010M
Statement No:            43070

**Payments received on or after July 1, 2016 will be reflected on your next statement.**
**Please reference the appropriate account number on all payments.**

**Thank You.**

<u>Fees</u>

|  |  |  | Hours |
|---|---|---|---|
| 06/27/2016 |  |  |  |
| DSD | Receive and review Insurance Policy and e-mail B. Miller regarding same. | | 0.75 |
|  | Douglas S. Draper | | 0.75 |
| 06/24/2016 |  |  |  |
| GMB | Draft order approving motion to sell inventory. | | 0.50 |
|  | Greta M. Brouphy | | 0.50 |
| 06/01/2016 |  |  |  |
| BWM | Receive and review emails from court and counsel regarding rescheduling of hearing date. | | 0.20 |
| 06/02/2016 |  |  |  |
| BWM | Conferences and exchange of emails with Hank Arnold and Brett Furr regarding liquidation of inventory and assets and cash collateral order. | | 1.20 |
| 06/08/2016 |  |  |  |
| BWM | Letter to insurer regarding notice of claims against former management; exchange emails regarding same. | | 1.50 |
| 06/13/2016 |  |  |  |
| BWM | Draft motion to sell inventory outside of | |  |

FoodServiceWarehouse.com LLC

Other

Page: 40
July 01, 2016
Account No:       3774-00010M
Statement No:              43070

| | | Hours |
|---|---|---|
| | the ordinary course of business; legal research. | 1.80 |
| **06/15/2016** | | |
| BWM | Draft motion to sell inventory outside of the ordinary course of business and motion for expedited hearing. | 2.00 |
| **06/16/2016** | | |
| BWM | Exchange of emails regarding motions and revisions to declarations and employment agreement; conferences with client. | 0.80 |
| **06/20/2016** | | |
| BWM | Conferences with co-counsel regarding pending matters, budget and hearing. | 0.50 |
| **06/23/2016** | | |
| BWM | Conference with Richard Nevins. | 0.80 |
| **06/28/2016** | | |
| BWM | Conferences with attorney for lessor; receive and examine emails and agreements regarding sale of property of U. S. Bank and releases. | 0.60 |
| BWM | Conferences with G. Brouphy regarding first meeting of creditors and amendments to schedules. | 0.20 |
| **06/29/2016** | | |
| BWM | Conferences with creditors regarding status. | 0.50 |
| **06/30/2016** | | |
| BWM | Exchange emails regarding status of liquidation. | 0.50 |
| BWM | Exchange of emails and conferences with | |

FoodServiceWarehouse.com LLC

Page: 41
July 01, 2016
Account No:      3774-00010M
Statement No:           43070

Other

|  |  | Hours |
|---|---|---|
|  | creditors and lessors. | 0.80 |
| BWM | Exchange emails; examine sale proposals regarding intellectual property of debtor. | 1.00 |
|  | Barry W. Miller | 12.40 |

06/01/2016
RLT     Electronic court file affidavit of service.                                     0.10

06/06/2016
RLT     Finalize and electronic court file motion
to set deadline for filing proof of claims
and notice of hearing; edit and revise
service certificate; effectuate service;
receive, examine, index and calendar
e-noticed pleadings.                                                                        1.00

RLT     Receive, examine and index minute entry
from June 6th hearing on cash collateral
motion and utility motion.                                                              0.10

06/07/2016
RLT     E-submit final order on utility motion;
receive and examine email and attachments
from G. Brouphy.                                                                        0.10

06/09/2016
RLT     Telephone conference with agent for Metro
Copy Service regarding pending bankruptcy.                            0.20

06/13/2016
RLT     Finalize and electronic court file motion
for administrative order regarding
professional compensation procedures; check
court calendar; edit notice of hearing and
service certificate; electronic court file
pleadings; receive, examine, index and
calendar e-noticed documents; exchange

FoodServiceWarehouse.com LLC

Page: 42
July 01, 2016
Account No:     3774-00010M
Statement No:            43070

