# HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.

650 Poydras Street, Suite 2500

New Orleans, Louisiana 70130-6103

(504) 299-3300

Fed. I.D. # 72-1421930

## *Statement*

Page: 1

July 31, 2016

FoodServiceWarehouse.com LLC
1350 17th Street
Suite 206
Denver  CO  80202

Account No:          3774M

Attn: Thomas Kim

**Payments received on or after August 1, 2016 will be reflected on your next statement.**
**Please reference the appropriate account number on all payments.**

**Thank You.**

| Previous Balance | Fees | Expenses | Advances | Payments | Balance Due |
|---|---|---|---|---|---|
| 3774-00002 Administration | | | | | |
| 12,429.00 | 4,823.00 | 0.00 | 0.00 | 0.00 | $17,252.00 |
| 3774-00003 DIP Financing, Cash Collateral & First Day Filings | | | | | |
| 39,690.00 | 1,084.00 | 0.00 | 0.00 | 0.00 | $40,774.00 |
| 3774-00004 Schedules and Statement | | | | | |
| 10,193.50 | 10,116.00 | 0.00 | 0.00 | 0.00 | $20,309.50 |
| 3774-00005 Executory Contracts | | | | | |
| 2,345.00 | 14,009.00 | 0.00 | 0.00 | 0.00 | $16,354.00 |
| 3774-00006 Claim Analysis | | | | | |
| 6,129.00 | 6,699.50 | 0.00 | 0.00 | 0.00 | $12,828.50 |
| 3774-00007 Plan and Disclosure Statement | | | | | |
| 2,507.00 | 16,408.50 | 0.00 | 0.00 | 0.00 | $18,915.50 |
| 3774-00008 Client Communication | | | | | |
| 12,169.50 | 5,702.50 | 0.00 | 0.00 | 0.00 | $17,872.00 |
| 3774-00009 Litigation | | | | | |
| 2,721.50 | 1,681.50 | 0.00 | 0.00 | 0.00 | $4,403.00 |

FoodServiceWarehouse.com LLC

Page: 2
July 31, 2016
Account No:        3774M

| Previous Balance | Fees | Expenses | Advances | Payments | Balance Due |
|---|---|---|---|---|---|
| 3774-00010 Other | | | | | |
| 9,820.25 | 9,933.00 | 0.00 | 0.00 | 0.00 | $19,753.25 |
| 3774-00011 Retention and Payment of Professionals | | | | | |
| 13,606.50 | 4,663.50 | 0.00 | 0.00 | 0.00 | $18,270.00 |
| 3774-00012 Research | | | | | |
| 3,225.00 | 595.00 | 0.00 | 0.00 | 0.00 | $3,820.00 |
| 3774-00013 Travel | | | | | |
| 2,872.50 | 562.50 | 0.00 | 0.00 | 0.00 | $3,435.00 |
| 3774-00099 Cost | | | | | |
| 421.32 | 0.00 | 448.53 | 463.84 | 0.00 | $1,333.69 |
| 118,130.07 | 76,278.00 | 448.53 | 463.84 | 0.00 | $195,320.44 |

# HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.

650 Poydras Street, Suite 2500

New Orleans, Louisiana 70130-6103

(504) 299-3300

Fed. I.D. # 72-1421930

# *Statement*

|  |  |  |
|---|---|---|
| FoodServiceWarehouse.com LLC | | Page: 1 |
| 1350 17th Street | | July 31, 2016 |
| Suite 206 | Account No: | 3774-00002M |
| Denver CO 80202 | Statement No: | 43100 |

Attn: Thomas Kim

Administration

***Payments received on or after August 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.***

***Thank You.***

<u>Fees</u>

|  |  | Hours |
|---|---|---|
| 07/17/2016 | | |
| WHP | Conference with B. Miller regarding offer to Iberia Bank, Pride insolvent. | 0.40 |
| 07/19/2016 | | |
| WHP | Telephone conference with B. MIller regarding status, liquidating plan. | 0.20 |
| | William H. Patrick, III | 0.60 |
| 07/01/2016 | | |
| GMB | Telephone conference with T. Pabst, Hyper AMS, Pride, J. Hayden, H. Arnold, Iberia Bank, M. Crawford regarding liquidation of assets, memo to file regarding same. | 1.50 |
| GMB | Exchange emails with J. Hayden regarding Iberia Bank payments. | 0.20 |
| GMB | Receive, review and respond to multiple emails regarding sale of IP assets. | 0.40 |
| 07/05/2016 | | |
| GMB | Appearance at hearings. | 0.80 |

FoodServiceWarehouse.com LLC

Administration

Page: 2
July 31, 2016
Account No:      3774-00002M
Statement No:           43100

| | | | Hours |
|---|---|---|---|
| | GMB | Exchange email with K. Young regarding tax and payroll forms for 2016. | 0.30 |
| 07/11/2016 | | | |
| | GMB | Receive, review and respond to email from T. Kim regarding sales of assets. | 0.20 |
| 07/14/2016 | | | |
| | GMB | Appearance at Status Conference call. | 1.00 |
| 07/15/2016 | | | |
| | GMB | Receive and review June 2016 monthly operating report. | 0.50 |
| | GMB | Email to J. Goode to include IRS address to matrix. | 0.10 |
| 07/16/2016 | | | |
| | GMB | Receive and review June 2016 and May 2016 Monthly Operating Report, multiple telephone conferences with B. Miller regarding same, email to T. Kim, C. Elhers, K. Young regarding clarification and issues with same. | 3.00 |
| 07/18/2016 | | | |
| | GMB | Prepare for and appear at status conference. | 1.00 |
| | GMB | Appearance at meeting with J. Hayden. | 1.50 |
| 07/21/2016 | | | |
| | GMB | Receive and review revised monthly operating report for May 2016 and June 2016. | 0.50 |
| | GMB | Appearance at conference all regarding case status with J. Hayden, T. Kim, B. Miller, | |

FoodServiceWarehouse.com LLC

Page: 3
July 31, 2016

Account No:  3774-00002M
Statement No:       43100

Administration

| | | Hours |
|---|---|---|
| | H. Arnold, M. Crawford, R. Nevins. | 1.00 |

**07/27/2016**

| GMB | Receive, review and respond to email from G. Licht requesting amended schedule A. | 0.10 |
|---|---|---|
| GMB | Receive and review email regarding proposed controller. | 0.50 |

**07/28/2016**

| GMB | Appearance at telephone conference with B. Miller, T. Pabst, K. Young regarding auction of test kitchen. | 0.50 |
|---|---|---|

**07/29/2016**

| GMB | Telephone conference with bankruptcy court regarding expedited hearings. | 0.30 |
|---|---|---|
| | Greta M. Brouphy | 13.40 |

**07/11/2016**

| RLT | Receive, examine and electronic court file affidavit of service for docket # 99 and # 100. | 0.20 |
|---|---|---|
| RLT | Receive, examine and index multiple e-noticed documents. | 0.20 |

**07/13/2016**

| RLT | Receive, examine and index multiple e-noticed pleadings. | 0.30 |
|---|---|---|
| RLT | Email to servicing agent regarding amended list of 20 largest unsecured creditors and revisions to limited notice list. | 0.10 |
| RLT | Examine returned notices; memo to file of inadequate addresses; email to servicing agent regarding same. | 0.40 |

