# HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.

650 Poydras Street, Suite 2500

New Orleans, Louisiana 70130-6103

(504) 299-3300

Fed. I.D. # 72-1421930

## *Statement*

FoodServiceWarehouse.com LLC
P O Box 630047
Littleton  CO  80163

Attn: Thomas Kim

Page: 1
August 31, 2016
Account No:          3774M

**Payments received on or after September 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.**

**Thank You.**

| Previous Balance | Fees | Expenses | Advances | Payments | Balance Due |
|---|---|---|---|---|---|
| 3774-00002 Administration | | | | | |
| 17,252.00 | 1,866.50 | 0.00 | 0.00 | -7,439.61 | $11,678.89 |
| 3774-00003 DIP Financing, Cash Collateral & First Day Filings | | | | | |
| 40,774.00 | 1,187.50 | 0.00 | 0.00 | -23,757.18 | $18,204.32 |
| 3774-00004 Schedules and Statement | | | | | |
| 20,309.50 | 0.00 | 0.00 | 0.00 | -6,101.50 | $14,208.00 |
| 3774-00005 Executory Contracts | | | | | |
| 16,354.00 | 4,190.50 | 0.00 | 0.00 | -1,403.65 | $19,140.85 |
| 3774-00006 Claim Analysis | | | | | |
| 12,828.50 | 4,771.50 | 0.00 | 0.00 | -3,668.63 | $13,931.37 |
| 3774-00007 Plan and Disclosure Statement | | | | | |
| 18,915.50 | 9,236.50 | 0.00 | 0.00 | -1,500.61 | $26,651.39 |
| 3774-00008 Client Communication | | | | | |
| 17,872.00 | 7,285.00 | 0.00 | 0.00 | -7,284.27 | $17,872.73 |
| 3774-00009 Litigation | | | | | |
| 4,403.00 | 3,219.50 | 0.00 | 0.00 | -1,629.00 | $5,993.50 |

FoodServiceWarehouse.com LLC

Page: 2
August 31, 2016
Account No:        3774M

| Previous Balance | Fees | Expenses | Advances | Payments | Balance Due |
|---|---|---|---|---|---|
| 3774-00010 Other | | | | | |
| 19,753.25 | 31,365.00 | 0.00 | 0.00 | -5,878.09 | $45,240.16 |
| 3774-00011 Retention and Payment of Professionals | | | | | |
| 18,270.00 | 3,991.00 | 0.00 | 0.00 | -8,144.42 | $14,116.58 |
| 3774-00012 Research | | | | | |
| 3,820.00 | 2,275.00 | 0.00 | 0.00 | -1,930.39 | $4,164.61 |
| 3774-00013 Travel | | | | | |
| 3,435.00 | 562.50 | 0.00 | 0.00 | -1,719.38 | $2,278.12 |
| 3774-00099 Cost | | | | | |
| 1,333.69 | 0.00 | 398.23 | 948.50 | -421.32 | $2,259.10 |
| 195,320.44 | 69,950.50 | 398.23 | 948.50 | -70,878.05 | $195,739.62 |

# HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.

650 Poydras Street, Suite 2500

New Orleans, Louisiana 70130-6103

(504) 299-3300

Fed. I.D. # 72-1421930

# *Statement*

|  |  |  |
|---|---|---|
|  | Page: | 1 |
| FoodServiceWarehouse.com LLC | | August 31, 2016 |
| P O Box 630047 | Account No: | 3774-00002M |
| Littleton  CO  80163 | Statement No: | 43150 |

Attn: Thomas Kim


Administration


**Payments received on or after September 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.**

**Thank You.**


<u>Fees</u>

|  |  |  | Hours |
|---|---|---|---|
| 08/19/2016 | | | |
| | WHP | Receive and review correspondence regarding crane status. | <u>0.20</u> |
| | | William H. Patrick, III | 0.20 |
| 08/01/2016 | | | |
| | GMB | Email to counsel for Iberia Bank and Pride regarding request for expedited hearing, receive and review response by M. Crawford and J. Hayden. | 0.50 |
| 08/04/2016 | | | |
| | GMB | Set up conference call for August 9, 2016 for status of inventory liquidation. | 0.50 |
| | GMB | Telephone conference with J. Hayden regarding case status. | 0.50 |
| | GMB | Follow up with US Bankruptcy Court regarding status of hearing on August 5 for motion to reject lease. | 0.10 |

Page: 2

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:      3774-00002M

Statement No:           43150

Administration

|  | | Hours |
|---|---|---|
| 08/12/2016 | | |
| GMB | Telephone conference with Pride, Iberia Bank, FSW and HypersAMS regarding budget and case status. | 1.00 |
| 08/17/2016 | | |
| GMB | Receive and review proposed Monthly Operating Report for July 2016. | 0.50 |
| 08/24/2016 | | |
| GMB | Telephone conference with B. Furr regarding case status. | 0.20 |
| 08/29/2016 | | |
| GMB | Receive and review email from Iberia Bank regarding case status and requests for information, send to K. Young to respond. | 0.20 |
| 08/31/2016 | | |
| GMB | Appearance at hearings. | 2.00 |
| | Greta M. Brouphy | 5.50 |
| | For Current Professional Services Rendered | 5.70 | 1,866.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| William H. Patrick, III | 0.20 | $395.00 | $79.00 |
| Greta M. Brouphy | 5.50 | 325.00 | 1,787.50 |

| | |
|---|---|
| Current Balance | 1,866.50 |
| Previous Balance | $17,252.00 |

### Payments

| | |
|---|---|
| Total Payments Thru 08/31/2016 | -7,439.61 |
| Total Balance Due | $11,678.89 |

<table>
<tr><td></td><td>Page: 3</td></tr>
</table>

FoodServiceWarehouse.com LLC

|  |  |
|---|---|
| | Page: 3 |
| | August 31, 2016 |
| Account No: | 3774-00003M |
| Statement No: | 43150 |

DIP Financing, Cash Collateral & First Day Filings

**Payments received on or after September 1, 2016 will be reflected on your next statement.**
**Please reference the appropriate account number on all payments.**

**Thank You.**

Fees

|  |  | Hours |
|---|---|---|
| 08/08/2016 | | |
| GMB | Receive and review proposed revised budget. | 0.50 |
| | | |
| 08/18/2016 | | |
| GMB | Receive and review revised cash flow and budget. | 0.50 |
| | | |
| 08/25/2016 | | |
| GMB | Follow up on amount owed to Iberia Bank with K. Young | 0.10 |
| | | |
| 08/31/2016 | | |
| GMB | Prepare for appearance and conference call with Iberia Bank regarding cash flow and case status. | 1.00 |
| | Greta M. Brouphy | 2.10 |
| | | |
| 08/05/2016 | | |
| BWM | Receive and examine emails regarding budget and payment of administrative expenses. | 0.40 |
| | | |
| 08/08/2016 | | |
| BWM | Examine budget and compare with previous budget; conference with G. Brouphy regarding same. | 0.80 |
| | Barry W. Miller | 1.20 |

Page: 4

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:     3774-00003M
Statement No:          43150

DIP Financing, Cash Collateral & First Day Filings

Hours

08/01/2016
   RLT    Revise / edit letter - email to J. Hayden,
             B. Furr and M. Crawford regarding
             operations.                            0.50
             Robin L. Terrebonne             0.50

             For Current Professional Services Rendered     3.80     1,187.50

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Greta M. Brouphy | 2.10 | $325.00 | $682.50 |
| Barry W. Miller | 1.20 | 375.00 | 450.00 |
| Robin L. Terrebonne | 0.50 | 110.00 | 55.00 |

Current Balance                             1,187.50

Previous Balance                       $40,774.00

Payments

Total Payments Thru 08/31/2016        -23,757.18

Total Balance Due                    $18,204.32

Page: 5

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:      3774-00004M

Statement No:            43150

Schedules and Statement

**Payments received on or after September 1, 2016 will be reflected on your next statement.**
**Please reference the appropriate account number on all payments.**

