**HYPERAMS, LLC**
1501 N. Michael Drive
Wood Dale, IL 60191 US
spabst@hyperams.com



## Invoice

**BILL TO**
FoodServiceWarehouse.com
84 Inverness Circle East
Englewood, CO 80112

**INVOICE #** 875
**DATE** 06/30/2016
**DUE DATE** 06/30/2016
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Professional Fee Reve** Consulting services for month of June 2016 Tom Pabst hourly billing | 11.50 | 400.00 | 4,600.00 |
| **Professional Fee Reve** Dan Dickey hourly billing | 28 | 300.00 | 8,400.00 |
| **Professional Fee Reve** Jonathan Deptula hourly billing | 10.50 | 300.00 | 3,150.00 |

**BALANCE DUE** $16,150.00

Wire Transfer/ACH Instructions
BMO Harris Bank, N.A.
115 S. LaSalle Street
Chicago, IL 60603
ABA/Routing # 071000288
HYPERAMS. LLC
Checking Acct # 2780989

| FSW - Time Sheet | | | | | Rate | Invoice |
|---|---|---|---|---|---|---|
| Tom Pabst | | (CDT) | | 11.50 | 400 | 4,600.00 |
| Date | Activity | Start | End | Hours | | |
| 4-Jun Sat | Draft liquidation points memo for internal team based on site visit due diligence | 8 | 10 | 2.00 | | |
| 7-Jun Tue | Internal call on memo and kick off parameters | 2 | 3 | 1.00 | | |
| 9-Jun Thu | Liquidation discussion with all parties, inlcuding company, Iberia, Pride and respective attornies | 10 | 11 | 1.00 | | |
| 16-Jun Thu | | | | | | |
| 17-Jun Fri | | | | | | |
| 18-Jun Sat | | | | | | |
| 19-Jun Sun | | | | | | |
| 20-Jun Mon | Review of first draft sales file and inventory levels | 5:30 | 6:00 | 0.50 | | |
| 21-Jun Tue | Discussion with CRO | 8:30 | 9:00 | 0.50 | | |
| 21-Jun Tue | Internal call on opening discounts | 3:00 | 4:00 | 1.00 | | |
| 22-Jun Wed | Finalize opening discounts and marketing | 3:00 | 4:00 | 1.00 | | |
| 23-Jun Thu | Client Call | 11:00 | 12:00 | 1.00 | | |
| 24-Jun Fri | Discussion with CRO | 6:30 | 6:45 | 0.25 | | |
| 25-Jun Sat | | | | | | |
| 26-Jun Sun | | | | | | |
| 27-Jun Mon | Review of sales and marketing | 2:00 | 2:30 | 0.50 | | |
| 28-Jun Tue | Discussion with CEO | 9:30 | 9:45 | 0.25 | | |
| 28-Jun Tue | Review of sales performance | 8:30 | 9:00 | 0.50 | | |
| 29-Jun Wed | Review of sale reports and internal calls | 3:00 | 4:00 | 1.00 | | |
| 30-Jun Thu | Review of sale reports and client call | 3:30 | 4:30 | 1.00 | | |

FSW - Time Sheet
Daniel Dickey

| Date | | Activity | Start (EDT) | End | Hours 28.00 | Rate | Invoice |
|---|---|---|---|---|---|---|---|
| | | | | | | 300 | 8,400.00 |
| 7-Jun | Tue | Internal call on memo and kick off parameters | 3 | 4 | 1.00 | | |
| 17-Jun | Fri | Conference Call | 11:00 | 12:30 | 1.50 | | |
| 17-Jun | Fri | Sales File Analysis | 1:00 | 3:00 | 2.00 | | |
| 18-Jun | Sat | Building Tables and Templates | 10:00 | 12:00 | 2.00 | | |
| 19-Jun | Sun | | | | | | |
| 20-Jun | Mon | Building Tables and Templates | 9:00 | 11:30 | 2.50 | | |
| 20-Jun | Mon | Sales File Analysis | 1:00 | 2:30 | 1.50 | | |
| 21-Jun | Tue | Marketing and Discount determination | 10:00 | 12:00 | 2.00 | | |
| 21-Jun | Tue | Sales File Analysis | 1:30 | 2:30 | 1.00 | | |
| 21-Jun | Tue | Internal call on opening discounts | 4:00 | 5:00 | 1.00 | | |
| 22-Jun | Wed | Sales File Analysis & Update Materials | 11:00 | 2:30 | 3.50 | | |
| 23-Jun | Thu | Sale Analysis & Client Conference call | 10:00 | 1:00 | 3.00 | | |
| 24-Jun | Fri | Sales File Analysis | 1:30 | 2:30 | 1.00 | | |
| 25-Jun | Sat | | | | | | |
| 26-Jun | Sun | | | | | | |
| 27-Jun | Mon | Sales File Analysis | 1:00 | 2:30 | 1.50 | | |
| 28-Jun | Tue | Sales File Analysis | 1:00 | 2:00 | 1.00 | | |
| 29-Jun | Wed | Sales and Inventory file Analysis | 1:30 | 3:00 | 1.50 | | |
| 30-Jun | Thu | Sales File Analysis | 2:30 | 3:30 | 1.00 | | |
| 30-Jun | Thu | Conference Call | 4:30 | 5:30 | 1.00 | | |

FSW - Time Sheet
Jonathan Deptula

| Date | | Activity | (CDT) Start | End | Hours | Rate | Invoice |
|---|---|---|---|---|---|---|---|
| | | | | | 10.50 | 300 | 3,150.00 |
| 7-Jun | Tue | Internal call on memo and kick off parameters | 2 | 3 | 1.00 | | |
| 17-Jun | Fri | Conference Call | 11:00 | 12:30 | 1.50 | | |
| 17-Jun | Fri | | | | | | |
| 18-Jun | Sat | | | | | | |
| 19-Jun | Sun | | | | | | |
| 20-Jun | Mon | | | | | | |
| 21-Jun | Tue | Review Initial Sales and Inventory reports | 12:00 | 12:30 | 0.50 | | |
| 21-Jun | Tue | Internal call on opening discounts | 3:00 | 4:00 | 1.00 | | |
| 22-Jun | Wed | Bulk Inventory Analysis | 11:00 | 12:00 | 1.00 | | |
| 22-Jun | Wed | Discount Strategy Discussion | 3:00 | 4:00 | 1.00 | | |
| 23-Jun | Thu | Client Call | 11:00 | 12:00 | 1.00 | | |
| 23-Jun | Thu | | | | | | |
| 24-Jun | Fri | | | | | | |
| 25-Jun | Sat | | | | | | |
| 26-Jun | Sun | | | | | | |
| 27-Jun | Mon | QC on Updated Sales and Recovery Data | 6:00 | 6:30 | 0.5 | | |
| 28-Jun | Tue | QC on Updated Sales and Recovery Data | 2:00 | 2:30 | 0.5 | | |
| 29-Jun | Wed | QC on Updated Sales and Recovery Data and Internal Call | 2:30 | 4:00 | 1.5 | | |
| 30-Jun | Thu | Client Call and QC Sales | 3:30 | 4:30 | 1 | | |