**HYPERAMS, LLC**
1501 N. Michael Drive
Wood Dale, IL 60191 US
spabst@hyperams.com



## Invoice

**BILL TO**
FoodServiceWarehouse.com
84 Inverness Circle East
Englewood, CO 80112

**INVOICE #** 904
**DATE** 07/31/2016
**DUE DATE** 08/15/2016
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Professional Fee Reve** Consulting services for month of July 2016 Tom Pabst hourly billing | 25.25 | 400.00 | 10,100.00 |
| **Professional Fee Reve** Dan Dickey hourly billing | 40.25 | 300.00 | 12,075.00 |
| **Professional Fee Reve** Jonathan Deptula hourly billing | 10.25 | 300.00 | 3,075.00 |
| **Professional Fee Reve** John Mitchell hourly billing | 66.50 | 150.00 | 9,975.00 |

Wire Transfer/ACH Instructions
BMO Harris Bank, N.A.
115 S. LaSalle Street
Chicago, IL 60603
ABA/Routing # 071000288
HYPERAMS. LLC
Checking Acct # 2780989

**BALANCE DUE** **$35,225.00**

FSW - Time Sheet
Tom Pabst (CDT) 25.25

| Date | Activity | Start | End | Hours |
|---|---|---|---|---|
| 1-Jul Fri | Preparation and call with legal counsel of debtor, Iberia and Pride | 10:45 | 11:45 | 1.00 |
| 2-Jul Sat | | | | |
| 3-Jul Sun | | | | |
| 4-Jul Mon | Brief Review of US Bank Master lease | 11:00 | 11:30 | 0.50 |
| 5-Jul Tue | Detailed review of Master Lease | 2:00 | 3:00 | 1.00 |
| 5-Jul Tue | Review of sales, discounts and marketing | 3:15 | 3:45 | 0.50 |
| 6-Jul Wed | Review of sales | 2:30 | 3:00 | 0.50 |
| 6-Jul Wed | Discussion of master lease with counsel | 3:00 | 3:15 | 0.25 |
| 7-Jul Thu | Discussion with President and CRO distribution issues and GBP potential bid | 9:15 | 9:45 | 0.50 |
| 7-Jul Thu | Follow up discussion on distribution | 3:00 | 3:30 | 0.50 |
| 8-Jul Fri | Weekly performance call with Company | 10:00 | 10:30 | 0.50 |
| 8-Jul Fri | Discussion with President and CRO the potential GBP bid and the need to meet with Richard Nevins | 10:45 | 11:00 | 0.25 |
| 8-Jul Fri | Discussions with Wasserstrom about bulk buy | 3:15 | 3:30 | 0.25 |
| 9-Jul Sat | | | | |
| 10-Jul Sun | | | | |
| 11-Jul Mon | Review of sales and discounts; correspondence as to Wasserstrom files | 12:00 | 12:30 | 0.50 |
| 11-Jul Mon | Review of Wasserstrom file, correspondence with Wasserstrom and email update to debtor counsel | 3:15 | 4:00 | 0.75 |
| 12-Jul Tue | Discussions with Wasserstrom about bulk buy | 10:15 | 10:30 | 0.25 |
| 13-Jul Wed | Review of Wassertrom offer list and sales performance | 11:00 | 11:30 | 0.50 |
| 13-Jul Wed | Discussion with CEO | 2:30 | 2:45 | 0.25 |
| 13-Jul Wed | Conference call with Iberia and debtor counsels | 3:30 | 4:00 | 0.50 |
| 14-Jul Thu | Review of sales, discounts and marketing | 12:00 | 12:30 | 0.50 |
| 14-Jul Thu | Conversations with Wasserstrom and follow up with CEO | 1:30 | 1:45 | 0.25 |
| 14-Jul Thu | Weekly performance call with Company | 3:00 | 3:45 | 0.75 |
| 14-Jul Thu | All hands on deck call - FSW, Pride, Iberia and counsel | 4:00 | 4:30 | 0.50 |
| 15-Jul Fri | Internal Review Discussion - direct sales marketing and advertising options review | 9:30 | 10:00 | 0.50 |
| 16-Jul Sat | | | | |
| 17-Jul Sun | | | | |
| 18-Jul Mon | Distribution Center Visit and analysis | 1:00 | 3:30 | 2.50 |
| 18-Jul Mon | Review distribution change options | 9:00 | 9:30 | 0.50 |
| 19-Jul Tue | Meetings with President, CRO and Independent Director | 10:00 | 3:00 | 5.00 |
| 20-Jul Wed | Review of bulk sales connections and solicitations | 12:30 | 1:30 | 1.00 |
| 20-Jul Wed | Conversations with President regarding warehouse, bulk sales and need for cash collateral budget changes | 6:15 | 6:30 | 0.25 |
| 21-Jul Thu | Review of sales files, prep for all on hands on deck call | 3:30 | 3:45 | 0.25 |
| 21-Jul Thu | All hands on deck call - FSW, Pride, Iberia and counsel | 4:00 | 5:15 | 1.25 |
| 22-Jul Fri | Weekly performance call with Company | 11:30 | 12:00 | 0.50 |
| 23-Jul Sat | | | | |
| 24-Jul Sun | | | | |
| 25-Jul Mon | Review of sales reports and bulk offering progress | 2:00 | 2:30 | 0.50 |
| 26-Jul Tue | Review of sales performance and ads | 1:00 | 1:30 | 0.50 |
| 27-Jul Wed | Discussion of inventory issues with Company and Dan | 11:15 | 11:45 | 0.50 |
| 28-Jul Thu | Review of fixed asset options with Company and Counsel | 2:00 | 2:30 | 0.50 |
| 28-Jul Thu | Review of sales performance, review of bulk bids and Company weekly call | 2:45 | 3:30 | 0.75 |
| 29-Jul Fri | Review of sales performance | 4:45 | 5:00 | 0.25 |
| 30-Jul Sat | | | | |
| 31-Jul Sun | | | | |

