**HYPERAMS, LLC**
1501 N. Michael Drive
Wood Dale, IL  60191 US
spabst@hyperams.com



asset maximization services

## Invoice

**BILL TO**

FoodServiceWarehouse.com
84 Inverness Circle East
Englewood, CO 80112

**INVOICE #** 920
**DATE** 09/14/2016
**DUE DATE** 09/14/2016
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Professional Fee Reve**<br>Consulting services for month of August 2016<br>Tom Pabst hourly billing | 11.25 | 400.00 | 4,500.00 |
| **Professional Fee Reve**<br>Dan Dickey hourly billing | 38 | 300.00 | 11,400.00 |
| **Professional Fee Reve**<br>Jonathan Deptula hourly billing | 2 | 300.00 | 600.00 |
| **Professional Fee Reve**<br>John Mitchell hourly billing | 129 | 150.00 | 19,350.00 |
| **Reimb of Direct Exp**<br>July travel for Tom Pabst | | 1,616.11 | 1,616.11 |
| **Client Retainer**<br>Less retainer | | -25,000.00 | -25,000.00 |

Wire Transfer/ACH Instructions
BMO Harris Bank, N.A.
115 S. LaSalle Street
Chicago, IL  60603
ABA/Routing #  071000288
HYPERAMS. LLC
Checking Acct # 2780989

**BALANCE DUE**          **$12,466.11**

FSW - Time Sheet
Tom Pabst

| Date | Activity | (CDT) Start | End | 11.25 Hours | 400 | 4,500.00 |
|---|---|---|---|---|---|---|
| 1-Aug Mon | Sales review, and discount change review | 3:15 | 4:15 | 1.00 | | |
| 2-Aug Tue | Discussion of inspection and process with bulk buyer | 10:15 | 10:30 | 0.50 | | |
| 3-Aug Wed | Sales review, inspection cooridnation | 1:00 | 1:45 | 0.75 | | |
| 4-Aug Thu | Discussion with CEO on DC issues and follow up correspondence with team | 3:15 | 3:45 | 0.50 | | |
| 5-Aug Fri | Sales review and iInternal call with entire deal team | 10:00 | 10:30 | 0.50 | | |
| 6-Aug Sat | | | | | | |
| 7-Aug Sun | | | | | | |
| 8-Aug Mon | Prep for, and all hands on call with counsel for all stakeholders and corporate staff | 9:15 | 10:45 | 1.50 | | |
| 9-Aug Tue | Internal call on pending bulk sale efforts | 10:00 | 10:30 | 0.50 | | |
| 10-Aug Wed | Sales review and bulk sales comments | 3:00 | 3:30 | 0.50 | | |
| 11-Aug Thu | All hands client call to discuss final days and bulk sales logisitics | 1:45 | 2:45 | 1.00 | | |
| 12-Aug Fri | | | | | | |
| 13-Aug Sat | | | | | | |
| 14-Aug Sun | | | | | | |
| 15-Aug Mon | Review of bulk inventory internal lists | 4:30 | 5:00 | 0.50 | | |
| 16-Aug Tue | | | | | | |
| 17-Aug Wed | Review of inventory file and internal web site | 8:30 | 9:00 | 0.50 | | |
| 18-Aug Thu | All hands client call to discuss warehouse progress and bulk sales logisitics | 3:00 | 3:45 | 0.75 | | |
| 19-Aug Fri | Discussion with KY and AJ the final offer for remaining inventory. Required follow up with JM | 2:30 | 3:00 | 0.50 | | |
| 20-Aug Sat | | | | | | |
| 21-Aug Sun | | | | | | |
| 22-Aug Mon | | | | | | |
| 23-Aug Tue | Discussion of inspections and bulk offers | 2:00 | 2:30 | 0.50 | | |
| 24-Aug Wed | Summary of bulk bid efforts and answering client issues | 9:30 | 10:00 | 0.50 | | |
| 24-Aug Wed | Further analysis of bulk offers and discussion with President | 12:00 | 12:30 | 0.50 | | |
| 25-Aug Thu | Discussion with John about conversations with bidders | 9:00 | 9:15 | 0.25 | | |
| 26-Aug Fri | Summary of bulk offers and request for final decision or direction | 11:00 | 11:15 | 0.25 | | |
| 26-Aug Fri | Discussion on decision to accept offer from Equip Bid | 2:30 | 2:45 | 0.25 | | |
| 27-Aug Sat | | | | | | |
| 28-Aug Sun | | | | | | |
| 29-Aug Mon | | | | | | |
| 30-Aug Tue | | | | | | |
| 31-Aug Wed | | | | | | |