Other

| | | Hours |
|---|---|---|
| | emails with service agent regarding service instructions. | 0.60 |
| **06/14/2016** | | |
| RLT | Revise and edit motion to sell inventory outside of ordinary course of business. | 0.30 |
| RLT | Draft motion for expedited hearing on motion to sell inventory; examine case docket. | 0.40 |
| RLT | Email to creditor regarding return of proof of claim and referencing filing instructions. | 0.20 |
| **06/15/2016** | | |
| RLT | Finalize and electronic court file motion to sell inventory outside of the ordinary course of business, and motion to expedite hearing; e-submit order on ex parte motion. | 0.60 |
| **06/16/2016** | | |
| RLT | Telephone conference with creditor and follow-up email attaching complete set of motion to set bar date and all attachments and notice of hearing. | 0.50 |
| RLT | Finalize notice of claim letter to Philadelphia Indemnity Insurance Co.; examine emails from client containing names and addresses of former committee members who are to receive copy; transmit notice to all parties by federal express, U. S. Mail and/or email. | 1.00 |
| **06/20/2016** | | |
| RLT | Receive, examine, index and calendar order setting expedited hearing; exchange emails with serving agent regarding same. | 0.20 |

FoodServiceWarehouse.com LLC

Other

Page: 43
July 01, 2016
Account No: 3774-00010M
Statement No:        43070

|  |  |  | Hours |  |
|---|---|---|---|---|
| 06/21/2016 |  |  |  |  |
| RLT | Receive and examine email and attachment from servicing agent; electronic court file affidavit of service. |  | 0.20 |  |
| RLT | Receive, examine and index multiple e-noticed documents. |  | 0.10 |  |
| 06/23/2016 |  |  |  |  |
| RLT | Preparation for hearing on motions to liquidate inventory and employ HyperAMS and to use cash collateral. |  | 0.80 |  |
| 06/30/2016 |  |  |  |  |
| RLT | Finalize and e-submit order on sale of inventory. |  | 0.30 |  |
|  | Robin L. Terrebonne |  | 6.70 |  |
|  | For Current Professional Services Rendered |  | 20.35 | 5,845.75 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Douglas S. Draper | 0.75 | $395.00 | $296.25 |
| Greta M. Brouphy | 0.50 | 325.00 | 162.50 |
| Barry W. Miller | 12.40 | 375.00 | 4,650.00 |
| Robin L. Terrebonne | 6.70 | 110.00 | 737.00 |

| 06/01/2016 |  |  |  |
|---|---|---|---|
| BWM | Credit issued for rate correction on May 31, 2016 Statement Number 42983. |  | -158.00 |
| RLT | Credit issued for rate correction on May 31, 2016 Statement Number 42983. |  | -92.00 |
|  | Total Credits for Fees |  | -250.00 |

Page: 44
July 01, 2016

FoodServiceWarehouse.com LLC

Account No: 3774-00010M
Statement No: 43070

Other

Current Balance | 5,595.75

Previous Balance | $4,224.50

Total Balance Due | $9,820.25

Account No: 3774-00011M
Statement No: 43070

Retention and Payment of Professionals

**Payments received on or after July 1, 2016 will be reflected on your next statement.**
**Please reference the appropriate account number on all payments.**

**Thank You.**

<u>Fees</u>

| | | Hours |
|---|---|---|
| 06/11/2016 | | |
| WHP | Conference call with FSW independent committee. | 0.80 |
| 06/29/2016 | | |
| WHP | Correspondence inquiry regarding independent committee. | 0.20 |
| WHP | Telephone conference with G. Brouphy regarding Papst role, schedules. | 0.20 |
| | William H. Patrick, III | 1.20 |

FoodServiceWarehouse.com LLC

Retention and Payment of Professionals

Page: 45
July 01, 2016
Account No:       3774-00011M
Statement No:            43070

|  |  | Hours |
|---|---|---|
| **06/01/2016** | | |
| GMB | Finalize D. Phelps and Stillwater retention pleading for filing. | 0.50 |
| GMB | Debit issued for rate correction on May 31, 2016 Statement Number 42983. | |
| **06/08/2016** | | |
| GMB | Revisions to application and affidavit to employ RZ Advisors. | 0.50 |
| **06/14/2016** | | |
| GMB | Draft application to employ Hyper AMS. | 1.00 |
| **06/15/2016** | | |
| GMB | Work on application to employ Hyper AMS. | 1.40 |
| **06/21/2016** | | |
| GMB | Finalize application to employ Hyper AMS. | 0.50 |
| GMB | Draft motion to withdraw order seeking expedited consideration of Hyper AMS application to employ. | 1.00 |
| GMB | Email to T. Kim regarding status of RZ application to employ. | 0.10 |
| **06/22/2016** | | |
| GMB | Receive, review and revise order approving the employment of Donlin Recano. | 0.50 |
| GMB | Receive, review and revise order approving employment of Heller Draper. | 0.50 |
| **06/23/2016** | | |
| GMB | Draft notice of hearing for application to employ regarding Advisors. | 0.30 |