Page: 4
July 31, 2016

FoodServiceWarehouse.com LLC

Account No:     3774-00002M
Statement No:          43100

Administration

|  |  | Hours |  |
|---|---|---|---|
| RLT | Commence drafting notice to court to correct, delete and change addresses on mailing matrix. | 0.50 | |
| RLT | Receive and examine email and attachment from notice agent; electronic court file affidavit of service of docket # 114 and # 115. | 0.20 | |
| 07/14/2016 | | | |
| RLT | Exchange emails with servicing agent; examine and electronic court file affidavit of service for docket # 115. | 0.20 | |
| | Robin L. Terrebonne | 2.10 | |
| | For Current Professional Services Rendered | 16.10 | 4,823.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| William H. Patrick, III | 0.60 | $395.00 | $237.00 |
| Greta M. Brouphy | 13.40 | 325.00 | 4,355.00 |
| Robin L. Terrebonne | 2.10 | 110.00 | 231.00 |

| | |
|---|---|
| Current Balance | 4,823.00 |
| Previous Balance | $12,429.00 |
| Total Balance Due | $17,252.00 |

FoodServiceWarehouse.com LLC

DIP Financing, Cash Collateral & First Day Filings

Page: 5
July 31, 2016
Account No:    3774-00003M
Statement No:         43100

*Payments received on or after August 1, 2016 will be reflected on your next statement.*
*Please reference the appropriate account number on all payments.*

*Thank You.*

### Fees

| | | | Hours |
|---|---|---|---|
| 07/08/2016 | | | |
| | GMB | Receive and review email confirming payment to Iberia Bank from K. Young. | 0.20 |
| 07/15/2016 | | | |
| | GMB | Draft final cash collateral order. | 0.80 |
| 07/18/2016 | | | |
| | GMB | Receive and review email from M. Crawford with changes to final cash collateral order. | 0.20 |
| 07/19/2016 | | | |
| | GMB | Work on revisions to final cash collateral order suggested by M. Crawford. | 0.50 |
| | | Greta M. Brouphy | 1.70 |
| 07/15/2016 | | | |
| | BWM | Conference with Mike Crawford regarding cash collateral order, liquidation and payment to Iberia Bank. | 0.30 |
| | BWM | Conference with G. Brouphy regarding final cash collateral order; examine and edit final cash collateral order. | 1.00 |
| | | Barry W. Miller | 1.30 |

Page: 6
July 31, 2016

FoodServiceWarehouse.com LLC

Account No:     3774-00003M
Statement No:           43100

DIP Financing, Cash Collateral & First Day Filings

|  |  |  | Hours |  |
|---|---|---|---|---|
| 07/19/2016 | | | | |
| | RLT | E-submit final cash collateral order. | 0.10 | |
| 07/21/2016 | | | | |
| | RLT | Email budget to judge's law clerk regarding final cash collateral order. | 0.10 | |
| 07/25/2016 | | | | |
| | RLT | Receive, examine and electronic court file affidavit of service for final cash collateral order; index same. | 0.20 | |
| | | Robin L. Terrebonne | 0.40 | |
| | | For Current Professional Services Rendered | 3.40 | 1,084.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Greta M. Brouphy | 1.70 | $325.00 | $552.50 |
| Barry W. Miller | 1.30 | 375.00 | 487.50 |
| Robin L. Terrebonne | 0.40 | 110.00 | 44.00 |

| | |
|---|---|
| Current Balance | 1,084.00 |
| Previous Balance | $39,690.00 |
| Total Balance Due | $40,774.00 |

FoodServiceWarehouse.com LLC

Page: 7
July 31, 2016
Account No:      3774-00004M
Statement No:          43100

Schedules and Statement

*Payments received on or after August 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.*

*Thank You.*

<u>Fees</u>

|  |  |  | Hours |
|---|---|---|---|
| 07/18/2016 |  |  |  |
|  | WHP | Receive and review report regarding status conference, correspondence regarding same. | 0.30 |
|  |  | William H. Patrick, III | 0.30 |
|  |  |  |  |
| 07/01/2016 |  |  |  |
|  | GMB | Work on amendments and schedule B. | 0.50 |
|  | GMB | Receive and review amendments to Statement of Financial Affairs from K. Young. | 0.50 |
|  |  |  |  |
| 07/05/2016 |  |  |  |
|  | GMB | Receive, review and respond to email from A. Price regarding bonus payments to employees in 2015 made in ordinary course of business. | 0.30 |
|  |  |  |  |
| 07/06/2016 |  |  |  |
|  | GMB | Receive and review documents to amend Schedule B, work on amendments to Schedule B. | 0.30 |
|  | GMB | Work on amendments to Schedule E and F. | 0.30 |
|  | GMB | Work on amendments to Statement of Financial Affairs. | 0.20 |
|  | GMB | Conference with C. Summers, T. Kim, K. |  |

Page: 8

FoodServiceWarehouse.com LLC

July 31, 2016
Account No:    3774-00004M
Statement No:         43100

Schedules and Statement

|  |  | Hours |
|---|---|---|
|  | Young regarding amendments to Schedules and Statement of Financial Affairs. | 0.10 |
| GMB | Work on amendments to co-debtor schedule. | 0.50 |
| **07/07/2016** |  |  |
| GMB | Work on revisions to Schedule E. | 0.20 |
| **07/08/2016** |  |  |
| GMB | Work on amendments to Statement of Financial Affairs, work on amendments to Schedule B. | 2.00 |
| **07/11/2016** |  |  |
| GMB | Exchange multiple emails, receive and review multiple documents and multiple telephone conferences with C. Summer, T. Kim, K. Young regarding amendments to schedules and statement of financial affairs. | 10.00 |
| **07/12/2016** |  |  |
| GMB | Multiple emails, multiple telephone conferences with T. Kim, R. Terrebonne, K. Young, C. Summer, receive and review multiple documents to finalize amended schedules and statement of financial affairs. | 6.00 |
| GMB | Draft notice of amendments to schedules and statement of financial affairs. | 2.00 |
| GMB | Telephone conference with J. Hayden regarding amendments to schedules and statement of financial affairs. | 0.20 |
| GMB | Exchange emails with J. Goode regarding notice of bar date. | 1.00 |

Page: 9

FoodServiceWarehouse.com LLC

July 31, 2016

Account No:    3774-00004M
Statement No:        43100

Schedules and Statement

|  |  | Hours |
|---|---|---|
| GMB | Draft disclaimer for attachment to schedules. | 1.00 |
| **07/14/2016** | | |
| GMB | Work on revisions to notice of amendments to schedule and statement of financial affairs. | 1.00 |
|  | Greta M. Brouphy | 26.10 |
| **07/05/2016** | | |
| BWM | Conferences with G. Brouphy regarding pending hearing, schedules, statement of financial affairs and plan. | 0.60 |
| **07/11/2016** | | |
| BWM | Exchange of emails regarding completion of schedules, financial information and leases. | 0.80 |
|  | Barry W. Miller | 1.40 |
| **07/12/2016** | | |
| RLT | Preparation for filing of amended schedules of assets and liabilities  and statement of financial affairs; exchange of emails and conferences with G. Brouphy; telephone conference and exchange emails with Thomas Kim and Katherine Young; examine, organize and label supporting exhibits; electronic court file everything with court. | 6.00 |
| **07/14/2016** | | |
| RLT | Work on Notice of Amendments to Schedules and Statement of Financial Affairs; compile and label supporting documents; update docket number references. | 0.50 |
| **07/15/2016** | | |
| RLT | Exchange emails with G. Brouphy and serving | |

Page: 10

FoodServiceWarehouse.com LLC

July 31, 2016

Account No:     3774-00004M
Statement No:        43100

Schedules and Statement

| | | Hours | |
|---|---|---|---|
| | agent regarding  service costs  of notice of amendments and methods of reducing those costs. | 0.50 | |
| 07/18/2016 RLT | Edit / correct / compare amended court matrix with original  to delete bad addresses and add new parties in interest. | 2.00 | |
| | Robin L. Terrebonne | 9.00 | |
| | For Current Professional Services Rendered | 36.80 | 10,116.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| William H. Patrick, III | 0.30 | $395.00 | $118.50 |
| Greta M. Brouphy | 26.10 | 325.00 | 8,482.50 |
| Barry W. Miller | 1.40 | 375.00 | 525.00 |
| Robin L. Terrebonne | 9.00 | 110.00 | 990.00 |

| | |
|---|---|
| Current Balance | 10,116.00 |
| Previous Balance | $10,193.50 |
| Total Balance Due | $20,309.50 |