**Thank You.**

Previous Balance                                                    $20,309.50

<u>Payments</u>

Total Payments Thru 08/31/2016                                     -6,101.50

Total Balance Due                                                  $14,208.00

Account No:      3774-00005M

Statement No:            43150

Executory Contracts

**Payments received on or after September 1, 2016 will be reflected on your next statement.**
**Please reference the appropriate account number on all payments.**

**Thank You.**

<u>Fees</u>

Hours

08/01/2016
   GMB     Finalize motion to reject lease for 84
        Inverness.                                              0.50

Page: 6

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:      3774-00005M
Statement No:              43150

Executory Contracts

|  |  |  | Hours |
|---|---|---|---|
| | GMB | Receive and review email from H. Richard regarding objection to lease. | 0.10 |
| 08/05/2016 | | | |
| | GMB | Prepare for and appearance at motion to reject lease with BRE. | 0.80 |
| | GMB | Exchange emails with K. Kohn regarding rejection of BRE lease. | 0.20 |
| 08/09/2016 | | | |
| | GMB | Draft motion to reject Kansas City Warehouse lease, email to K. Young and C. Sumner for review; work on draft motion to reject leases. | 2.00 |
| | GMB | Work on Raymond Leasing rejection motion. | 1.00 |
| | GMB | Finalize order granting rejection of lease with BRE, telephone conference with K. Kohn regarding same. | 0.50 |
| | GMB | Finalize order rejecting lease with AT&S regarding the trailers, email to A. Chase for review and comments on behalf of AT&S. | 0.50 |
| 08/10/2016 | | | |
| | GMB | Draft order rejecting lease with AT&S, email to A. Chase regarding approval of same. | 0.50 |
| | GMB | Exchange emails with K. Young regarding date FSW vacated property located at 1008 Harimaw Court. | 0.50 |
| | GMB | Draft and finalize Order approving motion to reject marketing vendor agreements. | 0.50 |
| | GMB | Drat and finalize order approving motion to | |

Page: 7

FoodServiceWarehouse.com LLC

August 31, 2016
Account No: 3774-00005M
Statement No: 43150

Executory Contracts

|  |  |  | Hours |
|---|---|---|---|
|  |  | reject executor contract with CMS Willowbrook. | 0.50 |
| 08/16/2016 | GMB | Prepare for hearings and appearance at hearing on motion to reject lease with Morris Kirschman. | 1.20 |
| 08/18/2016 | GMB | Email to GL Properties enclosing Order rejecting the lease. | 0.20 |
|  | GMB | Telephone conference with J. Burmaster regarding rejection of lease with Hunt Midwest and application of security deposits pre-petition, receive and review email enclosing documents supporting draw down on deposit. | 0.50 |
| 08/19/2016 | GMB | Receive, review and respond to email from J. Burmaster regarding the rejection of the lease for the Hunt Facility. | 0.20 |
|  | GMB | Finalize order rejecting lease with Pride Realty. | 0.50 |
| 08/24/2016 | GMB | Receive, review and respond and email from B. Burmaster regarding motion to reject Hunt lease. | 0.50 |
|  |  | Greta M. Brouphy | 10.70 |
| 08/10/2016 | BWM | Exchange emails regarding rejection of AT&S lease of trailers and abandonment of property. | 0.20 |
|  |  | Barry W. Miller | 0.20 |

Page: 8

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:      3774-00005M

Statement No:              43150

Executory Contracts

Hours

08/01/2016
    RLT    Finalize and electronic court file motion
to authorize online auction, motion to
reject lease with Pride Realty Group IV,
LLC and ex parte motion for expedited
hearing; e-submit proposed order on ex
parte motion; effectuate e-service of
affected landlord; exchange emails with
servicing agent regarding method of service
and parties to be served.    1.60

08/03/2016
    RLT    Receive, examine and electronic court file
affidavit of service for motion #  153 and
notice  #154; index same.    0.20

08/05/2016
    RLT    Receive, examine, index and calendar order
setting expedited hearing; exchange emails
with servicing agent to coordinate service;
examine previous service of originating
motion for names of affected parties.    0.30

08/09/2016
    RLT    Email to G. Brouphy regarding needed
proposed order on motion #127, rejection of
lease with BRE/CO.    0.10

    RLT    Exchange emails with  A. Chase, attorney
for American Trailer and Storage regarding
proposed order on motion to reject lease.    0.20

    RLT    Edit and e-submit order on motion # 127,
rejection of lease with BRE/CO.    0.20

08/10/2016
    RLT    Receive and examine email from A. Chase,
attorney for AT&S regarding changes to

Page: 9
FoodServiceWarehouse.com LLC                                          August 31, 2016
Account No:       3774-00005M
Statement No:             43150

Executory Contracts

|  |  | Hours |
|---|---|---|
|  | proposed order; forward to attorneys; note to file. | 0.10 |
| RLT | Finalize and electronic court file motion to reject equipment lease with Raymond; draft and electronic court file notice of hearing; exchange emails with servicing agent regarding method of service and parties to be served. | 0.50 |
| RLT | Finalize and electronic court file motion to reject lease with Hunt Midwest Real Estate; draft and electronic court file notice of hearing; exchange emails with servicing agent regarding method of service and parties to be served including affected parties. | 0.50 |

08/11/2016
| RLT | Revise and e-submit proposed orders for court docket  # 114, # 144 and # 147. | 0.50 |

08/16/2016
| RLT | Receive, examine and index order on motion to reject lease; examine file to identify affected parties; exchange emails with servicing agent regarding method of service and parties to be served. | 0.30 |

08/19/2016
| RLT | E-submit order for motion # 154  regarding rejected lease with Pride; exchange emails with G. Brouphy. | 0.20 |

08/23/2016
| RLT | Receive, examine and index order regarding rejection of vendor agreement; examine service of original motion on affected parties; exchange emails with servicing |  |

Page: 10

FoodServiceWarehouse.com LLC

August 31, 2016

Account No: 3774-00005M

Statement No: 43150

Executory Contracts

| | | Hours |
|---|---|---|
| | agent regarding method of of service and parties to be served. | 0.40 |
| RLT | Receive, examine and index order on rejection of lease with AT&S; examine file for affected parties; exchange emails with servicing agent regarding method of service and parties to be served. | 0.40 |
| 08/24/2016 | | |
| RLT | Receive and examine order # 200; examine previous special service list of affected parties; exchange emails with servicing agent regarding method of service and parties to be served; email to H. Richard regarding issuance of order. | 0.30 |
| | Robin L. Terrebonne | 5.80 |

| | Hours | Total |
|---|---|---|
| For Current Professional Services Rendered | 16.70 | 4,190.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Greta M. Brouphy | 10.70 | $325.00 | $3,477.50 |
| Barry W. Miller | 0.20 | 375.00 | 75.00 |
| Robin L. Terrebonne | 5.80 | 110.00 | 638.00 |

| | |
|---|---|
| Current Balance | 4,190.50 |
| Previous Balance | $16,354.00 |

### Payments

| | |
|---|---|
| Total Payments Thru 08/31/2016 | -1,403.65 |
| Total Balance Due | $19,140.85 |

FoodServiceWarehouse.com LLC

Claim Analysis

Page: 11
August 31, 2016
Account No:      3774-00006M
Statement No:             43150

**Payments received on or after September 1, 2016 will be reflected on your next statement.
Please reference the appropriate account number on all payments.**