FSW - Time Sheet
Daniel Dickey

| Date | | Activity | Start (EDT) | End | Hours 40.25 |
|---|---|---|---|---|---|
| 1-Jul | Fri | Preparation and call with legal counsel of debtor, Iberia and Pride | 10:45 | 11:45 | 1.00 |
| 1-Jul | Fri | Sales File Analysis | 1:00 | 2:00 | 1.00 |
| 2-Jul | Sat | | | | |
| 3-Jul | Sun | | | | |
| 4-Jul | Mon | | | | |
| 5-Jul | Tue | Internal Review Discussion | 1:00 | 1:30 | 0.50 |
| 5-Jul | Tue | Sales File Analysis/Marketing Analysis | 2:00 | 3:30 | 1.50 |
| 6-Jul | Wed | Bulk List review with John | 12:30 | 1:00 | 0.50 |
| 6-Jul | Wed | Sales File Analysis | 1:00 | 2:00 | 1.00 |
| 6-Jul | Wed | Marketing Review | 2:30 | 3:00 | 0.50 |
| 7-Jul | Thu | Call preparation of informaton | 3:00 | 3:45 | 0.75 |
| 7-Jul | Thu | Follow up discussion on distribution | 4:00 | 4:30 | 0.50 |
| 8-Jul | Fri | Sales File Analysis | 2:00 | 3:00 | 1.00 |
| 9-Jul | Sat | | | | |
| 10-Jul | Sun | | | | |
| 11-Jul | Mon | Sales File Analysis/Marketing Analysis | 1:00 | 2:00 | 1.00 |
| 11-Jul | Mon | Discussion with Company on file issues | 2:30 | 2:45 | 0.25 |
| 12-Jul | Tue | Sales File and Inventory Analysis | 1:00 | 2:30 | 1.50 |
| 12-Jul | Tue | Bulk list file wor- Wasserstorm | 3:00 | 3:30 | 0.50 |
| 13-Jul | Wed | Sales File Analysis | 12:00 | 1:00 | 1.00 |
| 13-Jul | Wed | Internal Review Discussion | 1:30 | 2:00 | 0.50 |
| 13-Jul | Wed | Review of Marketing options w/ John | 3:00 | 3:30 | 0.50 |
| 14-Jul | Thu | Sales File and Inventory Analysis | 11:00 | 1:00 | 2.00 |
| 14-Jul | Thu | Internal Marketing Options discussion | 3:15 | 3:45 | 0.50 |
| 15-Jul | Fri | Internal Review Discussion | 10:30 | 11:00 | 0.50 |
| 15-Jul | Fri | | | | |
| 16-Jul | Sat | | | | |
| 17-Jul | Sun | | | | |
| 18-Jul | Mon | Internal Review Discussion | 9:00 | 9:15 | 0.25 |
| 18-Jul | Mon | Sales File and Inventory Analysis | 1:00 | 2:30 | 1.50 |
| 18-Jul | Mon | Bulk Sale Conversation w/ John M. | 2:45 | 3:00 | 0.25 |
| 19-Jul | Tue | Sales File Analysis/Marketing Analysis | 12:30 | 2:00 | 1.50 |
| 19-Jul | Tue | Internal Review Discussion | 5:00 | 5:15 | 0.25 |
| 19-Jul | Tue | Bulk Inventory file work | 8:30 | 9:00 | 0.50 |
| 20-Jul | Wed | Bulk Inventory file work | 1:30 | 3:00 | 1.50 |
| 20-Jul | Wed | Recovery Analysis Update | 3:00 | 4:00 | 1.00 |
| 21-Jul | Thu | Sales File Analysis | 1:00 | 2:00 | 1.00 |
| 21-Jul | Thu | Internal and Bulk review | 2:45 | 3:45 | 1.00 |
| 21-Jul | Thu | Recovery Analysis Update | 3:45 | 4:30 | 0.75 |
| 22-Jul | Fri | Bulk Inventory file work | 9:30 | 10:00 | 0.50 |
| 22-Jul | Fri | Weekly conference call | 12:30 | 1:00 | 0.50 |
| 23-Jul | Sat | | | | |
| 24-Jul | Sun | | | | |
| 25-Jul | Mon | Review of Bulk buyer progress | 9:00 | 9:30 | 0.50 |
| 25-Jul | Mon | Sales File Analysis/Marketing Analysis | 12:00 | 2:15 | 2.25 |
| 26-Jul | Tue | Sales File and Inventory Analysis | 1:00 | 2:30 | 1.50 |
| 26-Jul | Tue | Bulk Inventory file work | 3:00 | 3:30 | 0.50 |
| 27-Jul | Wed | Sales File and Inventory Analysis | 1:00 | 3:00 | 2.00 |
| 27-Jul | Wed | Internal Review Discussion | 3:15 | 3:45 | 0.50 |
| 27-Jul | Wed | Inventory Updates and Call with Company | 3:45 | 4:30 | 0.75 |
| 28-Jul | Thu | Sales File and Inventory Analysis | 8:30 | 10:00 | 1.50 |
| 28-Jul | Thu | Bulk Sale Order analysis | 10:00 | 10:30 | 0.50 |
| 28-Jul | Thu | Sales File Analysis | 2:00 | 3:15 | 1.25 |
| 28-Jul | Thu | Weekly conference call | 4:00 | 4:30 | 0.50 |
| 29-Jul | Fri | Sales File and Inventory Analysis | 12:00 | 1:30 | 1.50 |
| 30-Jul | Sat | | | | |
| 31-Jul | Sun | | | | |