FSW - Time Sheet

| Daniel Dickey | | (EDT) | | 38.00 | 300 | 11,400.00 |
|---|---|---|---|---|---|---|
| Date | Activity | Start | End | Hours | | |
| 1-Aug Mon | Sales and Inventory Analysis/Preparing Reports | 11:00 | 1:00 | 2.00 | | 4,500.00 |
| 1-Aug Mon | Recovery Analysis and Markeking Work | 1:30 | 3:00 | 1.50 | | 600.00 |
| 2-Aug Tue | Sales and Inventory Analysis/Preparing Reports | 12:00 | 2:00 | 2.00 | | 19,350.00 |
| 2-Aug Tue | Marketing and Bulk order review | 2:30 | 3:00 | 0.50 | | |
| 2-Aug Tue | Internal review conversation w/John M | 3:15 | 3:45 | 0.50 | | 35,850.00 |
| 3-Aug Wed | Sales Analysis/Reporting | 21:00 | 22:15 | 1.50 | | |
| 4-Aug Thu | Sales and Inventory Analysis/Preparing Reports | 1:00 | 3:15 | 2.25 | | - 25,000.00 |
| 4-Aug Thu | Bulk Order review | 3:30 | 4:00 | 0.50 | | |
| 5-Aug Fri | Conference Call | 11:00 | 12:00 | 1.00 | | 10,850.00 |
| 5-Aug Fri | Sales and Inventory Analysis/Preparing Reports | 2:00 | 4:00 | 2.00 | | |
| 6-Aug Sat | | | | | | |
| 7-Aug Sun | | | | | | |
| 8-Aug Mon | Price change and Marketing prep | 8:00 | 9:30 | 1.50 | | |
| 8-Aug Mon | Sales and Inventory Analysis/Preparing Reports | 1:00 | 3:00 | 2.00 | | |
| 9-Aug Tue | Internal Call on Bulk Strategy | 11:00 | 11:30 | 0.50 | | |
| 9-Aug Tue | Sales and Inventory Analysis/Preparing Reports | 19:00 | 21:00 | 2.00 | | |
| 10-Aug Wed | Sales and Inventory Analysis/Preparing Reports | 1:00 | 3:00 | 2.00 | | |
| 11-Aug Thu | Conference Call | 3:00 | 3:45 | 0.75 | | |
| 11-Aug Thu | Sales and Inventory Analysis/Preparing Reports | 5:00 | 7:00 | 2.00 | | |
| | Sales and Inventory Analysis/Preparing Reports | | | | | |
| 12-Aug Fri | | 11:00 | 1:00 | 2.00 | | |
| 13-Aug Sat | | | | | | |
| 14-Aug Sun | | | | | | |
| 15-Aug Mon | Sales and Inventory Analysis/Preparing Reports | 1:00 | 3:00 | 2.00 | | |
| 15-Aug Mon | Preparing Bulk Inventory files | 3:30 | 4:30 | 1.00 | | |
| 16-Aug Tue | | | | | | |
| 17-Aug Wed | Sales and Inventory Analysis/Preparing Reports | 12:00 | 1:45 | 1.75 | | |
| 18-Aug Thu | Sales and Inventory Analysis/Preparing Reports | 1:00 | 3:00 | 2.00 | | |
| 18-Aug Thu | Conference Call | 4:00 | 4:45 | 0.75 | | |
| 19-Aug Fri | Bulk Sale review | 11:00 | 11:30 | 0.50 | | |
| 20-Aug Sat | | | | | | |
| 21-Aug Sun | | | | | | |
| 22-Aug Mon | Bulk Sale review | 3:00 | 4:00 | 1.00 | | |
| 23-Aug Tue | Call Re.: Bulk Offer Status | 3:00 | 3:30 | 0.50 | | |
| 24-Aug Wed | Bulk Sales Comp Analysis | 1:00 | 2:00 | 1.00 | | |
| 25-Aug Thu | Discussion on Bulk offer status | 10:30 | 11:00 | 1.00 | | |
| 26-Aug Fri | | | | | | |
| 27-Aug Sat | | | | | | |
| 28-Aug Sun | | | | | | |
| 29-Aug Mon | | | | | | |
| 30-Aug Tue | | | | | | |
| 31-Aug Wed | | | | | | |