FoodServiceWarehouse.com LLC

Retention and Payment of Professionals

Page: 46
July 01, 2016
Account No: 3774-00011M
Statement No: 43070

| | | Hours |
|---|---|---|
| **06/24/2016** | | |
| GMB | Draft order approving employment of Hyper AMS. | 0.50 |
| **06/28/2016** | | |
| GMB | Receive and review objection of Pride to compensation administration motion. | 0.30 |
| **06/29/2016** | | |
| GMB | Receive and review objection to Pride to compensation procedures. | 0.30 |
| | Greta M. Brouphy | 7.40 |
| **06/07/2016** | | |
| BWM | Motion to pay administrative fees and attorney's fees monthly. | 1.50 |
| **06/09/2016** | | |
| BWM | Draft and edit motions regarding payment of administrative fees and employment of r2 advisors; draft and edit cash collateral order. | 4.20 |
| **06/13/2016** | | |
| BWM | Conferences with W. H. Patrick regarding liquidation of inventory and employment of advisors. | 0.40 |
| **06/14/2016** | | |
| BWM | Work on motion to employ HyperAMS, order and declaration. | 1.00 |
| **06/15/2016** | | |
| BWM | Work on motion to employ HyperAMS and declaration of Thomas Pabst. | 1.20 |
| | BWM | Exchange of emails regarding  edits and changes to motion to employ HyperAMS and |  |

Page: 47
FoodServiceWarehouse.com LLC                                                                July 01, 2016
                                                              Account No:        3774-00011M
                                                              Statement No:               43070

Retention and Payment of Professionals

| | | | Hours |
|---|---|---|---|
| | | motion to sell inventory outside of ordinary course of business. | 0.50 |
| | BWM | Conferences with J. Friedland regarding application to employ HyperAMS. | 0.30 |
| 06/16/2016 | | | |
| | BWM | Conferences with M. Crawford regarding motion to employ HyperAMS, payment to bank and status. | 0.50 |
| | BWM | Conference with attorney for HyperAMS; edit and revise motion declaration and employment agreement. | 2.00 |
| | BWM | Conferences with Jan Hayden regarding pending motions, employment of HyperAMS, employment of Thomas Kim, and status. | 0.40 |
| 06/20/2016 | | | |
| | BWM | Exchange emails with T. Pabst regarding HyperAMS; examination of redline edits to declaration; transmittal of creditor list. | 1.00 |
| 06/21/2016 | | | |
| | BWM | Exchange emails regarding employment of Tom Pabst. | 0.60 |
| | BWM | Conference with T. Pabst's attorney regarding employment agreement and motion to employ; examination of employment agreement and pleading. | 0.80 |
| | BWM | Conference with Tom Pabst's attorney regarding employment and examination of employment agreement. | 0.50 |
| | BWM | Conference with G. Brouphy; finalization and filing of application to employ | |

FoodServiceWarehouse.com LLC

Retention and Payment of Professionals

Page: 48
July 01, 2016
Account No:      3774-00011M
Statement No:           43070

|  |  |  | Hours |
|---|---|---|---|
|  |  | HyperAMS. | 1.20 |
| 06/24/2016 | BWM | Preparation for and attendance of hearing on motions to sell inventory outside of the ordinary course of business, motion to employ HyperAMS and motion to use cash collateral and new proposed budget. | 2.50 |
| 06/28/2016 | BWM | Conferences with G. Brouphy regarding first meeting of creditors and orders from June 24th hearing. | 0.80 |
|  | BWM | Examine objections filed by Pride. | 0.20 |
| 06/30/2016 | BWM | Conferences with Clerk of Court and G. Brouphy regarding amending order for notification agent. | 0.80 |
|  |  | Barry W. Miller | 20.40 |
| 06/14/2016 | RLT | Work on application to employ HyperAMS as consultant and liquidator. | 0.30 |
|  | RLT | Draft affidavit / declaration of Thomas E. Pabst in support of application to employ HyperAMS; examine engagement letter; examine HyperAMS website; exchange emails with Thomas Pabst. | 0.90 |
| 06/15/2016 | RLT | Receive and examine emails from J. Hayden; revise and edit motion to sell inventory and application to employ HyperAMS as per her request. | 0.40 |