Page: 11

FoodServiceWarehouse.com LLC

July 31, 2016

Account No:   3774-00005M
Statement No:          43100

Executory Contracts

**_Payments received on or after August 1, 2016 will be reflected on your next statement._**
**_Please reference the appropriate account number on all payments._**

**_Thank You._**

<u>Fees</u>

|   |   |   | Hours |
|---|---|---|-------|
| 07/01/2016 | | | |
| | WHP | Conference with R. Nevins regarding 363 sale, asset purchase agreement of IP. | 0.40 |
| | WHP | Receive and review correspondence regarding offer for IP. | 0.20 |
| | WHP | Correspondence to company regarding problems with 363 proposal. | 0.30 |
| | WHP | Conference call with R. Nevins, K. Young, T. Kim, G. Brouphy regarding IP offer, process. | 0.40 |
| | WHP | Receive and review report from G. Brouphy regarding Pabst. | 0.20 |
| 07/08/2016 | | | |
| | WHP | Correspondence regarding offer for assets, APA disclosure. | 0.30 |
| | | William H. Patrick, III | 1.80 |
| 07/01/2016 | | | |
| | GMB | Draft motion to reject contract with CMW Willowbrooks. | 1.50 |
| | GMB | Draft motion to reject lease with Harrison County. | 1.50 |

|  |  | Page: 12 |
| FoodServiceWarehouse.com LLC |  | July 31, 2016 |
|  | Account No: | 3774-00005M |
|  | Statement No: | 43100 |

Executory Contracts

|  |  |  | Hours |
| --- | --- | --- | --- |
| 07/05/2016 | | | |
| | GMB | Exchange emails with T. Pabst regarding US Bank issues. | 0.50 |
| | GMB | Follow up on status of motion to reject contact with CMS Willowbrooks. | 0.20 |
| | GMB | Follow up on status of motion to reject lease for Harimow property. | 0.20 |
| 07/11/2016 | | | |
| | GMB | Receive, review and respond to multiple emails with M. Quarles and B. Miller regarding rejection of lease for property in Metairie, LA with Morris Kirschman & Co. | 0.70 |
| 07/13/2016 | | | |
| | GMB | Finalize for filing motion to reject contract with CMS Willowbrook. | 0.50 |
| 07/15/2016 | | | |
| | GMB | Email order to J. Hayden and M. Crawford. | 0.10 |
| | GMB | Draft motion to reject lease with BRE/CO Industrial Properties, email same to K. Kohn. | 1.00 |
| 07/18/2016 | | | |
| | GMB | Draft motion for expedited hearing for motion to reject lease with BRE/CO with order approving same. | 0.80 |
| | GMB | Finalize motion to reject lease with BRE/CO, draft notice of hearing and draft order approving same. | 0.80 |
| | GMB | Finalize motion to reject lease with Morris Kirschman, draft notice of hearing and | |

Page: 13

FoodServiceWarehouse.com LLC                                        July 31, 2016

Account No:        3774-00005M

Statement No:           43100

Executory Contracts

|  |  | Hours |
|---|---|---|
|  | draft order approving the motion. | 0.80 |
| GMB | Email to K. Kohn regarding hearing on motion to reject lease with BRE/CO. | 0.20 |
| 07/20/2016 |  |  |
| GMB | Draft motion to reject marketing vendor agreements and supporting Exhibit A listing the entities. | 1.80 |
| 07/31/2016 |  |  |
| GMB | Draft motion and reject lease for 84 Inverness. | 1.20 |
|  | Greta M. Brouphy | 11.80 |
| 07/05/2016 |  |  |
| BWM | Conferences and exchange of email with H. Richard regarding lease with Pride Realty Group. | 0.50 |
| BWM | Lease agreements and UCC filings. | 0.50 |
| 07/06/2016 |  |  |
| BWM | Examination of master lease, partial release agreement and amended lease. | 1.20 |
| BWM | Conference with T. Pabst regarding liquidation of inventory, master lease with U. S. Bank; examination of master lease and exhibits. | 1.50 |
| 07/07/2016 |  |  |
| BWM | Conferences with Victoria White regarding agreement and negotiation on U. S. Bank collateral and status of agreement; examine documents. | 2.00 |
| BWM | Exchange of emails regarding completion of |  |

Page: 14

FoodServiceWarehouse.com LLC                                                July 31, 2016

Account No:        3774-00005M

Statement No:                43100

Executory Contracts

|  |  | Hours |
|---|---|---|
|  | schedules, rejection of leases and liquidation of assets. | 1.00 |
| 07/11/2016 BWM | Conferences with Victoria White regarding furniture sales and inspection of Metairie property and resolution of U. S. Bank situation and sale. | 1.00 |
| 07/12/2016 BWM | Work on schedules of assets and liabilities and statement of financial affairs; conferences with G. Brouphy and J. Hayden. | 3.50 |
| 07/13/2016 BWM | Conferences with G. Brouphy regarding rejection of leases, employment of T. Kim, schedules, status and plan. | 1.60 |
| BWM | Conferences and exchange of emails  with M. Quarles; examination of redline pleadings regarding rejection of lease of Metairie property and remaining files on the premises. | 1.30 |
| 07/15/2016 BWM | Exchange of emails regarding rejection of leases; examine leases. | 0.40 |
| 07/19/2016 BWM | Conferences with landlords and creditors regarding leases, claims and status of case. | 0.80 |
| BWM | Rejection of lease and executory contracts and plan provisions regarding same. | 2.00 |
| 07/20/2016 BWM | Conferences with creditors; examine and |  |

Page: 15

FoodServiceWarehouse.com LLC

July 31, 2016

Account No:   3774-00005M

Statement No:     43100

Executory Contracts

|  | | Hours |
|---|---|---:|
| | comment on motions to reject leases and agreements. | 1.00 |
| 07/21/2016 | | |
| BWM | Examine motions to reject leases; examine asset purchase agreement with Tri Mark; receive and examine emails regarding liquidation and status. | 1.80 |
| 07/22/2016 | | |
| BWM | Exchange emails regarding operations, rejection of lease, warehouse personnel and sale of IP. | 0.60 |
| 07/25/2016 | | |
| BWM | Conferences with G. Brouphy regarding plan, rejection of leases and executory contracts. | 0.60 |
| 07/26/2016 | | |
| BWM | Exchange emails regarding motions to reject leases and executory contracts. | 0.50 |
| 07/27/2016 | | |
| BWM | Exchange of emails and examination of pleadings regarding rejection of leases and vendor marketing agreements; examination of schedules and leases. | 1.00 |
| | Barry W. Miller | 22.80 |
| 07/13/2016 | | |
| RLT | Draft notice of hearing on motion to reject contract with CMSWillowbrook, Inc; draft updated service certificate to include special service on parties  effected by motion. | 0.60 |
| RLT | Electronic court file motion to reject | |

Page: 16
July 31, 2016

FoodServiceWarehouse.com LLC

| | | |
|---|---|---|
| Account No: | 3774-00005M |
| Statement No: | 43100 |

Executory Contracts

| | | Hours |
|---|---|---|
| | contract, notice of hearing and service certificate; effectuate service on parties effected by motion. | 0.60 |
| RLT | Exchange emails with Joe Wilson of Travelers regarding motion to reject contract with CMSWillowbrook, Inc. and order setting bar date. | 0.30 |