**Thank You.**

<u>Fees</u>

| | | | Hours |
|---|---|---|---|
| 08/09/2016 | | | |
| | WHP | Telephone conference with D. Draper regarding directors and officers claim notice. | <u>0.20</u> |
| | | William H. Patrick, III | 0.20 |
| 08/01/2016 | | | |
| | GMB | Email to J. Hickey regarding IRS notice. | 0.10 |
| | GMB | Email to V. White regarding status of US Bank matters. | 0.10 |
| | GMB | Work on US Bank issues, telephone conference with T. White regarding same. | 0.80 |
| | GMB | Telephone conference with M. Goldstein regarding directors and officers litigation. | 0.20 |
| 08/04/2016 | | | |
| | GMB | Receive and review objection to online auction filed by Arapahoe County. | 0.30 |
| | GMB | Exchange emails with C. Summer regarding payment of Arapahoe County taxes, receive and review email with confirmation of payment. | 0.30 |

FoodServiceWarehouse.com LLC

Claim Analysis

Page: 12
August 31, 2016
Account No:    3774-00006M
Statement No:            43150

| | | Hours |
|---|---|---|
| GMB | Telephone conference with B. Sulartzendruber regarding payment of Arapahoe county taxes and withdrawal of the filed objection. | 0.50 |
| GMB | Work on amending notice letter to Philadelphia Insurance. | 2.00 |
| 08/05/2016 | | |
| GMB | Receive and review email from B. Swartzendruber confirming the withdrawal of Araphahoe County objection to auction. | 0.50 |
| 08/08/2016 | | |
| GMB | Work on amended notice letter to Philadelphia Insurance. | 2.00 |
| 08/10/2016 | | |
| GMB | Receive and review accounts receivable information, draft and finalize requests for payments to 22 creditors with outstanding amounts owed to FSW. | 4.00 |
| 08/15/2016 | | |
| GMB | Receive and review email from H. Rink regarding outstanding invoices of Ralph Brennan Restaurant Group. | 0.20 |
| GMB | Receive and review email from J. Harman regarding outstanding invoices of Food Service of America. | 0.20 |
| GMB | Receive and review email form J. Derbyshire regarding outstanding invoice of Bojangles. | 0.20 |
| GMB | Receive and review email from O. Abad regarding outstanding invoices of Associated Food Equipment. | 0.20 |

Page: 13

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:     3774-00006M
Statement No:            43150

Claim Analysis

|  |  |  | Hours |
|---|---|---|---|
| 08/16/2016 | | | |
| | GMB | Review and review email form D. Joaquin regarding outstanding invoices of FSA food. | 0.20 |
| | GMB | Receive and review UCC-1 search results for Subtechnologies in Colorado, Denver, Missouri. | 0.50 |
| 08/18/2016 | | | |
| | GMB | Receive and review multiple emails from S. Poirrier regarding Zea outstanding accounts receivables and respond to same. | 0.20 |
| | GMB | Receive and review email from Resborough regarding first choice accounts receivable demand letter and respond to same. | 0.20 |
| | GMB | Receive, review and respond to email from O. Abad regarding demand letter to Associated Food Equipment of LA for outstanding accounts payable. | 0.10 |
| 08/19/2016 | | | |
| | GMB | Email to K. Young regarding requesting supporting documents for accounts receivable owed by Family Video. | 0.10 |
| | GMB | Email to K. Young requesting supporting documents for accounts receivable owed by Bojangles as Bojangles indicates the invoice has been paid. | 0.10 |
| | GMB | Receive and review email from G. Clouser regarding outstanding invoices of Red Robin. | 0.10 |
| 08/23/2016 | | | |
| | GMB | Multiple telephone conferences with T. White regarding motion of US Bank to sell | |

FoodServiceWarehouse.com LLC

Claim Analysis

Page: 14
August 31, 2016
Account No:      3774-00006M
Statement No:           43150

|  |  |  | Hours |
|---|---|---|---:|
|  |  | equipment. | 0.40 |
| 08/24/2016 | GMB | Follow up with FSW regarding account receivable demand letter responses, receive and review email from G. Clouser regarding Red Robin account receivable. | 0.50 |
| 08/29/2016 | GMB | Receive and review payment from Mahole, send to K. Young. | 0.10 |
|  |  | Greta M. Brouphy | 14.10 |
| 08/02/2016 | RLT | Receive, examine and index multiple e-noticed proofs of claims. | 0.20 |
| 08/03/2016 | RLT | Receive, examine and index multiple e-noticed proofs of claims. | 0.20 |
| 08/08/2016 | RLT | Receive, examine and index e-noticed proof of claim. | 0.10 |
| 08/09/2016 | RLT | Receive, examine and index multiple e-noticed proofs of claims. | 0.20 |
| 08/17/2016 | RLT | Receive, examine and index multiple e-noticed proof of claims. | 0.20 |
| 08/19/2016 | RLT | Receive, examine and index multiple proofs of claims. | 0.10 |
|  |  | Robin L. Terrebonne | 1.00 |

Page: 15

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:      3774-00006M

Statement No:           43150

Claim Analysis

|  |  | Hours |  |
|---|---|---|---|
| For Current Professional Services Rendered |  | 15.30 | 4,771.50 |

## Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| William H. Patrick, III | 0.20 | $395.00 | $79.00 |
| Greta M. Brouphy | 14.10 | 325.00 | 4,582.50 |
| Robin L. Terrebonne | 1.00 | 110.00 | 110.00 |

| Current Balance | 4,771.50 |
|---|---|
| Previous Balance | $12,828.50 |

## Payments

| Total Payments Thru 08/31/2016 | -3,668.63 |
|---|---|
| Total Balance Due | $13,931.37 |

Account No:      3774-00007M

Statement No:           43150

Plan and Disclosure Statement

***Payments received on or after September 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.***

***Thank You.***

Page: 16

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:      3774-00007M

Statement No:            43150

Plan and Disclosure Statement

<u>Fees</u>

|  |  | Hours |
|---|---|---|
| **08/02/2016** | | |
| DSD | Work on Plan and Disclosure Statement. | 3.00 |
| **08/03/2016** | | |
| DSD | Work on Plan. | 2.00 |
| DSD | E-mail J. Hayden regarding Plan issues. | <u>0.50</u> |
| | Douglas S. Draper | 5.50 |
| **08/15/2016** | | |
| WHP | Conference with D. Draper regarding status, plan. | 0.20 |
| WHP | Conference with D. Draper regarding status, plan. | <u>0.20</u> |
| | William H. Patrick, III | 0.40 |
| **08/02/2016** | | |
| GMB | Work on plan and disclosure statement, work on issues regarding possible sale of Subtech. | 6.00 |
| **08/03/2016** | | |
| GMB | Work on revisions to plan and disclosure statement, finalize for filing. | 0.40 |
| GMB | Telephone conference with R. Nevins and K. Young and B. Miller regarding plan and disclosure statement. | 0.50 |
| GMB | Work on additions to mailing matrix for notice of filing plan and disclosure statement. | 0.50 |
| GMB | Finalize professional fee information for disclosure statement. | 1.00 |

Page: 17

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:      3774-00007M

Statement No:              43150

Plan and Disclosure Statement

|  |  | Hours |
|---|---|---|
| GMB | Work on estimate of unsecured claims for disclosure statement. | 1.00 |

08/24/2016

| GMB | Receive and review objections to the Disclosure Statement. | 1.00 |
|---|---|---|
| GMB | Telephone conference and email exchanges with Iberia Bank regarding continuation of Disclosure Statement hearing. | 0.40 |
| GMB | Telephone conference and emial exchanges with Pride (H. Arnold) regarding continuation of Disclosure Statement hearing. | 0.40 |
| GMB | Telephone conference and email exchanges with counsel for former committee members (C. Caplinger) regarding continuation of Disclosure Statement hearing. | 0.40 |
| GMB | Email to R. Nevins, K. Young and C. Sumner regarding objections to Disclosure Statement. | 0.50 |
| GMB | Receive, review and respond to email from V. White regarding Directors and Officers Policy. | 0.20 |