FSW - Time Sheet
Jonathan Deptula                                    (CDT)                           10.25

| Date | Activity | Start | End | Hours |
|---|---|---|---|---|
| 1-Jul Fri | Preparation and call with legal counsel of debtor, Iberia and Pride | 10:45 | 11:45 | 1.00 |
| 2-Jul Sat | | | | |
| 3-Jul Sun | | | | |
| 4-Jul Mon | | | | |
| 5-Jul Tue | Review of sales, discounts and marketing | 8:00 | 8:30 | 0.50 |
| 6-Jul Wed | Review of sales | 5:00 | 5:30 | 0.50 |
| 7-Jul Thu | Review of sales | 5:00 | 5:30 | 0.50 |
| 8-Jul Fri | Weekly performance call with Company | 10:00 | 10:30 | 0.50 |
| 9-Jul Sat | | | | |
| 10-Jul Sun | | | | |
| 11-Jul Mon | Review of sales, discounts and marketing | 3:00 | 3:30 | 0.50 |
| 12-Jul Tue | Review of sales, discounts and marketing | 5:00 | 5:30 | 0.50 |
| 13-Jul Wed | Review of sales, discounts and marketing | 5:00 | 5:30 | 0.50 |
| 14-Jul Thu | Review of sales, discounts and marketing | 2:00 | 2:30 | 0.50 |
| 14-Jul Thu | Weekly performance call with Company | 3:00 | 3:45 | 0.75 |
| 15-Jul Fri | Review of sales, discounts and marketing | 4:00 | 4:30 | 0.50 |
| 16-Jul Sat | | | | |
| 17-Jul Sun | | | | |
| 18-Jul Mon | Review of sales, discounts and marketing | 4:00 | 4:30 | 0.50 |
| 19-Jul Tue | Review of sales, discounts and marketing | 4:00 | 4:30 | 0.50 |
| 20-Jul Wed | Review of sales, discounts and marketing | 4:00 | 4:30 | 0.50 |
| 21-Jul Thu | | | | |
| 22-Jul Fri | | | | |
| 23-Jul Sat | | | | |
| 24-Jul Sun | | | | |
| 25-Jul Mon | Review of sales, discounts and marketing | 4:00 | 4:30 | 0.50 |
| 26-Jul Tue | Review of sales, discounts and marketing | 4:00 | 4:30 | 0.50 |
| 27-Jul Wed | Review of sales, discounts and marketing | 4:00 | 4:30 | 0.50 |
| 28-Jul Thu | Weekly performance call with Company | 3:00 | 3:30 | 0.50 |
| 29-Jul Fri | Review of sales, discounts and marketing | 4:00 | 4:30 | 0.50 |
| 30-Jul Sat | | | | |
| 31-Jul Sun | | | | |