FSW - Time Sheet
Jonathan Deptula

| Date | | Activity | (CDT) Start | End | 2.00 Hours | 300 | 600 |
|---|---|---|---|---|---|---|---|
| 1-Aug | Mon | Review of Sales, Inventory, Discounts and Marketing | 4:00 | 4:30 | 0.50 | | |
| 2-Aug | Tue | Review of Sales, Inventory, Discounts and Marketing | 4:00 | 4:30 | 0.50 | | |
| 3-Aug | Wed | Review of Sales, Inventory, Discounts and Marketing | 4:00 | 4:30 | 0.50 | | |
| 4-Aug | Thu | Review of Sales, Inventory, Discounts and Marketing | 4:00 | 4:30 | 0.50 | | |
| 5-Aug | Fri | | | | | | |
| 6-Aug | Sat | | | | | | |
| 7-Aug | Sun | | | | | | |
| 8-Aug | Mon | | | | | | |
| 9-Aug | Tue | | | | | | |
| 10-Aug | Wed | | | | | | |
| 11-Aug | Thu | | | | | | |
| 12-Aug | Fri | | | | | | |
| 13-Aug | Sat | | | | | | |
| 14-Aug | Sun | | | | | | |
| 15-Aug | Mon | | | | | | |
| 16-Aug | Tue | | | | | | |
| 17-Aug | Wed | | | | | | |
| 18-Aug | Thu | | | | | | |
| 19-Aug | Fri | | | | | | |
| 20-Aug | Sat | | | | | | |
| 21-Aug | Sun | | | | | | |
| 22-Aug | Mon | | | | | | |
| 23-Aug | Tue | | | | | | |
| 24-Aug | Wed | | | | | | |
| 25-Aug | Thu | | | | | | |
| 26-Aug | Fri | | | | | | |
| 27-Aug | Sat | | | | | | |
| 28-Aug | Sun | | | | | | |
| 29-Aug | Mon | | | | | | |
| 30-Aug | Tue | | | | | | |
| 31-Aug | Wed | | | | | | |