FoodServiceWarehouse.com LLC

Retention and Payment of Professionals

Page: 49
July 01, 2016
Account No: 3774-00011M
Statement No: 43070

|  |  | Hours |
|---|---|---|
| RLT | Edit and revise declaration of Thomas Pabst and email same to T. Pabst. | 0.30 |
| **06/21/2016** | | |
| RLT | Receive, examine and index court's memo to record; draft orders on application to employ Heller Draper and application to employ Donlin, Recano & Co., Inc. in accordance with judge's instructions; examine applications; exchange emails with G. Brouphy. | 0.70 |
| RLT | Finalize and electronic court file application to employ HyperAMS as liquidator and motion to expedite hearing; e-submit order on ex parte motion. | 0.50 |
| **06/22/2016** | | |
| RLT | E-submit orders to employ Heller Draper and to employ servicing agent. | 0.20 |
| **06/23/2016** | | |
| RLT | Electronic court file application to employ r2 advisors, LLC as financial advisor; effectuate service; exchange emails with G. Brouphy. | 0.60 |
| **06/29/2016** | | |
| RLT | E-submit order on employment of HyperAMS. | 0.10 |
| **06/30/2016** | | |
| RLT | Telephone conference with Julie Bosworth with Judge Magner regarding orders on employment of Heller Draper and serving agent. | 0.20 |
| | Robin L. Terrebonne | 4.20 |

FoodServiceWarehouse.com LLC

Page: 50
July 01, 2016
Account No:   3774-00011M
Statement No:       43070

Retention and Payment of Professionals

|  | Hours |  |
|---|---|---|
| For Current Professional Services Rendered | 33.20 | 11,133.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| William H. Patrick, III | 1.20 | $395.00 | $474.00 |
| Greta M. Brouphy | 0.00 | 0.00 | 142.50 |
| Greta M. Brouphy | 7.40 | 325.00 | 2,405.00 |
| Barry W. Miller | 20.40 | 375.00 | 7,650.00 |
| Robin L. Terrebonne | 4.20 | 110.00 | 462.00 |

06/01/2016

| | | |
|---|---|---|
| BWM | Credit issued for rate correction on May 31, 2016 Statement Number 42983. | -36.00 |
| RLT | Credit issued for rate correction on May 31, 2016 Statement Number 42983. | -8.00 |
| | Total Credits for Fees | -44.00 |
| | Current Balance | 11,089.50 |
| | Previous Balance | $2,517.00 |
| | Total Balance Due | $13,606.50 |

FoodServiceWarehouse.com LLC

Research

Page: 51
July 01, 2016

Account No:    3774-00012M
Statement No:        43070

*Payments received on or after July 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.*

*Thank You.*

## Fees

| | | | Hours | |
|---|---|---|---|---|
| 06/16/2016 | | | | |
| | BWM | Notice letter; examination of insurance policy; research for opposition to motion to lift stay filed by Sullo. | 1.80 | |
| 06/24/2016 | | | | |
| | BWM | Legal research for opposition to motion for relief from stay filed by Sullo regarding claims against D&O insurance policy. | 1.20 | |
| 06/30/2016 | | | | |
| | BWM | Legal research on insurance policies as property of the estate. | 0.90 | |
| | | Barry W. Miller | 3.90 | |
| | | For Current Professional Services Rendered | 3.90 | 1,462.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Barry W. Miller | 3.90 | $375.00 | $1,462.50 |

| | | | | |
|---|---|---|---|---|
| 06/01/2016 | | | | |
| | BWM | Credit issued for rate correction on May 31, 2016 Statement Number 42983. | | -94.00 |
| | | Total Credits for Fees | | -94.00 |