07/19/2016

| | | Hours |
|---|---|---|
| RLT | Receive and examine emails from G. Brouphy regarding motions to reject leases. | 0.20 |
| RLT | Finalize and electronic court file motion to reject lease with Morris Kirschman & Company. | 0.30 |
| RLT | Finalize and electronic court file notice of hearing on motion to reject Morris Kirschman lease. | 0.30 |
| RLT | Draft service certificate and electronic court file same; effectuate service on affected parties; exchange emails with servicing agent for service on limited notice list. | 0.50 |
| RLT | Finalize and electronic court file motion to reject BRE / Co Industrial Properties, LLC lease; finalize and electronic court file ex parte motion to expedite hearing; e-submit order on ex parte motion; finalize and electronic court file notice of hearing; draft service certificate and electronic court file same; effectuate service on affected parties; exchange emails with servicing agent for service on limited service list. | 1.20 |

FoodServiceWarehouse.com LLC

Page: 17
July 31, 2016
Account No:    3774-00005M
Statement No:         43100

Executory Contracts

| | | Hours |
|---|---|---|
| RLT | Continued comparison of amended and original matrix to make changes to court matrix. | 0.50 |
| **07/21/2016** | | |
| RLT | Telephone conference with G. Brouphy regarding status of and instructions on pending matters; followup emails for confirmation and clarification. | 0.40 |
| RLT | Examine rental agreement for storage trailers with American Trailer & Storage; internet search on AT&S; draft motion to reject contract. | 0.80 |
| **07/22/2016** | | |
| RLT | Finalize and electronic court file motion to reject rental agreement with AT&S; draft and electronic court file notice of hearing; draft service certificate for affected parties and electronic court file same; serve affected parties; exchange emails with servicing agent for service to limited service list. | 1.20 |
| RLT | Examine file and retrieve lease for Kansas City warehouse and lease for Inverness office space in Colorado. | 0.20 |
| RLT | Exchange emails with Rick Honan of AT&S regarding surrender of storage trailers. | 0.20 |
| **07/25/2016** | | |
| RLT | Exchange emails with servicing agent regarding  service list for rejection of vendor marking agreements. | 0.10 |
| **07/26/2016** | | |
| RLT | Edit, finalize and electronic court file | |

Page: 18

FoodServiceWarehouse.com LLC                                                July 31, 2016

Account No:        3774-00005M

Statement No:            43100

Executory Contracts

| | Hours |
|---|---|
| motion to reject vendor marketing agreements; draft and electronic court file notice of hearing; draft and electronic court file service certificate for electronic service; exchange emails with servicing agent for special service on affected parties. | 0.90 |
| Robin L. Terrebonne | 8.30 |

| For Current Professional Services Rendered | 44.70 | 14,009.00 |
|---|---|---|

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| William H. Patrick, III | 1.80 | $395.00 | $711.00 |
| Greta M. Brouphy | 11.80 | 325.00 | 3,835.00 |
| Barry W. Miller | 22.80 | 375.00 | 8,550.00 |
| Robin L. Terrebonne | 8.30 | 110.00 | 913.00 |

| Current Balance | 14,009.00 |
|---|---|
| Previous Balance | $2,345.00 |
| Total Balance Due | $16,354.00 |

FoodServiceWarehouse.com LLC

Page: 19
July 31, 2016
Account No:        3774-00006M
Statement No:            43100

Claim Analysis

**Payments received on or after August 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.**

**Thank You.**

<u>Fees</u>

|  |  |  | Hours |
|---|---|---|---|
| 07/01/2016 | | | |
| | WHP | Correspondence regarding directors and officers claim. | 0.20 |
| | WHP | Memo to B. Miller regarding claim. | 0.20 |
| 07/13/2016 | | | |
| | WHP | Correspondence regarding stays of sale of inventory. | 0.20 |
| | | William H. Patrick, III | 0.60 |
| 07/05/2016 | | | |
| | GMB | Email to C. Caplinger enclosing D&O Policy and Operating Agreement. | 0.40 |
| | GMB | Email to J. Mole enclosing D&O Policy and Operating Agreement. | 0.40 |
| | GMB | Work on reconciling unsecured creditors with information on proofs of claim and for Pride. | 3.00 |
| 07/08/2016 | | | |
| | GMB | Telephone conference with C. Caplinger regarding Directors and Officers coverage. | 0.20 |
| | GMB | Exchange emails with J. Goode regarding Bar Date Order and Service. | 0.40 |

FoodServiceWarehouse.com LLC

Claim Analysis

Page: 20
July 31, 2016
Account No:    3774-00006M
Statement No:        43100

|  |  | Hours |
|---|---|---|
| **07/14/2016** | | |
| GMB | Receive and review IRS notice. | 0.30 |
| **07/18/2016** | | |
| GMB | Email to K. Sugarman regarding PMP and PHP claim, receive and review response. | 0.20 |
| **07/19/2016** | | |
| GMB | Receive and review email from V. White regarding US Bank claim. | 0.50 |
| **07/21/2016** | | |
| GMB | Receive, review and respond to C. Sher of Sephra regarding proof of claim filed. | 0.30 |
| GMB | Email to J. Hayden, H. Arnold, M. Crawford regarding U.S. Bank claim with attached documents. | 0.30 |
| **07/27/2016** | | |
| GMB | Receive, review and respond to multiple emails from T. McGuire regarding ABF amended claim. | 0.50 |
|  | Greta M. Brouphy | 6.50 |
| **07/05/2016** | | |
| BWM | Analysis and examination of documents concerning U. S. Bank leases and security agreement; exchange emails with J. Hayden, T. Pabst and G. Brouphy regarding same. | 2.50 |
| BWM | Analysis of master lease agreement with U. S. Bank. | 0.50 |
| **07/08/2016** | | |
| BWM | Examination and analysis of U. S. Bank proposals; examination and analysis of U. | |

Page: 21
FoodServiceWarehouse.com LLC                                July 31, 2016
                                          Account No:      3774-00006M
                                          Statement No:          43100

Claim Analysis

|  |  | Hours |
|---|---|---|
| | S. Bank documents. | 1.00 |
| 07/11/2016 | | |
| BWM | Analysis of UCC filings and emails. | 0.60 |
| 07/12/2016 | | |
| BWM | Conferences with Victoria White; analysis of U. S. Bank documents and security interests, proposed release and sale of furniture. | 1.20 |
| 07/14/2016 | | |
| BWM | Conferences with Victoria White regarding agreements with U. S. Bank; examination of agreements and documents. | 0.60 |
| 07/22/2016 | | |
| BWM | Conferences with attorney for Pride; exchange emails regarding claims against former managers, officers and directors, D&O insurance policy and secured claim of U. S. Bank; examine U. S. Bank documents. | 0.80 |
| BWM | Conferences with G. Brouphy regarding plan, claims of U. S. Bank and security interest, monthly operating report, rejection of leases, insurance claims and policies, and liquidation. | 1.00 |
| 07/25/2016 | | |
| BWM | Conference with Alicia Bendana and Erin Pelleteri regarding reserved claims against management, and employment of accountants and attorneys to pursue same. | 1.00 |
| BWM | Examination of preferential transfers within  90 days of petition and transfers to insiders. | 0.50 |