08/25/2016

| GMB | Draft motion and order to continue Disclosure Statement hearing, multiple telephone conferences with US Bankruptcy Court regarding same. | 1.50 |
|---|---|---|
|  | Greta M. Brouphy | 13.80 |

Page: 18

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:      3774-00007M

Statement No:          43150

Plan and Disclosure Statement

| | | Hours |
|---|---|---|
| 08/03/2016 | | |
| KF | Prepare exhibit to Disclosure Statement per G. Brouphy's instructions. | 0.10 |
| | Kelly Fritscher | 0.10 |
| | | |
| 08/01/2016 | | |
| BWM | Preparation of plan. | 2.60 |
| | | |
| 08/04/2016 | | |
| BWM | Conference with Jan Hayden regarding plan and disclosure statement and status. | 0.20 |
| | | |
| 08/16/2016 | | |
| BWM | Receive and examine emails regarding pending motions, plan and disclosure statement, and budget. | 0.60 |
| | | |
| 08/23/2016 | | |
| BWM | Examine and analyze objections to disclosure statement filed by Pride Marketing and IberiaBank. | 1.20 |
| | | |
| BWM | Conferences with G. Brouphy regarding cash flow issues, pending motions, plan and disclosure statement,  and objections of Pride and IberiaBank. | 0.80 |
| | Barry W. Miller | 5.40 |
| | | |
| 08/01/2016 | | |
| RLT | Work on, edit and revise disclosure statement. | 0.70 |
| | | |
| 08/02/2016 | | |
| RLT | Work on, revise and edit plan and disclosure statement. | 1.50 |
| | | |
| 08/03/2016 | | |
| RLT | Compile additional addresses for service of | |

Page: 19

FoodServiceWarehouse.com LLC                                    August 31, 2016

                                              Account No:      3774-00007M
                                              Statement No:          43150

Plan and Disclosure Statement

|  |  |  | Hours |
|---|---|---|---|
|  |  | disclosure statement; examine plan's reservation of claims section and amended mailing matrix; exchange emails with C. Sumner and G. Brouphy; exchange emails with servicing agent regarding adding parties to mailing list. | 0.90 |
|  | RLT | Finalize and electronic court file plan and disclosure statement; exchange emails with G. Brouphy. | 2.50 |
|  | RLT | Receive, examine, index and calendar order setting hearing on disclosure statement; examine Bankruptcy Rule 3017(a) and order limiting notice; exchange emails with serving agent coordinating service. | 0.50 |
| 08/23/2016 | RLT | Receive, examine and index multiple e-noticed objections to disclosure statement. | 0.10 |
| 08/25/2016 | RLT | Receive, examine and electronic court file ex parte motion to continue hearing on disclosure statement; edit and e-submit proposed order. | 0.20 |
|  | RLT | Email to Martin Wilson transmitting disclosure statement and responding to his inquiry regarding status of creditors committee. | 0.20 |
| 08/26/2016 | RLT | Receive, examine,  index and calendar order continuing hearing on disclosure statement; exchange emails with servicing agent regarding method of service and parties to be served. | 0.20 |

Page: 20

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:     3774-00007M
Statement No:          43150

Plan and Disclosure Statement

|  |  | Hours |  |
|---|---|---|---|
| RLT | Receive, examine and index order # 217 and effectuate service of same. | 0.20 | |
|  | Robin L. Terrebonne | 7.00 | |
|  | For Current Professional Services Rendered | 32.20 | 9,236.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Douglas S. Draper | 5.50 | $325.00 | $1,787.50 |
| William H. Patrick, III | 0.40 | 395.00 | 158.00 |
| Greta M. Brouphy | 13.80 | 325.00 | 4,485.00 |
| Kelly Fritscher | 0.10 | 110.00 | 11.00 |
| Barry W. Miller | 5.40 | 375.00 | 2,025.00 |
| Robin L. Terrebonne | 7.00 | 110.00 | 770.00 |

Current Balance                                                9,236.50

Previous Balance                                             $18,915.50

Payments

Total Payments Thru 08/31/2016                             -1,500.61

Total Balance Due                                           $26,651.39

Page: 21

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:        3774-00008M

Statement No:              43150

Client Communication

***Payments received on or after September 1, 2016 will be reflected on your next statement.***
***Please reference the appropriate account number on all payments.***

***Thank You.***

<u>Fees</u>

| | | | Hours |
|---|---|---|---|
| 08/01/2016 | | | |
| | GMB | Appearance at telephone conference with B. Miller and K. Young regarding case status. | 1.00 |
| 08/05/2016 | | | |
| | GMB | Receive, review and respond to email from C. Summer regarding FSW NC issue. | 0.20 |
| 08/17/2016 | | | |
| | GMB | Appearance at telephone conference with B. Miller, regarding case status. | 0.80 |
| 08/18/2016 | | | |
| | GMB | Telephone conference with B. Miller, K. Young and C. Sumner regarding case status. | 0.80 |
| 08/25/2016 | | | |
| | GMB | Appearance at telephone conference with R. Nevins, B. Miller, K. Young and C. Sumner regarding case status and objections to Disclosure Statement. | <u>1.50</u> |
| | | Greta M. Brouphy | 4.30 |
| 08/01/2016 | | | |
| | BWM | Conference with K. Young, C. Sumner and G. Brouphy regarding plan and disclosure statement issues, rejection of leases, auction of miscellaneous equipment and IT | |

Page: 22

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:      3774-00008M
Statement No:              43150

Client Communication

|  |  | Hours |
|---|---|---|
| | equipment, management of debtor and status. | 1.20 |

08/03/2016
BWM    Conference with R. Nevin and K. Young
regarding plan and disclosure statement,
and  sale of SubTech to PKS-Subtech, LLC.      1.00

08/04/2016
BWM    Exchange of emails regarding status and
issues.      1.00

08/05/2016
BWM    Conference call with K. Young and Mike
Crawford regarding liquidation, operations,
sale of IP, rejection of leases; website
and accounts receivable.      1.00

08/08/2016
BWM    Conference with K. Young regarding budget,
leases, wind down and insurance.      0.60

08/10/2016
BWM    Conference with K. Young regarding sale of
IP to Tri Mark.      0.30

08/11/2016
BWM    Receive, examine and respond to  emails
regarding status, budget, sale of assets,
and supplemental  notice of claims to D&O
insurer.      1.00

BWM    Conferences with K. Young regarding sale of
IP to Tri Mark, sale of SubTech, budget,
operations, internet and security interest.      0.60

08/18/2016
BWM    Conference call with K. Young, G. Brouphy
and  C. Sumner regarding D&O policy
extension, sale of SubTech, sale of IP to

Page: 23

FoodServiceWarehouse.com LLC                                    August 31, 2016
                                                    Account No:      3774-00008M
                                                    Statement No:          43150

Client Communication

|  |  | Hours |
|---|---|---|
| | Tri Mark, cash flow issues, monthly operating report, rejection of warehouse lease, determination of domain rights with Pride, Inverness property, and August auction. | 1.30 |
| 08/19/2016 | | |
| BWM | Exchange emails with K. Young and G. Brophy regarding rejection of leases, operations, sales and budget. | 1.10 |
| 08/22/2016 | | |
| BWM | Conferences with K. Young regarding status, operations and sales. | 0.50 |
| 08/24/2016 | | |
| BWM | Conferences with K. Young regarding status, operations, sale to Tri Mark, sale of SubTech, and payments to IberiaBank. | 1.00 |
| 08/25/2016 | | |
| BWM | Conference call with R. Nevins, C. Sumner, K. Young and G. Brouphy regarding liquidation of assets, budget, cash flow, objections to disclosure statement, plan, CKEP status and other matters. | 1.60 |
| 08/26/2016 | | |
| BWM | Conference with R. Nevins regarding status, plan and disclosure statement, strategy and operations. | 0.50 |
| 08/30/2016 | | |
| BWM | Conferences with K. Young and G. Brouphy regarding cash flow, sales, budgets, bulk sales, SubTech sale, sale of intellectual property, auction and operations. | 1.30 |
| BWM | Conference with D. Nevins and K. Young | |