FSW - Time Sheet
John Mitchell

| Date | Activity | (CDT) Start | End | 66.50 Hours |
|---|---|---|---|---|
| 1-Jul Fri | | | | |
| 2-Jul Sat | | | | |
| 3-Jul Sun | | | | |
| 4-Jul Mon | | | | |
| 5-Jul Tue | | | | |
| 6-Jul Wed | | | | |
| 7-Jul Thu | | | | |
| 8-Jul Fri | | | | |
| 9-Jul Sat | | | | |
| 10-Jul Sun | | | | |
| 11-Jul Mon | | | | |
| 11-Jul Mon | | | | |
| 11-Jul Mon | | | | |
| 12-Jul Tue | | | | |
| 12-Jul Tue | | | | |
| 13-Jul Wed | | | | |
| 14-Jul Thu | | | | |
| 14-Jul Thu | | | | |
| 15-Jul Thu | Drill Down Of Inventory/Bulk Lists | 8AM | 10:30PM | 2.50 |
| 15-Jul Fri | Conference Call With Tom Pabst, Dan Dickey | 10:30AM | 11AM | 0.50 |
| 15-Jul Fri | Contacted Advertising Reps for Food Service Publications | 11AM | 2:00PM | 3.00 |
| 15-Jul Sat | | | | |
| 17-Jul Sun | | | | |
| 18-Jul Mon | Contacting/Responding Top 100 Food Service Companies | 9AM | 12 Noon | 3.00 |
| 18-Jul Mon | Contacting/Responding Top 100 Food Service Companies | 1PM | 4PM | 3.00 |
| 19-Jul Tue | Contacting/Responding Top 100 Food Service Companies | 8AM | 11:30AM | 3.50 |
| 19-Jul Tue | Contacting/Responding Top 100 Food Service Companies | 1:30 PM | 4:00PM | 2.50 |
| 20-Jul Wed | Contacting/Responding Top 100 Food Service Companies | 8:30AM | 11:30AM | 3.00 |
| 20-Jul Wed | Contacting/Responding Top 100 Food Service Companies | 1PM | 4PM | 3.00 |
| 21-Jul Thu | Contacting/Responding Top 100 Food Service Companies | 9AM | 12 Noon | 3.00 |
| 21-Jul Thu | Contacting/Responding Top 100 Food Service Companies | 1AM | 4PM | 3.00 |
| 22-Jul Fri | Contacting/Responding Top 100 Food Service Companies | 8:15AM | 10:30AM | 2.25 |
| 22-Jul Fri | Contacting/Responding Top 100 Food Service Companies | 12:45PM | 2PM | 1.25 |
| 22-Jul Fri | Contacting/Responding Top 100 Food Service Companies | 2:30PM | 5PM | 2.50 |
| 23-Jul Sat | | | | |
| 24-Jul Sun | | | | |
| 25-Jul Mon | Contacting/Responding Top 100 Food Service Companies | 8:30AM | 12 Noon | 3.50 |
| 25-Jul Mon | Contacting/Responding Top 100 Food Service Companies | 1:30PM | 4:00PM | 2.50 |
| 26-Jul Tue | Contacting/Responding Top 100 Food Service Companies | 10AM | 3:30PM | 5.50 |
| 27-Jul Wed | Gathering Info -Responding Top 100 Food Service Companies | 9AM | 1PM | 4.00 |
| 27-Jul Wed | Gathering Info -Responding Top 100 Food Service Companies | 2PM | 5PM | 3.00 |
| 28-Jul Thu | Gathering Info -Responding Top 100 Food Service Companies | 10AM | 3PM | 5.00 |
| 29-Jul Fri | Contacting/Responding Top 100 Food Service Companies | 9AM | 12 Noon | 3.00 |
| 29-Jul Fri | Contacting/Responding Top 100 Food Service Companies | 1PM | 4PM | 3.00 |
| 29-Jul Fri | Responding - Sent up-dated Sales Lead Sheet Dan Dickey | 5PM | 6PM | 1.00 |
| 30-Jul Sat | | | | |
| 31-Jul Sun | | | | |