FSW - Time Sheet
John Mitchell

| Date | | Activity | Start | End | Hours | | |
|---|---|---|---|---|---|---|---|
| | | | (EDT) | | 129.00 | 150 | 19,350.00 |
| 1-Aug | Mon | Seeking End Buyer -Re-Contacting/Responding Top 100 Food Service Companies | 8:30 | 11:00 | 2.50 | | |
| 1-Aug | Mon | Seeking End Buyer -Re-Contacting/Responding Top 100 Food Service Companies | 12:00 | 3:30 | 3.50 | | |
| 2-Aug | Tue | Seeking End Buyer -Re-Contacting/Responding Top 100 Food Service Companies | 9:00 | 12:00 | 3.00 | | |
| 2-Aug | Tue | Seeking End Buyer -Re-Contacting/Responding Top 100 Food Service Companies | 1:30 | 4:30 | 3.00 | | |
| 3-Aug | Wed | Seeking End Buyer -Re-Contacting/Responding Top 100 Food Service Companies | 8:00 | 11:00 | 3.00 | | |
| 3-Aug | Wed | Seeking End Buyer -Re-Contacting/Responding Top 100 Food Service Companies | 1:00 | 5:00 | 4.00 | | |
| 4-Aug | Thu | Seeking End Buyer -Re-Contacting/Responding Top 100 Food Service Companies | 8:45 | 11:45 | 3.00 | | |
| 4-Aug | Thu | Seeking End Buyer -Re-Contacting/Responding Top 100 Food Service Companies | 1:00 | 4:15 | 3.00 | | |
| 5-Aug | Fri | Seeking End Buyer -Re-Contacting/Responding Top 100 Food Service Companies | 8:00 | 11:15 | 3.25 | | |
| 5-Aug | Fri | Seeking End Buyer -Re-Contacting/Responding Top 100 Food Service Companies | 12:00 | 4:30 | 4.50 | | |
| 6-Aug | Sat | | | | | | |
| 7-Aug | Sun | | | | | | |
| 8-Aug | Mon | Seeking End Buyer -Re-Contacting/Responding Top 100 Food Service Companies | 9:00 | 12:30 | 3.50 | | |
| 8-Aug | Mon | Seeking End Buyer -Re-Contacting/Responding Top 100 Food Service Companies | 1:00 | 4:00 | 3.00 | | |
| 8-Aug | Mon | Questions for conference call - Review Bulk Sale | 6:00 | 7:00 | 1.00 | | |
| 9-Aug | Tue | Conference call with Dan Dickey and Tom Pabst | 11:00 | 11:30 | 0.50 | | |
| 9-Aug | Tue | Gathering Photos for PrestigeFoodService.com | 1:00 | 3:00 | 2.00 | | |
| 10-Aug | Wed | Worked on PrestigeFoodService.com server and script | 9:00 | 12:00 | 3.00 | | |
| 11-Aug | Thu | Looking for addittional end buyer candidates | 11:00 | 2:00 | 3.00 | | |
| 11-Aug | Thu | Bulk Sale Confernce call with Hyperams/FSW | 3:00 | 4:00 | 1.00 | | |
| 12-Aug | Fri | Looking for addittional end buyer candidates | 9:00 | 12:00 | 3.00 | | |
| 12-Aug | Fri | Gathering Additional Photos for PrestigeFoodService.com | 1:00 | 3:00 | 2.00 | | |
| 13-Aug | Sat | | | | | | |
| 14-Aug | Sun | | | | | | |
| 15-Aug | Mon | Gathering Informaton On End Buyes | 9:00 | 5:00 | 8.00 | | |
| 16-Aug | Tue | Contacting Potential End Buyers | 9:00 | 4:00 | 7.00 | | |
| 17-Aug | Wed | Contacting Potential End Buyers | 8:00 | 4:00 | 8.00 | | |
| 18-Aug | Thu | Contacting Potential End Buyers | 9:00 | 3:00 | 5.00 | | |
| 18-Aug | Thu | Conference Call | 3:00 | 3:30 | 0.50 | | |
| 18-Aug | Thu | Contacting Potential End Buyers | 4:00 | 6:00 | 2.00 | | |
| 19-Aug | Fri | Contacting/ Responding Potential End Buyers | 8:00 | 5:00 | 9.00 | | |
| 20-Aug | Sat | | | | | | |
| 21-Aug | Sun | | | | | | |
| 22-Aug | Mon | Contacting/ Responding Potential End Buyers | 9:00 | 1:00 | 4.00 | | |
| 22-Aug | Mon | Contacting/ Responding Potential End Buyers | 2:00 | 5:00 | 3.00 | | |
| 23-Aug | Tue | Contacting/ Responding Potential End Buyers | 9:00 | 12:00 | 3.00 | | |
| 23-Aug | Tue | Getting Info From Avery @FSW -Contacting/ Responding Potential End Buyers | 1:00 | 4:00 | 3.00 | | |
| 24-Aug | Wed | Negotiating with Mark Sinco | 9:00 | 11:00 | 2.00 | | |
| 24-Aug | Wed | Contacting/ Responding Potential End Buyers | 11:00 | 12:00 | 1.00 | | |
| 24-Aug | Wed | Contacting/ Responding Potential End Buyers | 1:00 | 4:30 | 3.50 | | |
| 25-Aug | Thu | Discussed Remaining inventroy w/ | 9:00 | 9:30 | 0.50 | | |
| 25-Aug | Thu | Contacting Potential End Buyers | 9:30 | 12:00 | 2.50 | | |
| 25-Aug | Thu | Contacting/ Responding Potential End Buyers | 1:00 | 5:00 | 4.00 | | |
| 26-Aug | Fri | Contacting/ Responding Potential End Buyers | 9:00 | 11:30 | 2.50 | | |
| 26-Aug | Fri | Responding to Mark Sinco | 11:30 | 12:00 | 0.50 | | |
| 26-Aug | Fri | Contacting rbarnekoff@bjpeerless.com & Andy@equip-bid.com | 12:00 | 1:00 | 1.00 | | |
| 26-Aug | Fri | Contacting Potential End Buyers | 1:00 | 3:30 | 2.50 | | |
| 26-Aug | Fri | Responding to Andy O'Hanlon, President and CEO Equip-Bid.com offer | 3:30 | 4:30 | 1.00 | | |
| 26-Aug | Fri | Talked with Avery about Andy@equip-bid.com Call/Offer | 5:00 | 5:45 | 0.75 | | |