FoodServiceWarehouse.com LLC

Page: 52
July 01, 2016
Account No:   3774-00012M
Statement No:      43070

Research

| | |
|---|---|
| Current Balance | 1,368.50 |
| Previous Balance | $1,856.50 |
| Total Balance Due | $3,225.00 |

Account No:   3774-00013M
Statement No:      43070

Travel

**Payments received on or after July 1, 2016 will be reflected on your next statement.**
**Please reference the appropriate account number on all payments.**

**Thank You.**

<u>Fees</u>

| | | | Hours |
|---|---|---|---|
| 06/13/2016 | | | |
| | WHP | Travel to Baton  Rouge. | 1.50 |
| | WHP | Travel to New Orleans, meeting with T. Kim, Pride. | 1.50 |
| 06/28/2016 | | | |
| | WHP | Travel to New Orleans (meeting with T. Kim, K. Young). | 1.50 |
| 06/29/2016 | | | |
| | WHP | Travel to Baton Rouge. | 1.50 |
| | | William H. Patrick, III | 6.00 |

Page: 53
July 01, 2016

FoodServiceWarehouse.com LLC

Account No:      3774-00013M
Statement No:           43070

Travel

|  |  | Hours |  |
|---|---|---|---|
| 06/06/2016 | | | |
| BWM | Travel to and from New Orleans. | 3.00 | |
| 06/24/2016 | | | |
| BWM | Travel to and from New Orleans to attend hearing. | 3.00 | |
| | Barry W. Miller | 6.00 | |
| | For Current Professional Services Rendered | 12.00 | 2,310.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| William H. Patrick, III | 6.00 | $197.50 | $1,185.00 |
| Barry W. Miller | 6.00 | 187.50 | 1,125.00 |

| 06/01/2016 | | |
|---|---|---|
| BWM | Credit issued for rate correction on May 31, 2016 Statement Number 42983. | -30.00 |
| | Total Credits for Fees | -30.00 |
| | Current Balance | 2,280.00 |
| | Previous Balance | $592.50 |
| | Total Balance Due | $2,872.50 |

Page: 54
July 01, 2016

FoodServiceWarehouse.com LLC

Account No:      3774-00099M
Statement No:           43070

Cost

***Payments received on or after July 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.***

***Thank You.***

<u>Expenses</u>

| 06/15/2016 | Express Mail Deliveries - Clerk of Court U. S. Bankruptcy Court - Airbill # 776350818228 - 05/24/2016 | 14.32 |
| 06/16/2016 | Reproduction - Baton Rouge Office | 15.00 |
| 06/23/2016 | Reproduction - Baton Rouge Office | 24.00 |
| 06/30/2016 | Postage - Baton Rouge - 06/01/2016 through 06/30/2016 | 13.28 |
| | Total Expenses | 66.60 |

<u>Advances</u>

| 06/01/2016 | Mileage/Parking/Tolls (3965.00) Barry W. Miller, APLC, Operating Account - mileage - travel to and from New Orleans to attend hearing - 150 miles - 05/27/2016 | 81.00 |
| 06/01/2016 | Mileage/Parking/Tolls (1169.00) Central Parking Systems - Validations - parking at Poydras Street - 05/27/2016 | 15.00 |
| 06/06/2016 | Mileage/Parking/Tolls (1348.00) William H. Patrick, III - mileage - travel to New Orleans from Baton Rouge - 78.42 miles - 05/11/2016 | 42.35 |
| 06/06/2016 | Mileage/Parking/Tolls (1348.00) William H. Patrick, III - mileage - travel to Baton Rouge from New Orleans - 78.42 miles - 05/12/2016 | 42.35 |
| 06/06/2016 | Counsel Meeting (3965.00) Barry W. Miller, APLC, Operating Account - working lunch regarding:  FSW - Between The Bread - 06/06/2016 | 25.32 |
| | Total Advances | 206.02 |

Page: 55

FoodServiceWarehouse.com LLC

July 01, 2016

Account No:     3774-00099M

Statement No:           43070

Cost

Current Balance                                                          272.62

Previous Balance                                                       $148.70

Total Balance Due                                                      $421.32

Total Balance Due                                                  $118,130.07