Page: 22

FoodServiceWarehouse.com LLC

July 31, 2016

Account No:    3774-00006M
Statement No:         43100

Claim Analysis

| | | | Hours | |
|---|---|---|---|---|
| 07/28/2016 | | | | |
| | BWM | Receive and examine email from Alicia Bendana regarding employment and claims of bankruptcy estate. | 0.40 | |
| | BWM | Exchange emails with J. Hayden regarding plan, retained claims and investigation of claims. | 0.20 | |
| 07/29/2016 | | | | |
| | BWM | Conference with Victoria White regarding ranking of security interest on furniture, sale of assets and partial release. | 0.50 | |
| 07/31/2016 | | | | |
| | BWM | Receive and examine emails regarding retained claims. | 0.80 | |
| | | Barry W. Miller | 11.60 | |
| | | For Current Professional Services Rendered | 18.70 | 6,699.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| William H. Patrick, III | 0.60 | $395.00 | $237.00 |
| Greta M. Brouphy | 6.50 | 325.00 | 2,112.50 |
| Barry W. Miller | 11.60 | 375.00 | 4,350.00 |

| | |
|---|---|
| Current Balance | 6,699.50 |
| Previous Balance | $6,129.00 |
| Total Balance Due | $12,828.50 |

Page: 23
July 31, 2016

FoodServiceWarehouse.com LLC

Account No:    3774-00007M
Statement No:        43100

Plan and Disclosure Statement

*Payments received on or after August 1, 2016 will be reflected on your next statement.*
*Please reference the appropriate account number on all payments.*

*Thank You.*

<u>Fees</u>

|  |  | Hours |
|---|---|---|
| 07/11/2016 | | |
| WHP | Telephone conference with Brett Furr regarding payments. | 0.20 |
| 07/14/2016 | | |
| WHP | Correspondence regarding Asset Purchase Agreement. | 0.40 |
| 07/20/2016 | | |
| WHP | Receive and review memo regarding status. | 0.20 |
| | William H. Patrick, III | 0.80 |
| 07/05/2016 | | |
| GMB | Receive and review documents for SOFA bonus payments. | 0.30 |
| 07/19/2016 | | |
| GMB | Memo regarding information needed to complete disclosure statement, email same to B. Miller. | 0.70 |
| 07/20/2016 | | |
| GMB | Work on disclosure statement. | 1.70 |
| 07/22/2016 | | |
| GMB | Exchange emails with P. Sharp regarding plan administrator proposal. | 0.40 |

FoodServiceWarehouse.com LLC

Page: 24
July 31, 2016
Account No: 3774-00007M
Statement No: 43100

Plan and Disclosure Statement

| | | Hours |
|---|---|---|
| GMB | Draft plan of reorganization regarding class treatment, plan administrator. | 0.50 |
| **07/23/2016** | | |
| GMB | Draft plan of reorganization regarding class treatment, definitions plan administration, executory contracts and leases, post effective date management and voting. | 6.00 |
| **07/28/2016** | | |
| GMB | Telephone conference with B. Miller regarding revisions to plan. | 0.50 |
| GMB | Work on revisions to plan. | 3.00 |
| **07/30/2016** | | |
| GMB | Work on revisions to the plan. | 4.00 |
| **07/31/2016** | | |
| GMB | Work on revisions to plan. | 0.30 |
| | Greta M. Brouphy | 17.40 |
| **07/05/2016** | | |
| BWM | Work on plan of reorganization. | 2.00 |
| **07/06/2016** | | |
| BWM | Work on plan of reorganization. | 2.00 |
| **07/13/2016** | | |
| BWM | Examination of schedules and statement of financial affairs for work on plan. | 1.50 |
| **07/18/2016** | | |
| BWM | Drafting of plan; examination of motions to reject leases and executory contracts. | 0.50 |

FoodServiceWarehouse.com LLC

Page: 25
July 31, 2016
Account No:    3774-00007M
Statement No:    43100

Plan and Disclosure Statement

|  |  | Hours |
|---|---|---|
| 07/19/2016 | | |
| BWM | Work on plan of reorganization. | 2.50 |
| 07/20/2016 | | |
| BWM | Work on plan of liquidation. | 3.00 |
| 07/25/2016 | | |
| BWM | Drafting plan and disclosure statement. | 4.00 |
| 07/26/2016 | | |
| BWM | Work on plan and disclosure statement. | 2.00 |
| 07/27/2016 | | |
| BWM | Work on plan and disclosure statement. | 3.00 |
| 07/28/2016 | | |
| BWM | Edit, revise and draft chapter 11 plan. | 2.40 |
| 07/29/2016 | | |
| BWM | Conference with G. Brouphy regarding disclosure statement pro forma budget, plan and pending matters. | 0.20 |
| BWM | Drafting of  narrative for disclosure statement. | 2.00 |
| 07/31/2016 | | |
| BWM | Draft, edit and revise plan and disclosure statement; conferences with G. Brouphy regarding same. | 2.00 |
| | Barry W. Miller | 27.10 |
| 07/18/2016 | | |
| RLT | Work on, edit and revise  plan of liquidation. | 2.50 |
| | Robin L. Terrebonne | 2.50 |
| | For Current Professional Services Rendered | 47.80 | 16,408.50 |

Page: 26

FoodServiceWarehouse.com LLC

July 31, 2016

Account No:     3774-00007M
Statement No:          43100

Plan and Disclosure Statement

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| William H. Patrick, III | 0.80 | $395.00 | $316.00 |
| Greta M. Brouphy | 17.40 | 325.00 | 5,655.00 |
| Barry W. Miller | 27.10 | 375.00 | 10,162.50 |
| Robin L. Terrebonne | 2.50 | 110.00 | 275.00 |

Current Balance                                                16,408.50

Previous Balance                                              $2,507.00

Total Balance Due                                            $18,915.50

Account No:     3774-00008M
Statement No:          43100

Client Communication

***Payments received on or after August 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.***

***Thank You.***

Fees

|  |  |  | Hours |
|---|---|---|---|
| 07/11/2016 |  |  |  |
| | WHP | Multiple correspondence with client regarding meeting with lender, sale of IP. | 0.30 |

FoodServiceWarehouse.com LLC

Page: 27
July 31, 2016

Account No:    3774-00008M
Statement No:    43100

Client Communication

| | | | Hours |
|---|---|---|---|
| 07/28/2016 | | | |
| | WHP | Correspondence regarding T. Kim resignation. | 0.20 |
| | | William H. Patrick, III | 0.50 |
| 07/13/2016 | | | |
| | GMB | Receive and review multiple emails for status conference with Iberia Bank, Pride Hyper AMS. | 0.40 |
| 07/18/2016 | | | |
| | GMB | Telephone conference with T. Kim, K. Young regarding case status. | 1.50 |
| | GMB | Email to team regarding results / decisions from status conference. | 0.50 |
| | | Greta M. Brouphy | 2.40 |
| 07/01/2016 | | | |
| | BWM | Conferences with R. Nevins regarding status, management and operations. | 0.50 |
| 07/05/2016 | | | |
| | BWM | Conference with K. Young regarding leases of property, Pride and status. | 0.40 |
| | BWM | Exchange of emails regarding status, pending  hearings and plan. | 0.80 |
| | BWM | Conference with K. Young regarding schedules and statement of financial affairs and lease of Inverness offices. | 0.50 |
| 07/14/2016 | | | |
| | BWM | Conferences and exchange of emails with K. Young regarding status, sales, liquidation and visit by attorneys for Pride. | 2.80 |

FoodServiceWarehouse.com LLC

Client Communication

Page: 28
July 31, 2016
Account No:      3774-00008M
Statement No:              43100

|  |  |  | Hours |
|---|---|---|---|
| 07/15/2016 | | | |
| | BWM | Exchange emails regarding asset purchase agreement. | 0.30 |
| 07/18/2016 | | | |
| | BWM | Exchange emails with client regarding status, liquidation and rejection of leases and executory contracts. | 0.60 |
| 07/19/2016 | | | |
| | BWM | Conferences with K. Young and Richard Nevin regarding operations, accounting, Pride issues, plan and status. | 1.30 |
| 07/20/2016 | | | |
| | BWM | Receive and examine report from client regarding operational and liquidation problems.; conferences and exchange of emails  with Tom Kim, K. Young, G. Brouphy and R. Nevins regarding same. | 2.00 |
| 07/21/2016 | | | |
| | BWM | Conferences with R. Nevin and K. Young regarding operations and report to IberiaBank and Pride; examine report regarding critical problems. | 1.60 |
| 07/28/2016 | | | |
| | BWM | Conference with Richard Nevins regarding leases, status of liquidation auction, corporate authority, resolution, wind down and plan. | 0.60 |
| | BWM | Conference with K. Young regarding status, auction, lease of building, lease of warehouse, HyperAMS and employing comptroller. | 0.60 |

Page: 29

FoodServiceWarehouse.com LLC

July 31, 2016

Account No:   3774-00008M

Statement No:       43100

Client Communication

| | | | Hours | |
|---|---|---|---|---|
| 07/29/2016 | | | | |
| | BWM | Conference and exchange of emails with Richard Nevins regarding auction, Pride's credit bid for equipment and fixtures in building. | 0.60 | |
| | | Barry W. Miller | 12.60 | |
| | | For Current Professional Services Rendered | 15.50 | 5,702.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| William H. Patrick, III | 0.50 | $395.00 | $197.50 |
| Greta M. Brouphy | 2.40 | 325.00 | 780.00 |
| Barry W. Miller | 12.60 | 375.00 | 4,725.00 |

Current Balance        5,702.50

Previous Balance        $12,169.50

Total Balance Due        $17,872.00

FoodServiceWarehouse.com LLC

Litigation

Page: 30
July 31, 2016
Account No:    3774-00009M
Statement No:    43100

*Payments received on or after August 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.*

*Thank You.*

<u>Fees</u>

|  |  | Hours |
|---|---|---|
| 07/17/2016 | | |
| WHP | Receive and review correspondence regarding discovery, emails. | 0.20 |
| | William H. Patrick, III | 0.20 |
| 07/29/2016 | | |
| GMB | Receive and review email from A. Bendana regarding directors and officers litigation. | 0.20 |
| | Greta M. Brouphy | 0.20 |
| 07/15/2016 | | |
| BWM | Conference with K. Young regarding IRS, APA with Tri Mark,  employment of accountant, liquidation status and encounter with Pride's attorneys. | 0.60 |
| 07/27/2016 | | |
| BWM | Conference and exchange of emails with Alicia Bandana regarding reservation and pursuit of  claims against former managers and notice to insurer. | 0.50 |
| 07/28/2016 | | |
| BWM | Receive and examine letter from Alicia Bendana regarding claims against former management and D&O policy. | 0.30 |

Page: 31

FoodServiceWarehouse.com LLC

July 31, 2016

Account No: 3774-00009M

Statement No: 43100

Litigation

| | | | Hours | |
|---|---|---|---|---|
| 07/29/2016 | | | | |
| | BWM | Email to Erin Pelleteri regarding claims against third parties and insurance policy. | 0.20 | |
| | BWM | Examine proposed lawsuit against former managers and officers prepared by Holland & Hart; examine report to management committee prepared by Robert Autenreith regarding financial demise of debtor and improper business decisions. | 2.50 | |
| | | Barry W. Miller | 4.10 | |
| | | For Current Professional Services Rendered | 4.50 | 1,681.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| William H. Patrick, III | 0.20 | $395.00 | $79.00 |
| Greta M. Brouphy | 0.20 | 325.00 | 65.00 |
| Barry W. Miller | 4.10 | 375.00 | 1,537.50 |

| | |
|---|---|
| Current Balance | 1,681.50 |
| Previous Balance | $2,721.50 |
| Total Balance Due | $4,403.00 |

FoodServiceWarehouse.com LLC

Other

Page: 32
July 31, 2016
Account No:      3774-00010M
Statement No:            43100

**Payments received on or after August 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.**

**Thank You.**

<u>Fees</u>

|  |  | Hours |
|---|---|---|
| 07/31/2016 | | |
| GMB | Draft motion to approve on line auction. | 1.20 |
| GMB | Draft motino for expedited hearing. | <u>0.50</u> |
| | Greta M. Brouphy | 1.70 |
| 07/01/2016 | | |
| BWM | Conference call with J. Hayden. T. Pabst, G. Brouphy, H. Arnold and M. Crawford. | 0.80 |
| BWM | Work on liquidation of assets by HyperAMS, status, and strategy to sell products, management of company and future proceedings; conferences and exchange emails  with W. Patrick, T. Kim, K. Young, and R. Nevins; regarding status of liquidation, sales offer on IP; examination of related documents. | 1.00 |
| BWM | Notice letter to insurance company; examination of draft lawsuit against former officers and directors. | 0.80 |
| 07/06/2016 | | |
| BWM | Exchange emails with client, J. Hayden and G. Brouphy regarding pending matters. | 0.60 |
| BWM | Exchange of emails regarding employer | |

FoodServiceWarehouse.com LLC

Other

Page: 33
July 31, 2016
Account No:   3774-00010M
Statement No:        43100

|  |  | | Hours |
|---|---|---|---|
|  |  | identification number, W2 forms and payroll account and services. | 0.30 |
| 07/08/2016 | BWM | Conferences and exchange of emails with potential purchaser for IP - domain name. | 0.20 |
|  | BWM | Conference with J. Hayden re status of case, plan, retention of claims against former officers and directors, U. S. Bank and collateral, liquidation of assets. | 2.20 |
| 07/11/2016 | BWM | Exchange emails with T. Pabst regarding liquidation strategy and status. | 0.60 |
| 07/13/2016 | BWM | Conference with B. Furr, M. Crawford, K. Young and T. Pabst regarding status, liquidation, payments to IberiaBank, IP and IT, Pride's position, bulk sales and auction. | 1.00 |
| 07/14/2016 | BWM | Conferences and exchange emails regarding asset purchase agreement from Trimax. | 0.60 |
| 07/15/2016 | BWM | Receive and examine letter from I.R.S. and conference with I.R.S. agent. | 0.50 |
|  | BWM | Examine and edit asset purchase agreement with Tri Mark. | 2.80 |
|  | BWM | Conference with attorneys for Tri Mark regarding APA and disclosure. | 0.30 |
|  | BWM | Conference with A. Powers regarding APA with Tri Mark; exchange emails and examine |  |

FoodServiceWarehouse.com LLC

Page: 34
July 31, 2016
Account No:        3774-00010M
Statement No:              43100

Other

|  |  | Hours |
|---|---|---|
| | APA. | 0.50 |

07/16/2016
    BWM    Analyze monthly operating report received
from client; exchange emails regarding
discrepancies.    3.20

07/18/2016
    BWM    Meeting with Jan Hayden and G. Brouphy
regarding status, employment and payment of
Tom Kim and r2 advisors, llc, plan of
reorganization, treatment of creditors,
rejection of leases, surrender of property
and claims against former managers.    2.50

    BWM    Attendance of status conference with court;
conference with Victoria White, Mike
Crawford, Jan Hayden and Mary Langston.    1.20

07/19/2016
    BWM    Conferences with W. Patrick regarding r2
advisors, llc, and  status of case and
sale of intellectual property, information
technology and customer list.    0.20

    BWM    Conference with Josh Wolfshohl regarding
purchase offer from Tri Mark for IP, IT,
domain names and customer list, and Pride's
credit bid on assets.    0.30

    BWM    Conferences with Josh Wolfshohl regarding
Tri Mark's purchase offer.    0.40

07/21/2016
    BWM    Conference call with attorneys for Pride
and Iberia Bank, and K. Young, R. Nevins
and T. Kim.    1.00

FoodServiceWarehouse.com LLC

Page: 35
July 31, 2016
Account No:      3774-00010M
Statement No:           43100

Other

|  |  |  | Hours |
|---|---|---|---|
| 07/26/2016 | | | |
| | BWM | Conferences with Jan Hayden and Erin Pelleteri regarding claims against accountants, attorneys and former management, U. S. Bank liens, credit bidding sale of IP and bulk sale. | 1.00 |
| 07/28/2016 | | | |
| | BWM | Receive and examine emails from HyperAMS to serve as auctioneer to sell goods. | 0.30 |
| | BWM | Receive and examine proposal from HyperAMS for auction of equipment. | 0.30 |
| 07/29/2016 | | | |
| | BWM | Exchange emails with J. Hayden regarding pending matters. | 0.10 |
| | BWM | Conferences with Alicia Bendana; examine and analyze letter and insurance policy. | 1.20 |
| | | Barry W. Miller | 23.90 |
| 07/14/2016 | | | |
| | RLT | Revise / edit letter to A. Hoffman, insurance agent, regarding D&O policy claims. | 0.50 |
| 07/15/2016 | | | |
| | RLT | E-submit order granting motion for administrative order regarding compensation of professionals. | 0.10 |
| 07/18/2016 | | | |
| | RLT | Receive, examine and index multiple e-noticed documents. | 0.20 |
| | RLT | Receive, examine and electronic court file affidavit of service for docket # 120. | 0.20 |

FoodServiceWarehouse.com LLC

Other

Page: 36
July 31, 2016
Account No:      3774-00010M
Statement No:           43100

|  |  |  | Hours |
|---|---|---|---|
| 07/19/2016 | | | |
|  | RLT | Receive, examine, index and calendar order issued after status conference setting filing deadlines and hearing dates, and status memo from G. Brouphy detailing judge's instructions. | 0.40 |
|  | RLT | Receive, examine and index daily updates. | 0.10 |
| 07/20/2016 | | | |
|  | RLT | Receive, examine and index order for expedited hearing; effectuate service. | 0.20 |
|  | RLT | Receive, examine and electronic court file affidavits of service for Docket # 122, 123, 124, 125, 127 and 129. | 0.20 |
| 07/21/2016 | | | |
|  | RLT | Receive, examine and electronic court file affidavit of service for order # 132, and index same. | 0.20 |
|  | RLT | Receive, examine and electronic court file monthly operating reports for May and June; index same. | 0.40 |
|  | RLT | Receive, examine and index multiple e-noticed pleadings. | 0.20 |
| 07/22/2016 | | | |
|  | RLT | Receive, examine and electronic court file affidavit of service for docket # 139 and #140; index same. | 0.20 |
|  | RLT | Receive, examine and index multiple e-noticed documents and proofs of claims. | 0.20 |

Page: 37
July 31, 2016

FoodServiceWarehouse.com LLC

Account No:    3774-00010M
Statement No:          43100

Other

|  |  |  | Hours |  |
|---|---|---|---|---|
| 07/26/2016 |  |  |  |  |
| | RLT | Receive, examine and index multiple<br>e-noticed proofs of claims. | 0.30 |  |
| 07/27/2016 |  |  |  |  |
| | RLT | Receive and examine affidavit of service<br>for docket 144 and 145, and affidavit of<br>service for docket 147 and 148; electronic<br>court file and index same. | 0.20 |  |
| | RLT | Receive, examine and index multiple<br>e-noticed proofs of claims. | 0.20 |  |
| | | Robin L. Terrebonne | 3.80 |  |
| | | For Current Professional Services Rendered | 29.40 | 9,933.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Greta M. Brouphy | 1.70 | $325.00 | $552.50 |
| Barry W. Miller | 23.90 | 375.00 | 8,962.50 |
| Robin L. Terrebonne | 3.80 | 110.00 | 418.00 |

| | |
|---|---|
| Current Balance | 9,933.00 |
| Previous Balance | $9,820.25 |
| Total Balance Due | $19,753.25 |

FoodServiceWarehouse.com LLC

Retention and Payment of Professionals

Page: 38
July 31, 2016
Account No:     3774-00011M
Statement No:        43100

**Payments received on or after August 1, 2016 will be reflected on your next statement.**
**Please reference the appropriate account number on all payments.**

**Thank You.**

<u>Fees</u>

| | | | Hours |
|---|---|---|---|
| 07/19/2016 | | | |
| | WHP | Telephone conference with R. Nevins regarding status, resignation of TKZ, possible conversion. | 0.30 |
| | | William H. Patrick, III | 0.30 |
| 07/05/2016 | | | |
| | GMB | Receive and review email from M. Langston regarding employment of R2 Advisors. | 0.30 |
| | GMB | Follow up on proposal to complete 2015 taxes. | 0.20 |
| 07/15/2016 | | | |
| | GMB | Draft revisions to order granting compensation procedure order. | 0.50 |
| 07/20/2016 | | | |
| | GMB | Draft application to employ accountants, Webb Smith and supporting affidavit. | 1.50 |
| | GMB | Email to J. Hicky to approve application to employ Webb Smith as accountants, receive and review response. | 0.20 |
| 07/21/2016 | | | |
| | GMB | Receive, review and respond to email from J. Hayden regarding payments to | |

Page: 39

FoodServiceWarehouse.com LLC

July 31, 2016

Account No: 3774-00011M
Statement No: 43100

Retention and Payment of Professionals

|  |  | Hours |
|---|---|---|
|  | professionals. | 0.10 |
| GMB | Work on fee summary for Hyper - send same to T. Pabst. | 0.40 |
| GMB | Work on fee summary for Donlin. | 0.40 |
| **07/26/2016** |  |  |
| GMB | Finalize application to employ Webb Smith, telephone conference with J. Hickey regarding same. | 0.50 |
|  | Greta M. Brouphy | 4.10 |
| **07/05/2016** |  |  |
| BWM | Receive and examine email from U. S. Trustee regarding employment of r2 advisors; conference with U. S. Trustee regarding terms of employment of r2 advisors. | 0.50 |
| **07/08/2016** |  |  |
| BWM | Call to Mary Langston; receive and examine email from U. S .Trustee and motion to employ r2 advisors, llc. | 1.50 |
| **07/11/2016** |  |  |
| BWM | Conference with Mary Langston; examination of application to employ r2 advisors, llc. | 1.20 |
| **07/12/2016** |  |  |
| BWM | Conference with J. Hayden regarding notice of amendments and employment of r2 advisors, llc and opposition thereto. | 1.30 |
| **07/13/2016** |  |  |
| BWM | Examination of objection to employ of r2 advisors, llc and conferences with J. Hayden. | 1.00 |

Page: 40
FoodServiceWarehouse.com LLC
July 31, 2016
Account No:      3774-00011M
Statement No:           43100

Retention and Payment of Professionals

| | | | Hours |
|---|---|---|---|
| **07/14/2016** | | | |
| | BWM | Conferences with Jan Hayden and exchange of emails regarding status and objection to employment of r2 advisors, llc. | 1.00 |
| | BWM | Examination of objections to employment of r2 advisors, llc filed by Pride and the U. S. Trustee. | 0.50 |
| **07/15/2016** | | | |
| | BWM | Conference with U. S. Trustee regarding motion to employ r2 advisors and agreement and order. | 0.10 |
| | | Barry W. Miller | 7.10 |
| **07/20/2016** | | | |
| | RLT | Work on fee summary; exchange emails with E. Sixkiller; compile service list as per administrative order; set up notice cover letter; set up E-Service list. | 0.60 |
| **07/21/2016** | | | |
| | RLT | Exchange emails with servicing agent regarding service for fee summaries; compare fee summary  service list with amended list of twenty-largest unsecured creditors. | 0.50 |
| **07/22/2016** | | | |
| | RLT | Finalize notice of Heller Draper fee summary and transmit; finalize notice of Donlin Recano fee summary and transmit; exchange emails with Nellwyen Voorhies transmitting administrative order and explaining summary and service procedures; exchange emails with Calvin Dickson regarding service; finalize service list | |

Page: 41
July 31, 2016

FoodServiceWarehouse.com LLC

Account No:     3774-00011M
Statement No:        43100

Retention and Payment of Professionals

| | | Hours | |
|---|---|---|---|
| | for fee summaries; finalize notice of HyperAMS fee summary and transmit. | 2.20 | |
| 07/25/2016 | | | |
| RLT | Telephone conference with G. Brouphy regarding status of motions to reject office and warehouse leases and status of motion to reject vender marketing agreements. | 0.20 | |
| 07/26/2016 | | | |
| RLT | Edit, finalize and electronic court file application to employ Hickey as accountant for debtor; draft, finalize and electronic court file notice of hearing; draft and electronic court file service certificate for electronic service; exchange emails with servicing agent for service on limited notice list. | 0.90 | |
| 07/27/2016 | | | |
| RLT | Draft notice of fee summary of Donlin Recano for June; e-serve same where available; exchange emails with servicing agent for service on special servicing list. | 0.60 | |
| | Robin L. Terrebonne | 5.00 | |
| | For Current Professional Services Rendered | 16.50 | 4,663.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| William H. Patrick, III | 0.30 | $395.00 | $118.50 |
| Greta M. Brouphy | 4.10 | 325.00 | 1,332.50 |
| Barry W. Miller | 7.10 | 375.00 | 2,662.50 |
| Robin L. Terrebonne | 5.00 | 110.00 | 550.00 |

FoodServiceWarehouse.com LLC

Page: 42
July 31, 2016
Account No:    3774-00011M
Statement No:    43100

Retention and Payment of Professionals

| | |
|---|---:|
| Current Balance | 4,663.50 |
| Previous Balance | $13,606.50 |
| Total Balance Due | $18,270.00 |

Account No:    3774-00012M
Statement No:    43100

Research

*Payments received on or after August 1, 2016 will be reflected on your next statement.*
*Please reference the appropriate account number on all payments.*

*Thank You.*

<u>Fees</u>

| | | | Hours | |
|---|---|---|---:|---:|
| 07/22/2016 | | | | |
| | GMB | Letter regarding 363 sale and chapter 11 plan of reorganization. | 0.10 | |
| | | Greta M. Brouphy | 0.10 | |
| | | | | |
| 07/01/2016 | | | | |
| | BWM | Legal research on opposition to Sullo's motion to lift stay and on claims as property of the estate. | 1.50 | |
| | | Barry W. Miller | 1.50 | |
| | | | | |
| | | For Current Professional Services Rendered | 1.60 | 595.00 |

Page: 43
July 31, 2016

FoodServiceWarehouse.com LLC

Account No:   3774-00012M
Statement No:      43100

Research

## Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Greta M. Brouphy | 0.10 | $325.00 | $32.50 |
| Barry W. Miller | 1.50 | 375.00 | 562.50 |

Current Balance       595.00

Previous Balance       $3,225.00

Total Balance Due       $3,820.00

Account No:   3774-00013M
Statement No:      43100

Travel

***Payments received on or after August 1, 2016 will be reflected on your next statement.***
***Please reference the appropriate account number on all payments.***

***Thank You.***

## Fees

| | | Hours | |
|---|---|---|---|
| 07/18/2016 BWM | Travel to and from New Orleans for court status conference. | 3.00 | |
| | Barry W. Miller | 3.00 | |
| | For Current Professional Services Rendered | 3.00 | 562.50 |

Page: 44

FoodServiceWarehouse.com LLC                                    July 31, 2016

Account No:    3774-00013M
Statement No:       43100

Travel

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Barry W. Miller | 3.00 | $187.50 | $562.50 |

Current Balance                                              562.50

Previous Balance                                         $2,872.50

Total Balance Due                                        $3,435.00

Account No:    3774-00099M
Statement No:       43100

Cost

**Payments received on or after August 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.**

**Thank You.**

Expenses

| | | |
|---|---|---|
| 07/01/2016 | Computer Research Services - Pacer - 04/01/2016 through 06/30/2016 | 67.00 |
| 07/13/2016 | Reproduction - Baton Rouge Office | 70.00 |
| 07/14/2016 | Reproduction - Baton Rouge Office | 4.00 |
| 07/15/2016 | Reproduction - Baton Rouge Office | 11.25 |
| 07/15/2016 | Reproduction | 100.00 |
| 07/19/2016 | Reproduction - Baton Rouge Office | 116.25 |
| 07/22/2016 | Reproduction - Baton Rouge Office | 10.00 |
| 07/28/2016 | Charges For Toll Call Services - West Unified | |

|  |  | Page: 45 |
| --- | --- | --- |
| FoodServiceWarehouse.com LLC |  | July 31, 2016 |
|  | Account No: | 3774-00099M |
|  | Statement No: | 43100 |
| Cost |  |  |

|  | Communications - 07/07/2016 | 7.50 |
| --- | --- | --- |
| 07/28/2016 | Charges For Toll Call Services - West Unified Communications - 07/13/2016 | 7.50 |
| 07/28/2016 | Express Mail Deliveries - Philadelphia Indemnity Insurance Attn: Claims Department - Airbill # 776541823787 - 06/17/16 | 22.39 |
| 07/31/2016 | Postage - Baton Rouge - 07/01/2016 through 07/31/2016 | 32.64 |
|  | Total Expenses | 448.53 |

## Advances

| 07/01/2016 | Mileage/Parking/Tolls (1169.00) Central Parking Systems - Validations - Barry W. Miller parking at Poydras Center on 06/06/2016 | 15.00 |
| --- | --- | --- |
| 07/01/2016 | Mileage/Parking/Tolls (1169.00) Central Parking Systems - Validations - parking of Barry W. Miller at Poydras Center on 06/24/2016 | 15.00 |
| 07/06/2016 | Mileage/Parking/Tolls (1348.00) William H. Patrick, III - mileage - travel to New Orleans from Baton Rouge - 78.42 miles - 06/13/2016 | 42.35 |
| 07/06/2016 | Mileage/Parking/Tolls (1348.00) William H. Patrick, III - mileage - travel to Baton Rouge from New Orleans - 78.42 miles - 06/13/2016 | 42.35 |
| 07/11/2016 | Mileage/Parking/Tolls (3965.00) Barry W. Miller, APLC, Operating Account - mileage - travel to / from New Orleans - 150 miles - 06/06/2016 | 81.00 |
| 07/11/2016 | Mileage/Parking/Tolls (3965.00) Barry W. Miller, APLC, Operating Account - mileage - travel to / from New Orleans - 150 miles - 06/24/2016 | 81.00 |
| 07/11/2016 | Mileage/Parking/Tolls (3965.00) Barry W. Miller, APLC, Operating Account - mileage - travel to / from Lafayette - 136 miles - 06/24/2016 | 73.44 |
| 07/13/2016 | Pleadings Filing Fee (3965.00) Barry W. Miller, APLC, Operating Account - United States Bankruptcy Court filing fee for Amended |  |

|  |  | Page: 46 |
| --- | --- | --- |
| FoodServiceWarehouse.com LLC | | July 31, 2016 |
|  | Account No: | 3774-00099M |
|  | Statement No: | 43100 |
| Cost | | |

|  |  |  |
| --- | --- | --- |
|  | Schedules - 07/12/2016 | 30.00 |
| 07/26/2016 | Mileage/Parking/Tolls (3965.00) Barry W. Miller, APLC, Operating Account - mileage - travel to New Orleans from Baton Rouge to attend court status conference - 155 miles - 07/18/2016 | 83.70 |
|  | Total Advances | 463.84 |
|  | Current Balance | 912.37 |
|  | Previous Balance | $421.32 |
|  | Total Balance Due | $1,333.69 |
|  | Total Balance Due | $195,320.44 |