Page: 24

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:    3774-00008M

Statement No:    43150

Client Communication

| | | Hours |
|---|---|---|
| regarding status, cash flow and operations. | | 0.60 |

08/31/2016

BWM    Conference call with K. Young, C. Sumner
and G. Brouphy regarding liquidation, cash
flow, sales of IP and SubTech, conversion
of case and miscellaneous pending matters.                1.10

Barry W. Miller                                            15.70

For Current Professional Services Rendered         20.00        7,285.00

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Greta M. Brouphy | 4.30 | $325.00 | $1,397.50 |
| Barry W. Miller | 15.70 | 375.00 | 5,887.50 |

Current Balance                                                7,285.00

Previous Balance                                             $17,872.00

### Payments

Total Payments Thru 08/31/2016                               -7,284.27

Total Balance Due                                            $17,872.73

FoodServiceWarehouse.com LLC

Litigation

Page: 25
August 31, 2016
Account No:     3774-00009M
Statement No:          43150

**Payments received on or after September 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.**

**Thank You.**

<u>Fees</u>

| | | | Hours |
|---|---|---|---|
| 08/08/2016 | | | |
| | BWM | Supplemental claim letter to Pennsylvania Insurance Company regarding D&O policy. | 0.50 |
| 08/09/2016 | | | |
| | BWM | Supplemental notice of claim to Pennsylvania Insurance Company regarding D&O policies; examination of policy and draft of lawsuit and resignation letter of LaPorte. | 2.00 |
| | BWM | Conference with Erin Pelleteri regarding retained causes  of action and notice letter to D&O  insurer. | 0.30 |
| | BWM | Conferences with Mickey Allweiss regarding retained claims and D&O notice of claim letter; legal research. | 1.50 |
| 08/11/2016 | | | |
| | BWM | Work on supplemental notice of claim to D&O policy. | 1.00 |
| 08/12/2016 | | | |
| | BWM | Receive and examine emails from Mickey Allweiss regarding notice of claim on D&O policy; edit and revise supplemental notice of claim to insurer. | 0.60 |

Page: 26

FoodServiceWarehouse.com LLC

August 31, 2016

Account No: 3774-00009M
Statement No: 43150

Litigation

| | | Hours | |
|---|---|---|---|
| BWM | Conference call with Jan Hayden, Brett Furr, Mike Crawford, Hank Arnold, K. Young, G. Brouphy and Karin Sugarman. | 1.30 | |
| **08/19/2016** | | | |
| BWM | Conference with Alicia Bendana regarding causes of action against third parties, notice to D&O insurance carrier, and status of bankruptcy case. | 0.30 | |
| | Barry W. Miller | 7.50 | |
| **08/09/2016** | | | |
| RLT | Work on and edit followup letter / supplemental notice of claim to Philadelphia Insurance regarding claims against D&O policy. | 0.90 | |
| **08/12/2016** | | | |
| RLT | Finalize and transmit supplemental notice of claim to Philadelphia Insurance Company and parties in interest. | 1.90 | |
| **08/18/2016** | | | |
| RLT | Receive, examine and index responses to collection letters regarding accounts receivables. | 0.70 | |
| **08/19/2016** | | | |
| RLT | Receive, examine and index responses to collection letters regarding accounts receivables. | 0.20 | |
| | Robin L. Terrebonne | 3.70 | |
| | For Current Professional Services Rendered | 11.20 | 3,219.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Barry W. Miller | 7.50 | $375.00 | $2,812.50 |

Page: 27

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:      3774-00009M

Statement No:            43150

Litigation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robin L. Terrebonne | 3.70 | 110.00 | 407.00 |

| | |
|---|---|
| Current Balance | 3,219.50 |
| Previous Balance | $4,403.00 |

### Payments

| | |
|---|---|
| Total Payments Thru 08/31/2016 | -1,629.00 |
| Total Balance Due | $5,993.50 |

Account No:      3774-00010M

Statement No:            43150

Other

***Payments received on or after September 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.***

***Thank You.***

### Fees

| | | | Hours |
|---|---|---|---|
| 08/01/2016 | | | |
| | GMB | Receive, review and respond to email from H. Arnold regarding online auction motion. | 0.20 |
| | GMB | Finalize motion for online auction. | 0.50 |

Page: 28

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:   3774-00010M
Statement No:      43150

Other

| | | Hours |
|---|---|---|
| GMB | Finalize motion and order for expedited hearing. | 0.80 |
| GMB | Work on exhibit for motion for online auction. | 0.50 |
| GMB | Receive, review and respond to H. Arnold regarding online auction. | 0.20 |
| **08/03/2016** | | |
| GMB | Work on issues regarding sale of Subtech. | 1.00 |
| **08/04/2016** | | |
| GMB | Email to J. Hayden, B. Furr and T. Pabst regarding terms of the sale of one test kitchen. | 0.30 |
| **08/05/2016** | | |
| GMB | Work on issues with Subtech sale, receive and review proposed motion to sell equipment, furniture subject to US Bank agreement. | 1.00 |
| **08/08/2016** | | |
| GMB | Appearance at status meeting, draft and send follow up email for information requested during the meeting. | 1.30 |
| **08/10/2016** | | |
| GMB | Exchange emails with J. Hayden regarding Pride's response to online auction motion. | 0.20 |
| **08/15/2016** | | |
| GMB | Draft online auction order, exchange emails with parties confirming lists. | 1.00 |
| GMB | Receive, review and respond to email from J. Hayden regarding sale of IP equipment. | 0.20 |

FoodServiceWarehouse.com LLC

Page: 29
August 31, 2016
Account No:       3774-00010M
Statement No:                43150

Other

|  |  |  | Hours |
|---|---|---|---|
| 08/16/2016 | | | |
| | GMB | Exchange emails with T. Pabst regarding online auction and order approving same. | 0.20 |
| 08/17/2016 | | | |
| | GMB | Work on revisions to motion to sell IP. | 0.80 |
| 08/18/2016 | | | |
| | GMB | Follow up with T. Pabst regarding online auction. | 0.30 |
| 08/19/2016 | | | |
| | GMB | Exchange emails with B. Miller regarding US Bank sale. | 0.20 |
| 08/22/2016 | | | |
| | GMB | Work on issues regarding sale of IP. | 0.50 |
| 08/24/2016 | | | |
| | GMB | Follow up with K. Young regarding sales of items to H. Richard from items in employee break rooms. | 0.50 |
| | GMB | Work on online auction matters, exchange emails with K. Young regarding same. | 0.50 |
| 08/25/2016 | | | |
| | GMB | Work on online auction matters and confirming equipment lease for order approving same. | 0.30 |
| | GMB | Receive and review email from K. Young regarding offer to purchase Loubat domains. | 0.20 |
| | GMB | Receive, review and respond to T. Pabst regarding online auction matters. | 0.10 |
| 08/26/2016 | | | |
| | GMB | Finalize order from online auction for | |

Page: 30

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:      3774-00010M

Statement No:            43150

Other

|  |  | Hours |
|---|---|---|
|  | submission. | 0.50 |
| GMB | Work on issues regarding Bulk sale offer from Equip-Bid. | 0.50 |

**08/30/2016**

| GMB | Prepare for hearings on August 31, 2016, including telephone conference with T. Kim regarding objections to fee application, application to employ and T. Kim testimony; review of file materials and status of motion to reject lease with Hunt Midwest and review information from H. Jacobson as counsel for Hunt Midwest; review motion to reject lease with Raymond. | 2.00 |
| GMB | Follow up on bulk sale offer from Equip-bid. | 0.30 |
| GMB | Email to T. White regarding buyer for US Bank collateral in Kansas City warehouse. | 0.30 |
|  | Greta M. Brouphy | 14.40 |

**08/03/2016**

| BWM | Examination of asset purchase agreement between  FSW SubTech Holdings, LLC and PKS-Subtech, LLC and attachments. | 1.00 |
| BWM | Conference with Brett Furr regarding status, liens and liquidation. | 0.20 |
| BWM | Examine proposed sales motion from U. S. Bank. | 0.50 |

**08/05/2016**

| BWM | Conferences with Mike Crawford and G. Brouphy regarding status, liquidation, sale of IP and payment to bank. | 1.00 |

Page: 31

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:      3774-00010M

Statement No:           43150

Other

Hours

BWM     Work on asset purchase agreement regarding
intellectual property; conference with
attorneys for Tri Mark.                                            0.60

BWM     Exchange emails with Victoria White
regarding sale of furniture; examine
related documents.                                                0.60

BWM     Exchange of emails regarding sale of North
Carolina subsidiary and payment of purchase
price.                                                            0.30

BWM     Receive and examine email and attachments
regarding sale of office furniture located
in Arapahoe, Colorado with U. S. Bank.                            0.50

BWM     Conference with attorney for Tri Mark
regarding purchase of I P.                                        0.20

BWM     Examine and analyze purchase agreement for
Sub Tech assets.                                                  1.00

08/08/2016
BWM     Conferences with G. Brouphy regarding
status, collection of accounts receivables,
sales agreements, ranking of liens.
liquidation and operations.                                       0.40

BWM     Conference with J. Hayden regarding status,
collection of receivables, trustee,
liquidation of assets and budget.                                 0.20

BWM     Conference with attorneys for Tri Mark
regarding sale of IP and procedure for
sale.                                                             0.30

08/09/2016
BWM     Conferences with attorneys for Tri Mark

Page: 32
FoodServiceWarehouse.com LLC                                          August 31, 2016
                                                      Account No:      3774-00010M
                                                      Statement No:         43150

Other

|  |  |  | Hours |
|---|---|---|---|
| | | regarding purchase of intellectual property. | 0.40 |
| 08/10/2016 | | | |
| | BWM | Exchange of emails regarding sale of IP to Tri Mark. | 0.20 |
| | BWM | Examination of objection by Pride to auction motion. | 0.40 |
| | BWM | Drafting of asset purchase agreement and motion for order authorizing sale. | 2.80 |
| 08/11/2016 | | | |
| | BWM | Work on asset purchase agreement regarding SubTech. | 3.20 |
| | BWM | Conference with Victoria White regarding U.S. Bank's security interest in property. | 0.50 |
| | BWM | Work on  asset purchase agreement regarding Tri Mark and intellectual property. | 1.30 |
| 08/12/2016 | | | |
| | BWM | Exchange emails regarding sale of KCEP. | 0.20 |
| | BWM | Examination of exhibits to sale agreement for SubTech. | 1.00 |
| | BWM | Work on asset purchase agreement with Tri Mark and motion to sell. | 3.50 |
| | BWM | Conference call with Jan Hayden, Brett Furr, Mike Crawford, Hank Arnold, K. Young, G. Brouphy and K. Sugarman. | 1.30 |
| 08/15/2016 | | | |
| | BWM | Conference with Jan Hayden regarding status and sale of IP. | 0.30 |

Page: 33

FoodServiceWarehouse.com LLC

August 31, 2016

Account No: 3774-00010M

Statement No: 43150

Other

| | | | Hours |
|---|---|---|---|
| **08/16/2016** | | | |
| | BWM | Motion and order to sell intellectual property. | 2.00 |
| **08/17/2016** | | | |
| | BWM | Work on asset purchase agreement with Tri Mark and related motion and order. | 4.00 |
| | BWM | Conference with attorney for Tri Mark. | 0.20 |
| | BWM | Conference with Jan Hayden regarding status, cash flow and sale of IP. | 0.20 |
| | BWM | Continued examination of documents for SubTech sale, including organizational documents of seller and buyer, previous sale documents, asset lists, leases and executory contracts and current financial and business reports. | 2.00 |
| | BWM | Conference with Victoria White and examination of motion for sale of furniture and security interest of U. S. Bank. | 0.30 |
| **08/18/2016** | | | |
| | BWM | Receive, examine and respond to emails with Chris Ray regarding SubTech. | 0.30 |
| | BWM | Letter to Aaron Power regarding edits and comments to asset purchase agreement with Tri Mark. | 1.20 |
| | BWM | Continued examination and analysis of records and documents regarding sale of SubTech. | 2.80 |
| **08/19/2016** | | | |
| | BWM | Analysis of emails and documents regarding | |

Page: 34

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:      3774-00010M

Statement No:              43150

Other

|  |  |  | Hours |
|---|---|---|---|
|  |  | sale of SubTech including UCC-1 filings. | 3.00 |
|  | BWM | Proposed motion to sell by Victoria White regarding U. S. Bank and furniture securing claim. | 0.30 |
|  | BWM | Conference with Jan Hayden and Brett Furr. | 0.20 |
| 08/22/2016 | BWM | Draft asset purchase agreement between Debtor,  FSW SubTech Holdings, LLC and PKS-SubTech, LLC; organizae supporting exhibits; examine  list of assets to be transferred and leases and contracts to be assigned. | 6.00 |
|  | BWM | Conference with Jan Hayden regarding purchase of intellectual property. | 0.20 |
|  | BWM | Conference with Brett Furr regarding sale of IP and status. | 0.30 |
|  | BWM | Receive and examine emails regarding cash flow, sale of inventory and operations. | 1.00 |
| 08/23/2016 | BWM | Draft motion and order to sell IP to Tri Mark; exchange emails with attorney for Tri Mark. | 2.80 |
|  | BWM | Conferences with Jason Scarborough regarding sale of SubTech. | 0.30 |
|  | BWM | Conference with Anthony Kelley regarding sale of SubTech. | 0.30 |
| 08/24/2016 | BWM | Receive, examine and respond to emails from Tri Mark's attorney regarding sale; |  |

Page: 35

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:      3774-00010M

Statement No:              43150

Other

| | | | Hours |
|---|---|---|---|
| | | organize exhibits; draft motion to sell and proposed order. | 2.20 |
| | BWM | Conference with Victoria White regarding sale, payment to U. S. Bank Equipment Finance and ranking of liens. | 0.30 |
| | BWM | Draft asset purchase agreement regarding SubTech. | 2.80 |
| | BWM | Conference with Brett Furr regarding status, budget and payment to bank. | 0.20 |
| 08/25/2016 | BWM | Conferences with G. Brouphy regarding pending matters and status of case. | 0.60 |
| 08/26/2016 | BWM | Conference with Mike Crawford regarding status, objection to disclosure statement, sale of SubTech, liquidation process and sale of IP. | 0.60 |
| | BWM | Exchange emails with Anthony Kelley and Jason Scarborough regarding SubTech; draft motion for sale of SubTech. | 3.80 |
| 08/30/2016 | BWM | Work on SubTech asset purchase agreement and motion to sell. | 2.00 |
| | BWM | Conference with Anthony Kelley and Jason Scarborough regarding sale of SubTech assets. | 0.40 |
| 08/31/2016 | BWM | Conference with G. Brouphy regarding operations, sales, liquidation and status. | 0.50 |

FoodServiceWarehouse.com LLC

Page: 36
August 31, 2016
Account No:       3774-00010M
Statement No:             43150

Other

| | | Hours |
|---|---|---|
| BWM | Conferences with A. Kelley regarding sale of SubTech assets, financial reports, cash flow statement, balance sheet and APA. | 0.50 |
| BWM | Draft and edit asset purchase agreement for SubTech. | 1.50 |
| BWM | Conferences with K. Sugarman regarding Pride, sales and operations of company, performance of debtor's employees and status. | 0.30 |
| | Barry W. Miller | 65.00 |

08/04/2016

| | | |
|---|---|---|
| RLT | Telephone conference and  exchange of emails with agent for Lone Star West regarding order setting bar date and instructions on filing proof of claims. | 0.20 |

08/05/2016

| | | |
|---|---|---|
| RLT | Receive, examine and electronic court file affidavit of service for order # 160; index same. | 0.10 |

08/09/2016

| | | |
|---|---|---|
| RLT | Exchange emails with servicing agent regarding needed service affidavit for order # 162. | 0.10 |
| RLT | Draft and electronic court file notice of change of address for debtor; exchange emails with servicing agent for service of notice. | 0.40 |
| RLT | Receive, examine and electronic court file affidavit of service for order # 162. | 0.10 |

FoodServiceWarehouse.com LLC

Page: 37
August 31, 2016
Account No:      3774-00010M
Statement No:            43150

Other

| | | Hours |
|---|---|---|
| **08/10/2016** | | |
| RLT | Receive and examine memo to record regarding motions set for August 16th hearing date; telephone conference with G. Brouphy regarding orders. | 0.30 |
| **08/11/2016** | | |
| RLT | Receive and examine affidavits of service for motion # 174 and notice # 175, affidavit of service for motion # 176 and notice # 177, and affidavit of service for motion # 178 and notice # 179; prepare service certificate showing e-service; electronic court file everything. | 0.40 |
| RLT | Receive, examine and index multiple e-noticed documents. | 0.20 |
| **08/12/2016** | | |
| RLT | Receive and examine documents from Jack Scarborough regarding Subtech; internet search regarding identification of buyer, seller, former owner, lease holders and landlords; organize documents. | 2.00 |
| RLT | Receive, examine and index multiple e-noticed proofs of claims and documents. | 0.20 |
| **08/15/2016** | | |
| RLT | Receive and examine sale document from first sale of SubTech assets to FSW SubTech Holdings, LLC. | 0.50 |
| **08/16/2016** | | |
| RLT | Continued examination of SubTech documents produced by client regarding sale; exchange emails with J. Scarborough regarding Canadian company. | 1.00 |

Page: 38

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:        3774-00010M
Statement No:                43150

Other

|  |  | Hours |
|---|---|---|
| RLT | Receive, examine and index multiple documents and emails regarding leases and pending motions. | 0.50 |
| RLT | Work on motion to sell. | 0.70 |

**08/17/2016**

|  |  |  |
|---|---|---|
| RLT | Work on, edit and revise motion to sell to Project Service & Design; examine draft of asset purchase agreement; examine disclosure statement and case docket. | 2.30 |
| RLT | Continued to examine and organize documents regarding sale of SubTech; search and retrieve all emails regarding same. | 1.40 |

**08/18/2016**

|  |  |  |
|---|---|---|
| RLT | Receive, examine and electronic court file affidavit of service for Dkt. 185; index same. | 0.10 |
| RLT | Receive, examine and index formation documents of buyer regarding sale of SubTech. | 0.60 |

**08/19/2016**

|  |  |  |
|---|---|---|
| RLT | Receive, examine and electronic court file monthly operating report for July and index same. | 0.20 |

**08/22/2016**

|  |  |  |
|---|---|---|
| RLT | Exchange emails with G. Brouphy regarding needed orders. | 0.10 |
| RLT | Receive, examine and index e-noticed orders; examine file for affected parties; exchange emails with servicing agent regarding method of service and parties to be served. | 0.50 |

Page: 39
FoodServiceWarehouse.com LLC                                    August 31, 2016
Account No:      3774-00010M
Statement No:             43150
Other

| | | Hours |
|---|---|---|
| RLT | Work on, edit and revise asset purchase agreement  regarding sale of SubTech. | 0.50 |

08/23/2016
| | | |
|---|---|---|
| RLT | Revise, edit and work on asset purchase agreement for SubTech. | 2.30 |
| RLT | Receive, examine and electronic court file affidavit of service for order # 192 and index same. | 0.20 |
| RLT | Receive, examine and electronic court file affidavit of service of order # 191 and index same. | 0.20 |

08/24/2016
| | | |
|---|---|---|
| RLT | Receive, examine and electronic court file affidavits of service for orders # 189 & #190; index same. | 0.10 |
| RLT | Receive, examine, index and calendar multiple e-noticed pleadings, orders and documents. | 0.20 |
| RLT | Work on, revise and edit motion; examine emails and finalized asset purchase agreement with Project Services & Design, LLC; compile attachments. | 0.70 |

08/25/2016
| | | |
|---|---|---|
| RLT | Finalize motion to sell and electronic court file same with all supporting documents. | 0.50 |
| RLT | Draft motion and order for expedited hearing on motion to sell. | 0.60 |
| RLT | Receive, examine and index multiple | |

Page: 40

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:      3774-00010M

Statement No:            43150

Other

|  |  | Hours |
|---|---|---|
|  | e-noticed documents. | 0.30 |
| RLT | Finalize and electronic court file ex parte motion for expedited hearing on motion to sell; edit and e-submit proposed order. | 0.30 |
| RLT | Telephone conference with judge's law clerk regarding pending ex parte motions. | 0.10 |
| RLT | Receive and examine affidavit of service for docket 200; index same. | 0.20 |
| RLT | Edit and revise motion to sell regarding SubTech and assumption and assignment of leases | 0.70 |

08/26/2016

| RLT | Receive and examine email from G. Brouphy; setup exhibits and e-submit order on motion for online auction. | 0.20 |
|---|---|---|
| RLT | Receive, examine and index order denying motion for expedited hearing. | 0.10 |
| RLT | Draft notice of hearing on motion to sell IP; examine court calendar for available hearing dates. | 0.20 |
| RLT | Finalize and electronic court file notice of hearing on motion to sell; exchange emails with servicing agent regarding service of same. | 0.30 |
| RLT | Work on motion to sell regarding SubTech. | 0.90 |

08/29/2016

| RLT | Receive and examine affidavits of services for docket  numbers 214, 215, 209, 216 and 217; electronic court file same and index. | 0.30 |
|---|---|---|

Page: 41

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:      3774-00010M

Statement No:            43150

Other

|  |  | Hours |  |
|---|---|---|---|
| 08/31/2016 |  |  |  |
| RLT | Receive, examine and index court  minute entry, note to file regarding orders to be submitted. | 0.20 |  |
|  | Robin L. Terrebonne | 21.00 |  |
|  | For Current Professional Services Rendered | 100.40 | 31,365.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Greta M. Brouphy | 14.40 | $325.00 | $4,680.00 |
| Barry W. Miller | 65.00 | 375.00 | 24,375.00 |
| Robin L. Terrebonne | 21.00 | 110.00 | 2,310.00 |

Current Balance                                                     31,365.00

Previous Balance                                                 $19,753.25

Payments

Total Payments Thru 08/31/2016                          -5,878.09

Total Balance Due                                             $45,240.16

Page: 42

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:        3774-00011M
Statement No:             43150

Retention and Payment of Professionals

***Payments received on or after September 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.***

***Thank You.***

<u>Fees</u>

|  |  |  | Hours |
|---|---|---|---|
| 08/08/2016 | | | |
| | GMB | Follow up on status of R2 Advisors fee application. | 0.20 |
| 08/09/2016 | | | |
| | GMB | Work on First and Final Compensation Application for R2 Advisors, email to T. Kim. | 0.80 |
| 08/10/2016 | | | |
| | GMB | Receive and review revised application for compensation from R2, LLC, finalize for filing. | 0.50 |
| | GMB | Draft and finalize Order approving the employment of Webb Smith. | 0.50 |
| 08/24/2016 | | | |
| | GMB | Exchange emails and telephone conference with T. Kim regarding responses to R2 Advisors application to employ and fee application. | 0.50 |
| 08/30/2016 | | | |
| | GMB | Telephone conference with T. Arnold regarding Pride objection to R2 Advisors. | 0.40 |
| 08/31/2016 | | | |
| | GMB | Email to H. Arnold regarding counter-offer | |

Page: 43

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:       3774-00011M

Statement No:              43150

Retention and Payment of Professionals

|  |  |  | Hours |
|---|---|---|---|
|  | from T. Kim. |  | 0.30 |
| GMB | Receive, review and revise order employing R2 Advisors and receive, review and revise order granting R2 Advisors' fees. |  | 0.50 |
| GMB | Meeting with T. Kim to prepare for hearing. |  | 0.50 |
|  | Greta M. Brouphy |  | 4.20 |

08/30/2016

| BWM | Conference with Tom Kim regarding application to employ r2 advisors, llc as financial advisors to debtor;  examine objections to application; legal research; preparation of responses to objections; conferences with G. Brouphy. | 3.20 |

08/31/2016

| BWM | Meeting with Tom Kim and G. Brouphy; prepare for hearings. | 1.00 |
| BWM | Attend hearing on motions. | 1.00 |
| BWM | Draft orders for employment of r2  advisors and payment of fees. | 0.60 |
|  | Barry W. Miller | 5.80 |

08/02/2016

| RLT | Draft notice of fee summary for Heller Draper; examine credit appearing on June, 2016 billing; examine billing rates on May, 2016 statement; draft explanation of discrepancy and credit applied to correct; effectuate e-service on parties as per administrative order; exchange emails with servicing agent regarding method of service and parties to be served. | 0.90 |

Page: 44

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:      3774-00011M

Statement No:          43150

Retention and Payment of Professionals

|  |  | Hours |
|---|---|---|
| 08/10/2016 | | |
| RLT | Electronic court file first and final  fee application for r2 advisors, llc; draft and electronic court file notice of hearing; exchange emails with servicing agent regarding service. | 0.50 |
| 08/11/2016 | | |
| RLT | Prepare notice of fee summary for HpyerAMS for July invoice; examine invoices; e-transmit notice to parties as per administrative order; exchange emails with servicing agent regarding service to special fee summary service list. | 0.50 |
| 08/15/2016 | | |
| RLT | Exchange emails with C. Sumner regarding procedures for paying professionals. | 0.40 |
| 08/19/2016 | | |
| RLT | Receive and examine July billing statement for Heller Draper; draft notice of fee summary; e-transmit to interested parties as per administrative order; exchange emails with servicing agent regarding method of service and special fee summary service list. | 0.50 |
| RLT | Email to C. Sumner and K. Young regarding expiration of 15-day objection period; examine file and calendar. | 0.20 |
| 08/30/2016 | | |
| RLT | Preparation for hearing on application to employ r2 advisors and first and final fee application of r2 advisors. | 0.40 |
| 08/31/2016 | | |
| RLT | Revise and edit order granting motion to | |

Page: 45

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:     3774-00011M

Statement No:           43150

Retention and Payment of Professionals

|  |  | Hours |  |
|---|---|---|---|
|  | employ r2 advisors; examine application to employ and engagement agreement. | 0.40 |  |
| RLT | Revise and edit order granting first and final application for compensation to r2 advisors, llc. | 0.30 |  |
|  | Robin L. Terrebonne | 4.10 |  |
|  | For Current Professional Services Rendered | 14.10 | 3,991.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Greta M. Brouphy | 4.20 | $325.00 | $1,365.00 |
| Barry W. Miller | 5.80 | 375.00 | 2,175.00 |
| Robin L. Terrebonne | 4.10 | 110.00 | 451.00 |

| | |
|---|---|
| Current Balance | 3,991.00 |
| Previous Balance | $18,270.00 |

Payments

| | |
|---|---|
| Total Payments Thru 08/31/2016 | -8,144.42 |
| Total Balance Due | $14,116.58 |

Page: 46

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:     3774-00012M

Statement No:           43150

Research

***Payments received on or after September 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.***

***Thank You.***

Fees

| | | | Hours |
|---|---|---|---|
| 08/04/2016 | | | |
| GMB | Legal research regarding sufficiency of notice letter for directors and officers liability insurance. | | 3.00 |
| 08/05/2016 | | | |
| GMB | Legal research regarding notice to directors and officers liability carrier. | | 4.00 |
| | Greta M. Brouphy | | 7.00 |
| | For Current Professional Services Rendered | | 7.00 | 2,275.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Greta M. Brouphy | 7.00 | $325.00 | $2,275.00 |

| | |
|---|---|
| Current Balance | 2,275.00 |
| Previous Balance | $3,820.00 |

Payments

| | |
|---|---|
| Total Payments Thru 08/31/2016 | -1,930.39 |
| Total Balance Due | $4,164.61 |

Page: 47

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:      3774-00013M
Statement No:              43150

Travel

***Payments received on or after September 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.***

***Thank You.***

Fees

|  |  | Hours |  |
|---|---|---|---|
| 08/31/2016 |  |  |  |
| BWM | Travel to and from New Orleans for hearing. | 3.00 |  |
|  | Barry W. Miller | 3.00 |  |
|  | For Current Professional Services Rendered | 3.00 | 562.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Barry W. Miller | 3.00 | $187.50 | $562.50 |

| | |
|---|---|
| Current Balance | 562.50 |
| Previous Balance | $3,435.00 |

Payments

| | |
|---|---|
| Total Payments Thru 08/31/2016 | -1,719.38 |
| Total Balance Due | $2,278.12 |

FoodServiceWarehouse.com LLC

Page: 48
August 31, 2016
Account No:      3774-00099M
Statement No:             43150

Cost

***Payments received on or after September 1, 2016 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.***

***Thank You.***

<u>Expenses</u>

| | | |
|---|---|---|
| 08/01/2016 | Reproduction - Baton Rouge Office | 21.50 |
| 08/02/2016 | Reproduction - Baton Rouge Office | 43.50 |
| 08/12/2016 | Reproduction - Baton Rouge Office | 228.50 |
| 08/22/2016 | Reproduction - Baton Rouge Office | 35.00 |
| 08/25/2016 | Reproduction - Baton Rouge Office | 14.00 |
| 08/31/2016 | Postage - Baton Rouge - 08/01/2016 through 08/31/2016 | 38.53 |
| 08/31/2016 | Postage - 08/01/2016 through 08/31/2016 | 17.20 |
| | Total Expenses | 398.23 |

<u>Advances</u>

| | | |
|---|---|---|
| 08/01/2016 | Mileage/Parking/Tolls (1169.00) Central Parking Systems - Validations - Barry Miller parking at Poydras Center - 07/18/2016 | 15.00 |
| 08/02/2016 | Pleadings Filing Fee (3965.00) Barry W. Miller, APLC, Operating Account - filing fee - U. S. Bankruptcy Court  E.D. of LA for motion to sell free and clear - docket #153 - 08/01/2016 | 176.00 |
| 08/16/2016 | Conveyance/Mortgage Research (4303.00) CT Lien Solutions - State Lien Searches regarding:  FSW Subtech Holdings, LLC and Sub-Technologies, Inc. - 08/16/2016 | 581.50 |
| 08/25/2016 | Pleadings Filing Fee (3965.00) Barry W. Miller, APLC, Operating Account - filing fee - U. S. Bankruptcy Court Eastern District of Louisiana - filing fee for motion to sell free and clear under IIUSC/363 - 08/25/2016 | 176.00 |
| | Total Advances | 948.50 |

Page: 49

FoodServiceWarehouse.com LLC

August 31, 2016

Account No:    3774-00099M

Statement No:    43150

Cost

| | |
|---|---|
| Current Balance | 1,346.73 |
| Previous Balance | $1,333.69 |

Payments

| | |
|---|---|
| Total Payments Thru 08/31/2016 | -421.32 |
| Total Balance Due | $2,259.10 |
| Total Balance Due | $195,739.62 |