# Expense Report

Purpose: FoodServiceWarehouse.com

Statement #: Kansas & Denver

Name: Thomas Pabst

Employee ID:

Department: HYPERAMS

Manager:

| Pay Period | |
|---|---|
| From: | 7/14/16 |
| To: | 7/19/16 |

| DATE | NAME & DESCRIPTION | Air & Trans. | Lodging | Fuel / Mileage | Phone | Meals & Tips | Entertain ment | Other | TOTAL | Payment Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/14/16 | AA flight Chicago to Kansas & return from Denver | 740.20 | | | | | | | 740.20 | cc |
| 7/14/16 | United Airlines Kansas City to Denver | 344.10 | | | | | | | 344.10 | cc |
| 7/18/2016 | Pour Boy Oil Co.  Lunch | | | | | 4.26 | | | 4.26 | cash |
| 7/18/16 | Avis Kansas | 74.79 | | | | | | | 74.79 | cc |
| 7/18/16 | Darcy's Dinner | | | | | 26.16 | | | 26.16 | cc |
| 7/18/16 | Ambassador BP gas | | | 5.01 | | | | | 5.01 | cc |
| 7/19/16 | Avis Denver | 87.85 | | | | | | | 87.85 | cc |
| 7/19/16 | Hampton | | 257.53 | | | | | | 257.53 | cc |
| 7/19/16 | United Pacific   gas | | | 6.21 | | | | | 6.21 | cc |
| 7/19/16 | O'Hare airport parking | | | 70.00 | | | | | 70.00 | cc |
| | | 1,246.94 | 257.53 | 81.22 | 0.00 | 30.42 | 0.00 | 0.00 | 1,616.11 | |

SUBTOTAL $ 1,616.11

Company Credit Card $ 1,611.85

TOTAL REIMBURSEMENT $ 4.26

Authorized By _____  Date _____

*For Office Use Only*

Note: Mileage reimbursement for personal car = $0.XX/mile

*Itemized Expenses or Description for "Other"*

| DATE | DESCRIPTION | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |